# Exhibit A

Jamal Ashoor
Professional Translator & Multi-lingual Services
P.O.Box 155, Baka Elgarbiya 30100, Israel
Office: 972-46381336 Fax: 972-577-977951
Mobile: 972-544-220508



ISRAEL TRANSLATORS
ASSOCIATION
אגודת המתרגמים בישראל
جمعية المترجمين الإسرائيلية





### Certificate of Recognition
תעודת הכרה

**This is to certify that**
זאת לתעודה כי

ג׳מאל עאשור
**JUMAL ASHOOR**

Has fulfilled the requirements to be a

עמד בדרישות וראוי למעמד של

**Recognized Translator and Interpreter**
in the following language pairs:

מתרגם ומתורגמן מוכר
בצמדי השפות הבאים :

Source **HEBREW** Target **ARABIC**
Source **ENGLISH** Target **ARABIC**
Source **ARABIC** Target **HEBREW**

שפת מקור **עברית** שפת יעד **ערבית**
שפת מקור **אנגלית** שפת יעד **ערבית**
שפת מקור **ערבית** שפת יעד **עברית**

Editing in: **ARABIC**
Editing in: **HEBREW**

עריכה בשפה: **ערבית**
עריכה בשפה: **עברית**

Recognition is granted from:  **1-6-2010**

ההכרה בתוקף החל מתאריך :

ITA Chair _____

יו״ר אגודת המתרגמים

ITA Secretary _____

מזכיר/ת אגודת המתרגמים

### Certificate No. 008 תעודה מס׳
Recognition is subject to the conditions set by the ITA.

Al-Qasemi Academy



**Image on right side (Quotation from the Quraan- the holy book of Islam religion):**

[We said], "O David, indeed We have made you a successor upon the earth, so judge between the people in truth and do not follow [your own] desire, as it will lead you astray from the way of Allah." Indeed, those who go astray from the way of Allah will have a severe punishment for forgetting the Day of Account.

**Images on the top of the left side:**

Al-Qasemi Academy for teaching libertinism and immorality

**Images on the bottom of the left side:**

Poor follower: our protector, give me a charity from the endowment and wealth liable funds.

Son of the protector: what are you talking about, jester?? That money is my father's and our money. Isn't it enough that my father will introduce you to paradise



اكاديمية القاسمي

Ismail Ibrahim Ibrahim

3 ي · 🌐





It is a great honor for my father, who, thanks to his precise calculations, has uncovered agents hiding behind the religion Beware of Agent Mohammed Afif al-Qawasmi, who sold his soul to Mossad and surrendered his associates in exchange for relief and protection for his business. The betrayal of the charlatan Abd al-Raof al-Qawasmi, the charlatan of the Khalwati Kassmi stream, has reached the point of succumbing to Zionist extortion and agreeing to appoint Zionist professors at Al-Qasemi College, who specialize in the history of Islam and social science. They were appointed to positions while he served as leader of the stream and president of the college, all in order to corrupt an entire generation of mothers and fathers, and all those appointed to the positions are Zionists, whose names are below

Since 1988, and after Afif al-Qawasmi (who is affiliated with the Palestine Liberation organization and is controlled by the Israeli Mossad), there has been a fraud on the stream's Darvishis followers, and he has been appointed leader of the Khalwati stream. He allowed his son, Muhammad Afif al-Qawasmi, to control all matters of the sect (the financial matters and the targets). After his father died in 1988, Abd Al-Raof Al-Qawasmi was chosen as his brother's heir, and he was also a follower of the Palestine Liberation Organization, with a weak personality and a shaky financial situation. He received threats from the Zionists and gave in to them, and then Zionism controlled the cult and achieved its hidden goals through the strengthening of Muhammad Afif al-Qawasmi and the people who enjoyed his surroundings, gave them protection and allowed them to conduct their financial affairs in exchange for the implementation of the poisoned Zionist agenda, which is the task they were tasked with (treason, reporting, carrying out an agenda...).

Photos on the right side with the Shield of David symbol on their heads: 2 leaders of the Khalwati Kassmi stream and the son of one of them, Muhammad, with the wording under the photo: agent of the institute (the Zionist institute).



Ismail Ibrahim Ibrahim
3 ي٠ ·





Our people in Palestine, the confiscation of the smart college and the Al-Qasmi Academy is a religious obligation

Our people in Palestine, the registration of your sons in the smart college and Al-Qasmi Academy supports the plots against Islam and the Muslims, the least of which is the Sedaw Agreement. Watch out, watch out.



10:54

الحمار والمرياع وشلومو و...
Active now



الأهل في فلسطين
إن مقاطعه الكليه الذكيه وأكاديميه
القاسمي واجب شرعي

↪ Ismail Ibrahim forwarded an image

لَا تُلْقُوا بِأَيْدِيكُمْ إِلَى التَّهْلُكَ
{ال

Ismail Ibrahim

الأهل في فلسطين
إن قيامكم بتسجيل أبنائكم في الكليه
الذكيه واكاديمية القاسمي ما هو إلا
دعم  لمؤامرات تحاك ضد الاسلام
والمسلمين
أقلها اتفاقيه سيداو
الحذر الحذر
فانتم على ثغره من ثغر الاسلام فلا
فلايؤتين من قبلكم

Agil

الشيخ فراس إدريس-الص...



