UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

AL QASSIMI ACADEMY,  Case No.
An Israeli Association and  Hon.
Its Directors and Members,

Jury Demanded

        Plaintiffs,
v.

ISMAIL A. ABUHALTAM,
an Individual,

        Defendant,
_____/
Mohamed J. Zaher (P52020)
Advanta Law PLC
Attorneys for Plaintiff
24300 Southfield Rd, Suite 210
Southfield, MI 48075
(248) 281-6299
Lawyers@Advantalaw.com
_____

## EX PARTE MOTION FOR TEMPORARY INJUNCTION

Plaintiffs, AL QASSIMI ACADEMY and Its Directors and Members ("Al Qassimi"), by and through its attorneys, Advanta Law PLC, based upon the Verified Complaint, move this Court to issue a Temporary Injunction against Defendant, ISMAIL A. ABUHALTAM ("Abuhaltam"), for the reasons stated in the accompanying brief.

        Respectfully submitted,

        Advanta Law PLC

        /s/ Mohamed J. Zaher

2

                                                 Mohamed J. Zaher (P52020)  
                                                 Attorneys for Plaintiffs  
                                                 24300 Southfield Rd, Suite 210  
                                                 Southfield, MI 48075  
                                                 (248) 281-6299  
                                                 Lawyers@Advantalaw.com

Dated: March 20, 2023