    Aa  

**Ismail Ibrahim**

**Sharia College! Al-Qasmi College!**

**It is the material taught there by the wall next to the mosque, under the speakers of the rook, that every day reads five times there is no God without Allah, close to the prayer chamber that preaches modesty, shame, and abstinence!**

**A threat, even though it was gradual. From a college that teaches Islamic Sharia and does not allow female students to enter without sharia dress with a ban on many things about mixing boys with girls to a college that teaches students and presents them with novels full of sexual freedom and sexual deviation!!! Oh my God!!**

**It is a college course taught by the student who studies Arabic - the language of the Qur'an. This is what the professors of the thousands of novels and stories have chosen. The author of the novel was imprisoned in the state of Kuwait in 2000 because she wrote contrasting things to Islamic Sharia and norms and damaged the meaning of shame and innocence. But here is al-Qasmi releasing her to deceive and destroy entire generations!**

**Not too long ago, we attacked the Alarz Tahena company and boycotted its products because it supported the LGBT population, and what should we do now? Does college teach this to an entire generation and to the people who will be responsible for our children in schools? Will we be silent because we are afraid of the misguided idolatry?**

**Or should we be silent for a relative who teaches there or a friend who works there?**

**If the college continues to spread these ideas, the 2023 Pride Parade will take place on the main street or on the street next to the college.**



Ismail Ibrahim



كلية الشريعة ! كلية القاسمي !
هذه المادة التي تُدرس وتُعطى هناك ، عند الحائط الملاصق
للمسجد ، تحت سماعات المئذنة التي تُردد خمس مرات باليوم
والليلة لا إله إلا اللّه ، قريب من المحراب الذي يُنادي بالإحتشام
والحياء والعفة !
التحوّل رهيب رغم أنه كان بالتدرج ، من كلية تُدرس الشريعة
ولا تقبل دخول طالبات إلا بلبس شرعي ومنع كثير من الأمور
المتعلقة بالإختلاط لكلية تُدرس وتُعطي مثل هذه القصص
والروايات للطلاب المليئة بحرية الجنس والشذوذ  !!! -
يا اللّه !!!!
هذا مساق في الكلية يتعلمه الطالب الذي يدرس العربية -لغة
القرآن- هذا ما اختاره المحاضر بين الاف الروايات والقصص ،
شجنت كاتبة القصة في الكويت سنة ٢٠٠٠ لإنها كتبت ما لا يقبله
الشرع والعرف وخدشت كل معاني الحياء والعفة ، وها هي
القاسمي تُطلق سراحها في العنان لتُضلل أجيالاً كاملة !
بالأمس هاجمنا طحينة الأرز وقاطعنا منتجاتها لإنها دعمت
الشذوذ ، فماذا  نحن عاملون الآن ؟ والكلية تُدرس ذلك لجيل
كامل ولأناس سيكونوا امناء على أولادنا في المدارس ؟
هل سنلتزم الصمت خوفا من محاكم الطاغوت ؟
أم أنا سنصمت من أجل قريب يدرس أو صاحب يعمل هناك ؟
إذا استمرت الكلية بنشر هذه الأفكار سيكون מצעד האגווה
לשנת 2030  بالشارع الرئيسي او بالشارع الفحاذي للكلية ...

أمس الساعة ١١:٥٣ ص - تم الإرسال من الويب

**Our dear master Abd Alraof**

### Message no. 117 from the diligent

My brother Isma'il, I swear to God that anyone who supports these pig traitors, associates 'Abd al-Raf and the pig Muhammad Zaki with no brain and the pig Muhammad 'Afif... This is a man who is disrespectful and has no rank for his religion and our saints and not for the honor and dignity of the Muslims. They all cursed; they slandered the name of the stream. If they had told us from the beginning: We're hungry people, liars, we want your money, because then we'd give them a thousand spitting charity on your face. You are priests on the door of hell. Those who seek your advice, deceive them and lead them to hell through your abominations. God, come with you and settle your score with every phony pig that supports you. You have freed our faces, and God will avenge you and every goatee with or without a brain.

We send our sons and daughters to teach religion, and in the end, it is deceit and spies. Our daughters are taking pictures for the benefit of a corrupt man. Cursed be the seed of your father who brought you into this world, you, Mohammed is, a brain-free, truly mind-free, and without honor. If there are men in Baka who have whiskers, you won't live one day, you and the pig, your leader, and you won't live among us in Baka.

The spy Muhammed Zaki. The spy Mohammed Zaki. He was recruited to work for grades in 1995. He is in charge of the Al-Qasmi institutions. He was appointed by his leader. He's engaged in sexual fraud on the Al-Qasemi College students.

The spy Muhammad 'Afif al-Qawasmi. He was recruited to work with the Zionists in 1995 by the spy Shawkat Qadan. He gained power in the Sufi cult thanks to his father, the head of the cult. He used all the cult's money for his own benefit and ratted out his relatives to the Zionists, so some were killed, and some were imprisoned.

Sheikh 'Abd Al-Raof Al-Qawasmi: The head of the demagogic, fake and master cult.

He was recruited to work with the Zionists in 1998 by the two spies: Muhammad Zaki Abu Mukh and Muhammad 'Afif al-Qawasmi since they dressed him in the role on the order of the Jewish interior intelligence agency (Shabak).



حضرة سيدنا عبد الرؤوف

Ismail Ibrahim Ibrahim 
15 س · ⊕ ·





The corrupt Abd Al-Raof Al-Qawasmi uses the new scheme when he takes pictures with the respectable and decent members of the al-Qawasmi family to legitimize his corruption. Even if you take a picture with the angels, you will remain corrupt because you are tainted and not them, for you are corrupt and you will remain corrupt.

The corrupt will remain corrupt even if he is photographed with the angels because the inadequacy is in himself and not in them

They carry the picture of the Al-Aqsa Mosque with the corrupt Abd Al-Raof al-Qawasmi.

You will remain corrupt even if you place your picture next to an Alkaba picture





Ismail Ibrahim Ibrahim
6 ي ⬥٠

الفاسد عبد الرؤوف القواسمي يستخدم هذه الحيلة الجديدة بالتصوير مع أبناء عائلة القواسمي الشرفاء ليضفي على فساده شرعية والله لو نتصور مع الملائكة سيبقى فاسد لأن العلة فيك وليست فيهم فانت فاسد وستبقى فاسد

# الفاسد سيبقى فاسد ولو تصور مع الملائكة لأن العلة فيه وليست فيهم




يحملون صورة الأقصى مع الفاسد عبد الرؤوف القواسمي ستبقى فاسد ولو وضعت صورتك مع صورة الكعبة

The Zionist agent, Muhammad Afif al-Qawasmi, who looted the endowment funds and turned them into his own money and ratted out the heroes of the al-Qawasmi family and killed some of them and exiled another part, gave legitimacy and protection to corruption in the Al-Qasmi institutions.

The charlatan Abd al-Raof Al-Qawasmi, chairman of the board of trustees of the Al-Qasmi institutions, gave legitimacy to corruption, theft of opinion, and land theft in the name of religion.

**Mohammad Zaki Abu Mukh, who instructed members of Al-Qasmi institutions to support a festival that encourages sexual deviation, hosted the Zionist, Gideon Sa'ar, and recruited an audience to welcome him.**





Ismail Ibrahim Ibrahim
6 ي · ⦿



[Translation of poetry]

*Whenever you're mentioned, I smile*

*Like you're a holiday, and the rest are illusions*

*Or every time your image hovers in the air, I fly after it*

*You are the truth, and the rest of the people are illusions*

Man, do you mean the man in the picture? You're ignorant; this man unjustly stole public funds in the name of religion? These praises do not fit the arrogant devils and idols... Go and look again at your faith; you are in great danger





Ismail Ibrahim Ibrahim
٦ ي · ☺





الزاوية
٢ س · ☺



ما مَرَّ ذِكْرُكِ إلا وابتسمتُ لَهْ
كأنَّكِ العيد والباقون أوهامٌ
أو حامَ طيفُكِ إلا طِرتُ اتبعهُ
أنتِ الحقيقة والجُلّاسُ أوهامٌ

يا رجل هل تقصد الشخص الذي بالصورة يا جاهل هذا سارق أموال الناس
بالباطل بإسم الدين هذا المديح لا يجوز للشياطين والمتألهين المتكبرين ..إذهب
وراجع عقيدتك أنت في خطر عظيم

[Translation of poetry]

Getting up in front of Rauf is a mitzvah

Ignoring a mitzvah is not right

I wonder who has a heart and a brain

He sees such beauty and does not rise


This is a picture of the crook, Abd Al-Raᴼf Al-Qawasmi, after he sat among the enchanted and enchanted women, and after each of them spoke to him about her house secrets, shook his hand, and kissed his dirty hand, the hand that had stolen public money in a scam. The infidels of Cornish did not reach such a wise level of progress.

_____

2 comments       2 shares       194 views



Ismail Ibrahim Ibrahim 
15 س · ⊕

✕  ···        الزاوية
٢ س · ⊕

قيامي للـــرؤوف علي فرضْ
وترك الفرائض ليس بمسقـيم
عجبتُ لمن لـــه عقل وقلب
يرى هذا الجمـــال ولا يقوم



هذي صورة الدجال عبد الرؤوف القواسمي بعد أن كان جالسا بين
النساء المسحورات الملبوسات وبعد أن شرحت له كل واحدة أسرار
بيتها المحرم نشرها وسلمت عليه وقبلت يده الخبيثة التي سرقت أموال
الناس بالباطل يعني مشركين قريش لم يصلو لهذا التطور الذكي

تعليقان • مشاركتان • ١٩٤ مشاهدة          ٣٣ 😊🔵👍

Sheikh 'Abd Al-Raof Al-Qawasmi: The head of the demagogic, fake, and master cult.



عبد الرؤوف القواسمي شيخ الطريقة الخزعبلاتية الغوغائية الشيطانية

عندما يلبس العملاء واللصوص لباس
الدين الناتج صوف الخروف على خنزير





When agents, traitors, and thieves wear the dress of religion, the result is lamb's wool on a pig's body

Ismail Ibrahim Ibrahim
15 س · 🌐



عبد الرؤوف القواسمي شيخ الطريقة الخزعبلاتية الغوغائية الشيطانية

عندما يلبس العملاء واللصوص لباس
الدين الناتج صوف الخروف على خنزير



**TARIK QAEASMI**

**Beware of the spy Mohammed Afif al-Qawasmi and his entourage; this is the man who sold himself to the Zionists and ratted out his relatives in exchange for favors, easiness, and protection for his business**

**The rogue  Abd Alarof and his corrupt son want to show you that they are one hand. Yes, we know you're on one hand, but it's a corrupt hand. We pray to God to cut this hand as quickly as possible, for you have corrupted people, misled them, and stolen the money and land of poor people in deceit when you use religion as a cover for your actions. God gives a long time but does not neglect. I pray to God that He will quickly bring salvation to people from this corrupt gang**

This scoundrel, Abd al-Raof al-Qawasmi, his phone was hacked, and calls were intercepted between him and the Zionist entity. He makes them concessions that led to the takeover of the Zionist entity over all the Al-Qasmi institutions, where they spread their poison and agenda, which called for the philosophy of empiricism, perversion, and treachery. Yorta also had a conversation during which he mocked his followers and said they were innocent idiots

This is Tariq, son of the con man Abd al-Raof Al-Qawasmi, whose phone was hacked and intercepted a call, during which he quarreled with his brother (due to his brother's financial debts)



طارق قواسمي

Ismail Ibrahim Ibrahim

16 س ٠ ◔



He was recruited to work with the Zionists in 1998 by two spies: Muhammad Zaki Abu Mukh and his nephew, the spy Muhammad 'Afif al-Qawasmi. They put his hat on him at the order of the Israeli intelligence services.

The spy Mohammed Zaki was recruited to work with the Zionists in 1995. He is in charge of the Al-Qasemi institutions, appointed by his leader, and is engaged in extortion through the sex of Al-Qasmi students.

The spy Muhammad 'Afif al-Qawasmi. He was recruited to work with the Zionists in 1995 by the spy Shawkat Qadan. He gained power in the Sufi cult thanks to his father, the head of the cult. He used all the cult's money for his own benefit and ratted out his relatives to the Zionists, so some were killed, and some were imprisoned

Caricatures

Muhamad Afif with his wife:

Wife: God will multiply our idiots. A lot of money without any effort, drink tea

Husband: You are right, Asia. But keep your voice down, stupid, so the idiots won't hear us.

The leader, Abd Al-Raof Alqwasmi: They kiss my hands, kiss my feet and money like rain, I really don't believe myself







We got you, thieves









Message reforwarded by Ismail Ibrahim

Shorts

For God's sake, the introduction to the video featuring Tariq's wife, Abd al-Raof Dawood al-Qawasmi, with women wearing skirts above the knee and encouraging openness, disintegration, and promotion of CEDAW.

Like cows in our country



➜ تمت إعادة توجيه رساله بواسطة Ismail Ibrahim

شرطات
وسبحان الله مقدمة الفيديو التي تظهر زوجة
**طارق** عبد الرؤوف داود القواسمي تظهر نساء
فوق الركبه تشجيع على الانفتاح والانحلال
وترويج لسيداو
تشابه البقر علينا



**Afeef Abu Tuma**

**Abd Al-Raof Alqwasmi :**

**Since you are a skilled attorney in theft and have proven yourself a professional thief, I have decided to hand over the keys to the university so that you can steal from us by law.**

**Afeef Abu Tuma: At your command, Mr. Ali Baba. Sorry, sorry, sorry.**

**By your command, our Lord knows the words of Allah**





**From right to left:**

**The first, Jamal Flag (Fahmi Zagel's brother)**

**Second: Adv. Husam Hajoj**

**Third: Muhammad Zaki Abu Mukh**

**The fourth: Hilmi Hajuj (who serves in a position similar to a judge but at a lower level than a judge), is one of the advisors of this gang because he is proficient in civil law.**

**The fifth: 'Afif Abu Toameh, a member of the Hosni Al-Qasmi organization. Years ago, he was the head of the Al-Qasmi Academy.**

**The sixth: is Na'il Biadsa.**

**All of them are lawyers, except Jamal Zagel and Hilmi Hajuj, originally a lawyer, and of course, the greatest among them who taught them the game, Muhammad Zaki Abu Mukh.**

**This is an example of corrupt Shin-lawyers cooperating with Muhammad Zaki Abu Mukh.**

**Each one is lower than the other**





Ismail Ibrahim Ibrahim
4 · 🌐



**Photo reforwarded by Ismail Ibrahim**

Afeef, I know a lot about him

Did you know he leads the Ramadan prayer at the 'Abd Al-Raof Mosque

He cheats on people because he's a lawyer. You call him to take care of the case, and then he asks you to give a downpayment. He gets paid and disappears

He did it with the drafts, too. He did it with my late master Mahmoud Said Ghanaian. And he did it with my lord Khaled Abdallah Abu Mukh, the late, and with others from the dead and the living



⟵ تمت إعادة توجيه صورة بواسطة Ismail Ibrahim



⟵ تمت إعادة توجيه رسالة بواسطة Ismail Ibrahim

عفيف اعرف عنه الكثير
هل تصدق انه بؤم الناس بالتراويح في زاوية عبد الرؤوف

⟵ تمت إعادة توجيه رسالة بواسطة Ismail Ibrahim

ينصب على الناس لانه محامي تذهب اليه من اجل قضية فيطلب منك مبلغ تحت الحساب ثم يأخذ
المبلغ ويختفي

⟵ تمت إعادة توجيه رسالة بواسطة Ismail Ibrahim

فعلها حتى مع الدراويش فعلها مع سيدي محمود سعيد غنايم رحمه الله وفعلها مع سيدي خالد عبد الله
ابومخ رحمه الله ومع غيرهم من الاموات والاحياء

2/12/24 ـ م 11:3

# Muhamad Zaki Abu Mukh

Message forwarded by Ismail Ibrahim

**A gift for Muhammad Zaki Abu Mukh**

Friends, this is not a man of religion; this is a devil. Let's vote him out and expel him and get rid of him. This thief, Abd al-Raof, is the head of the snake, he is the one who operates them, and he is the one who caused the divorce of half the girls in Baka. Why are we leaving him alone? He needs to get out, and our brothers in Hebron must depose him and expel him from the West Bank. We don't need more thieves and spies.

In the next few days, we have to shut this college down. If he's a man or any of his punks thinking of getting close to college, we're not puppies. It's really amazing. He's sitting in my lap and scratching my beard's hair. We need a final solution that will rid us of him and his evil, him and all those like him.

May God not guide you, Mohammed Zakki. You incited the Arabs against each other. May God cut off your tongue. Honestly, the thing is, this dog still curses our clans. The head of this dog should be broken. He and his sheik, the Bandit, the corrupt, the scoundrel. All right, in the next few days, you'll be punished, and let your rogue sheik help you.

It's usually supposed to run the families in Baka in the next few days. At least Mohamed Zaki should be disciplined before he curses those with whom they disagree. It is known that the members of the movement and its leaders have other positions. They see corruption and are not satisfied. Therefore, when he calls on those who disagree with him to dogs, he should be held to account. The college has become a source of incitement and quarrel, so it must be closed in the near future, and the Sheikh must not enter it.



# محمد زكي ابو مخ

تمّت إعادة توجيه رسالة بواسطة Ismail Ibrahim ←



هديه لمحمد زكي ابو مخ

يا خواننا هذا مو شيخ هذا شيطان خلينا نخلعه ونطرده ونخلص منه ما ضل فيها هاظا الحرامي عبد الرؤوف هوه راس الحيه وهوه الي بيحركهم وهوه الي تطلقت نص بنات باقة من وراه احنا ليش تاركينه الحينه لازم ينقلع واخوننا الخليل يقلعوه ويطردوه من الضفة وما فيها ناقصنا حراميه وجواسيس

اليومين الجايات لازم نسكرها هالكليه واذا زلمه هوه واي واحد من زعرانه يفكر يهوب ناحية الكلية احنا ما بينقال عنا جراوه صحيح والله قاعد بحجري وبينتف بذقني لازم حل نهائي جذري يخلصنا منه ومن شره هوه والمشركين امثاله

الله لا يوفقك يا محمد زكي قومت العرب على بعظها الله يقطع لسانك بصراحة الموضوع مزال دخل يسب على عشايرنا هالكلب لازمه تكسير راس هوه وشيخه اللص الفاسد الدجال بسيطه هاليومين لازم تتربى خلي شيخك الدجال ينفعك

أمس الساعة ١٢:٤٩ ص · أرسلت من الهاتف المحمول



على الاغلب والمفروض يحرك خلال يومين ابناء العشائر في باقة واقله محمد ابو زكي يجب ان يتادب قبل ان يسب على الذين اختلفو معه بالراي ومن المعروف ان ابناء الطريقة وكبارها لهم مواقف مغايره ومشاهدين للفساد وغير راضين لذلك وصفه لمن خالف بالكلاب يجب ان يحاسب عليه والكليه اصبحت مصدر فتنه يجب ان تتسكر بالفترة القادمة ويمنع الشيخ من دخولها

أمس الساعة ١:٢٢ ص · أرسلت من الهاتف المحمول

In the name of the merciful God

Date: 7.05.2005

Reference: M/C/45623

We confirm the correctness of your information regarding M/s.

Name: Muhammad Zaki Abu Mukh

The above file is attached with the full report, including video, photos, and conversations received from the 1/2 clerk on the other side as full report as of the date stated, with a recommendation for further treatment since the clerk of the 123/5th child has been replaced

To your attention and to contact whoever is needed about the matter

To your care, sir.



◆ تمت إعادة توجيه رسالة بواسطة Ismail Ibrahim

بسم الله الرحمن الرحيم

التاريخ :-7/05/2005م

صادر:-م/م/ق/45623

نوكد لكم صحة المعلومات الواردة لديكم حول م/م/ص/

20464/1997 /م/خ.

المدعو :- محمد زكي أبو خ

أرفق بطيه ملف المذكور مرفقا معه التقرير الكامل مع

لفيديو  والصور والمكالمات المحتصل عليها من العنصر بدر

2/1 بالجانب الاخر كتقرير كامل حتى تاريخه مع

التوصية بالمتابعة حيث تم تغير العنصر مخلد 123/5

لاجراتكم ومخاطبة من يلزم حول ذلك والأمر أمركم

سيدي.

In the name of the merciful God

Date: 21.12.1998
Reference: M/K/87421/ Most secret and urgent
I confirm the correctness of the report that was given to you by the Nasser 12/35 clerk
On the matter of Muhammad Zaki Abu Mukh
4/12/11/05/2003 - The case of Muhammad 'Afif Hosni al-Qawasmi
I confirm the matching of the information provided about both of them further to my letter
5/23/a/m/k/1995
Reports indicate that Afif al-Qawasmi, the leader of the cult, died on 19.12.1998. A medical
report on the cause of death is attached. Since then, the surveillance of Muhammad Zaki Abu
Mukh and Muhammad 'Afif al-Qawasmi has increased, adding two additional officers to the
mission under Zaher responsibility.
The surveillance of the phones they had revealed that there had been talks between
Muhammad 'Afif al-Qawasmi and 'Abd al-Rahof Husni al-Qawasmi, in which he informed him of
his father's death and that he would postpone the burial until his arrival. This is to choose him as
heir to his deceased brother, and that he does not agree that anyone else will be appointed
leader of the Sufi cult and that the arrangements have been arranged in advance. Conversations
were also found between Muhammad 'Afif and Muhammad Zaki Abu Mukh, during which they
agreed to the mechanism the way they would take after his father's burial, and the instructions
indicated the need to appoint 'Abd al-Qawasmi to facilitate the work and the agendas that the
authorized management determined.  They concluded that after the deceased's burial,
Muhammad 'Afif al-Qawasmi and Muhammad Zaki Abu Mukh would urge the cult members to
appoint 'Abd Al-Raof Al-Qawasmi to head the sect. This was done with the help of Muhammad
Zaki Abu Mukh, who arranged and discussed matters because of the hesitance and confusion
among the members of the sect at the time since, on the previous day, several young people
chose Husam al-Qawasmi to lead the sect. However, instructions came from Muhammad 'Afif al-
Qawasmi and Muhammad Zaki Abu Mukh that he should act quickly to replace Husam al-
Qawasmi, who, according to the information they have, has political tendencies, although the
person is not active. Thus, Abd Al-Raof Al-Qawasmi was appointed heir to his deceased brother.
This happened on the first day and the second day after the passing of Afif al-Qawasmi.
Attached are all reports, listings, and pictures with date documentation
For your perusal and to contact those who need to prepare a new clerk for Abd Al-Raof Al-
Qawasmi or leave the previous official who was responsible for flying Hosni al-Qawasmi.
In your care



➡ تمت إعادة توجيه رسالة بواسطة Ismail Ibrahim

بسم الله الرحمن الرحيم

التاريخ: 21/12/1998م

صادر :-م/م/ق/87421/ سري وعاجل جدا

أصادق على صحة التقارير الواردة لكم من العنصر نصر 12/35

الخاص بالمدعو محمد زكي أبو ع

والعنصر رقم 12/4/ق الخاص بالمدعو محمد عفيف حسني القواسمي مؤكدا تطابق المعلومات الواردة لكليهما لاحقا لكتابنا 23/5/ع/م /خ/1995

حيث تذكر التقارير أنه بتاريخ 19/12/1998م توفي المدعو عفيف حسني داؤود القواسمي المعين شبحا للطريقة الصوفية مرفقين معه تقرير الطب الشرعي لأسباب الوفاة حيث تم تكثيف متابعة المدعوين محمد زكي أبو ع ومحمد عفيف حسني القواسمي وتعزيزهم بعنصرين تعزز من إختصاص زاهر

من خلال رصد الهواتف لديهما لوحظ إتصالات بين المدعو محمد عفيف القواسمي والمدعو عبد الرؤوف حسني القواسمي يبلغه فيها بوفاة والده وأنه سيؤخر الدفن لحين حضوره الى إختصاص راشد وذلك من أجل إختياره خلفا لاخيه المتوفي وأنه لن يقبل بأن يكون غيره شبحا للطريقة الصوفية وتم الاتفاق على البريات مسبقا.

كما تم رصد المكالمات بين المدعو محمد عفيف والمدعو محمد زكي أبو ع يطمئنان فيها على الالية التي سمعلون بها بعد دفن والده وأن التعليمات التي وصلته والأوامر توحي بضرورة تصعيب المدعو عبد الرؤوف القواسمي لتسهيل ثريد العمل والاجتهادات التي قامت الادارة المعنية برسمها وقاموا بالاتفاق على أنه بعد تمام الدفن المتوقع يقوم كل من المدعو محمد عفيف القواسمي والمدعو محمد زكي أبو ع بتحريض الاتباع على تلبيس العمامه على راس المدعو عبد الرؤوف القواسمي وقد تم ذلك بمساعدة المدعو محمد زكي أبو ع لتسهيل الأمور والبث فيها لتردد الاتباع وإضطرابهم وقتها حيث أنه باليوم السابق قام بعض الشباب بتلبيس العمامه لمدعو حسام القواسمي ولكن جاءت تعليمات لمدعو محمد عفيف القواسمي والمدعو محمد زكي أبو ع بالاسراع بتغير المدعو حسام القواسمي كونه وحسب معلوماتهم لديه فكر ح/س وهو أن الشخص غير فعال . وبذلك تم تصعيب المدعو عبد الرؤوف القواسمي خلفا لاخيه المتوفي حدث ذلك باليوم الاول والتالي بعد وفاة المدعو عفيف القواسمي .

مرفقا عليه جميع التقارير والتسجيلات والصور لحدث توقيا بتاريخه .

للاطلاع لطفا حول مخاطبة من يلزم من أجل تجهيز عنصر جديد خاص بالمدعو عبد الرؤوف القواسمي أو ثبيت العنصر السابق 6/6/22/ز الخاص بالمدعو عفيف حسني القواسمي والامر أمركم سيدي.

**Ismail Ibrahim Ismail**

Peace and blessings,

I read the nonsense of the lecherous Muhammad Zaki Abu Mokh. The truth is that if he had "Mokh" (brain), he would not have said what he said, but God deprived him of his brain and gave him a corrupt and hypocritical tongue. We tell him: You're a greaser, insignificant, talking about the cult like that. This college was built with our own money, and we have the first right to enjoy its teaching and its finances, and not you, who are a heretic, an agent of the institution. You will not decide who the zealots and rallying guards are. The college is neither your property nor your corrupt leader, who is stealing the money of the cult. We'll cut off your leg if you step into college and cut your tongue out. In the days to come, we will not allow spies like you and the mercenaries to be members of a cult. The days are still ahead of us. Don't laugh today. When we are in the shape, we will punish all the corrupt, we will crush you even if you enter into your burdens. We have prepared gifts and surprises for you, which you and your masters do not expect.

**Thursday, 11:58, sent from mobile phone**


Bless Abu Bara. Although we do not like to discover the surprises we have prepared for this corrupt person and his like, for these are secrets, but I recommend to them that from now on, and after we have called our friends inside Israel dogs, I recommend that they have days of terror. Our brothers in the right places will teach you a lesson, and before that, the members of the sect are members of free families. Who are you to call the members of the sect and the families in Baqa and Palestine dogs? Tomorrow you will learn who the dogs are, and we will teach you how to talk about free families; you are the agent of the Mossad.

**Yesterday, 12:01, sent from mobile phone**


My brothers, I believe we will blow this up tonight on his head and on the head of his corrupt leader, and on the head of every corrupt person. Let's get him out of Nova and have him deported, which he never saw before, not like they did to Gaddafi.

**Yesterday, 12:20, sent from mobile phone**


To be honest, he must be rid of his evil. It's a corrupt man. Let our friends in Hebron work tonight. We are members of a large family, Muhammad Abu Zakki. All of us do not say dogs, and you know that there is a permanent punishment in Arab norms. We're going to break your neck, you and your leader. I'm going to forbid you to go in there and see how your masters can help you. Remember, all you have is the money from the cult. Shame on the heads of families if they hold back on what you say and what you do. We need to break your head, you and your leader.

**Yesterday, 12:24, sent from mobile phone**


It won't go away quietly. All the good he enjoys, he and his leader with our money. Honestly, I can't sleep. If by tomorrow morning this dog isn't gone, I won't have a rest; he and his leader will follow him. We're sick of him and his bunch of kids. These won't do them any good; just breaking heads will do them well.

**Yesterday, 12:35, sent from mobile phone**


Friends, these are their fates. That's it; there's nothing more to add. Our end is that we are dogs, we and the dignitaries of our families, when Muhammad Zaki, Muhammad Afif, and Abd Al-Raof became masters. Never mind, if things got so bad that we fed them up and took them out of our own money, then on Sunday, this person will get close to the college. This college has to close. We don't want her and don't want anyone to go into her to learn humiliation and deceit.

Ismail Ibrahim Ibrahim

السلام عليكم ورحمة الله وبركاته
لقد قرأنا تهريج المنافق الفاسق المدعو محمد زكي ابو مخ
حقيقة لو كان عنده مخ ما قال ما قال لكن الله حرمه المخ
واعطاه لسان فاسدا منافقا فنقول له انت يا إمعة يا رويبضة
تتحدث بامور أبناء الطريقة هذه الكلية ببيت من أموالنا ونحن
أحق الناس بالانتفاع بعلمها وبأموالها ولست أنت يا زنديق يا
عميل الموساد لست أنت من تقرر وتحدد من هم الحساد
والحاقدين فليست ملكا لك ولا لشيخك الفاسد سارق أموال
أبناء الطريقة سنقطع لك رجلك ان تدخلها وسنقطع لك لسانك
كي بالايام القادمة لن نسمح لامثالك من الجواسيس المرتزقة ان
يبقوا بالطريقة الخلوتية الأيام بيننا لا تضحك اليوم عندما نقع
الواقعة سنعاقب كل الفاسدين سنسحقكم ولو دختم بجحوركم
جهزنا لكم هدايا ومفاجئات لن تتوقعها لا أنت ولا اسيادك ..

الخميس الساعة ١١:٤٨ م_  ارسلت من الهاتف المحمول

🎵 audioclip-1668722493000-92021.mp4

أمس الساعة ١٢:٠١ ص_  ارسلت من الهاتف المحمول

بارك الله بابي البراء رغم اننا لا نحب ان تكشف المفاجئات التي
جهزناها لهذا الفاسد وامثاله فهذه اسرار لكن انصحهم من اليوم
وحاعدنا بما انهم وصفوا جماعتنا بالداخل الكلاب انصحهم
بقولك الايام القادمة باذن الله ستكون رعب عليكم ان اخوانا
بالجهات المختصة سيعلمونكم درس وقيل ذلك اخوانا ابناء
الطريق ابناء العشائر الاحرار فمن انت حتى تقول عن ابناءنا
بالطريقة من ابناء عشائر باقة الغربية وفلسطين بانهم كلاب
ستعلم غدا من هم الكلاب وسنعلمك كيف تتحدث عن ابناء
العشائر الاحرار يا عميل الموساد

أمس الساعة ١٢:١٩ م_  ارسلت ٢  _ المحمول
∧

والله يا اخوانا انا بقول خلينا نخربها الليلة على راسه وراس
شيخه الفاسد و كل فاسد ونطرده من نوبا طردة عمره ما شاف
مثلها مثل القذافي هيك لازم

أمس الساعة ١٢:٢٠ م_  ارسلت من الهاتف المحمول

الصراحة لازم نخلص منه شرد هذا فاسد يا اخي خلي
جماعتنا بالخليل الليلة بتصرفوا احنا ولاد عشاير يا محمد أبو
زكي ما يبقال عنا كلاب وانت عارف انه هذه عليها حق عرب
والله لنكسر رقبتك انت وشيخك ونحدوك تدخلها وخلي اسيادك
ينفعوك ولك لحم كتافك من خير ابناء الطريقة يا حيف على
رجال العشاير اذا بيسكتو عنك والله لازم يتكسر راسك انت
وشيخك الفاسد

أمس الساعة ١٢:٢٦ م_  ارسلت من الهاتف المحمول

🎵 audioclip-1668724418000-36897.mp4

أمس الساعة ١٢:٣٣ م_  ارسلت من دردشة

والله ما تهديلو على خير لحم كتافه هوه وشيخه من كتافنا من
مصارينا بصراحة انا طار النوم من عيني اذا بكرا الصبح هالكلب
ما بيكون خالص انا ما برتاح وشيخه يلحقه احنا قرفناه وقرفنا
شلته واولاده هذول ما بيجو بالحكي غير تكسير الروس ما
بينفع

أمس الساعة ١٢:٣٥ م_  ارسلت من الهاتف المحمول

يا عمي هذول استعجلو على قشاهم خلص ما ضل فيها صفينا
كلاب احنا وكبارنا ومحمد زكي ومحمد عفيف وعبد الرؤوف
صارو اسياد بسيطه مزال وصلت الهون والي لحم كتافهم من
خيرنا ومن مالنا معناها الزلمة يوم الاحد يقرب على الكلية هذه
الكلية لازم تنسكر واحنا اهلها وبدناش ايها ولا بدنا احد يدخلها
يتعلم فيها سفالة وسرسرة

أمس الساعة ١٢:٣٧ م_  ارسلت من الهاتف المحمول

**Yesterday, 12:37, sent from mobile phone**

**Beware of the spy Mohammed Afif al-Qawasmi, who sold himself to the Mossad and ratted out his relatives in the wool for easing and protecting his business**

## For anyone interested,

Anyone who wants to read a lot of information on this matter is asked to leave his name in the comment, and I will add him. And once he has reviewed the information, I am ready to answer any questions or inquiries and am ready to be in touch with the competent bodies, whether it be intelligence bodies or anti-corruption bodies, or the Waqf office in the East Bank and the West Bank, or the Al-Azhar Institute.



محمد عفيف قواسمي وزوجته





When I asked one of the idiots after Ismail's stress, what do you know about Muhammad Afif???
He said to me: I know he's a lowlife, a spy, and a Hashish consumer.

I asked him: Where did he get all his money??
He replied: from Palestinian people's money through the organization and the Palestinian Authority.

I said to him: Did he not steal the Muslim's money ???
He said: No, not at all

The conclusion is that they would have kissed the hand of Muhammad 'Afif on the grounds that he was the master's son
And now they acquit him of stealing the Endowment money as if stealing the money of the Palestinian people is permitted while stealing the Endowment money is forbidden.
A thief is a thief
The principle cannot be divided

---

Since 1988, and after the appointment of Afif Al-Qawasmi (a member of Fatah and a prisoner of the Israeli Mossad), the Dervishes have fallen victim to the fraud and he has been appointed head of the Khlewati Qasmi sect. He strengthened the status of his son, Muhammad 'Afif al-Qawasmi, in all matters of the sect (financial matters and purposes) after his father's death in 1998, Abd al-Rahof al-Qawasmi was chosen as his brother's heir, and he was also a Fatah man with weak personalities and his financial situation was deteriorating. He received threats and succumbed to threats, and then the Zionists controlled the cult and achieved their hidden goals, supported Muhammad Afif al-Qawasmi and the rest of the interests around him, and provided him with protection and ease to manage his financial affairs in exchange for the implementation of the poisoned Zionist agenda, which was imposed on him (treason, the annulment, the implementation of an agenda...).





Ismail Ibrahim Ibrahim
1 س · ⦿



عندما سألت احد البهاليل  بعد الضغط اللذي ولده اسماعيل
ماذاتعرف عن محمد عفيف؟؟؟
قال لي نعرف انه شخصيه ساقطه وعميل وحشاش

فقلت له من اين هذه الاموال اللتي يملكها؟؟؟
قال يرفعان اموال الشعب الفلسطيني عن طريق المنظمه والسلطه

فقلت له يعني لم يسرق اموال الوقف ؟؟؟

قال لا ابدا

الخلاصه هؤلاء كانوا يقبلون يد محمد عفيف بحجه انه ابن سيدنا
والان يبرؤون من سرقه الوقف  كأن سرقه اموال الشعب الفلسطيني حلال والوقف حرام
الحرامي حرامي
والمبادئ لا تتجزأ

The weirdest thing today is that the head of the snake, Mohammed Afif, is still has his head buried in the sand like an ostrich. Does that indicate anything?? Yeah, it means a lot of things

---

One of the essential meanings that can be drawn is that Muhammad Afif thinks his masters can protect him and that this fire will not harm him since he took what he had taken from the public money in a scam under the grounds of the holy money, but he already has the money and has become his private money and no one can take it back. They also rely on the ignorant cult members, who see the cult leader as a messenger of God, and that he can't do such things. But they don't know that someday the fire will reach them either.

---

Therefore, the members' awareness of the sect should be increased for this gang and the Zionist agenda they are working on; this is very important.



Ismail Ibrahim Ibrahim
1 س · 🌐



"Those who believe, then reject faith, then believe (again) and (again) reject faith, and go on increasing in unbelief,- Allah will not forgive them nor guide them nor guide them on the way".
Qur'anic verse

He was recruited to work with the Zionists in 1998 by two spies: Muhammad Zaki Abu Mukh and his nephew, the spy Muhammad 'Afif al-Qawasmi. They put his hat on him at the order of the Israeli intelligence services.

The spy Mohammed Zaki was recruited to work with the Zionists in 1995. He is in charge of the Al-Qasemi institutions, appointed by his leader, and is engaged in extortion through the sex of Al-Qasmi students.

The spy Muhammad 'Afif al-Qawasmi. He was recruited to work with the Zionists in 1995 by the spy Shawkat Qadan. He gained power in the Sufi cult thanks to his father, the head of the cult. He used all the cult's money for his own benefit and ratted out his relatives to the Zionists, so some were killed, and some were imprisoned



Ismail Ibrahim Ibrahim
1 س · ﴾

