**FILED - LN**
April 11, 2023 1:27 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg / SCANNED BY: /s/

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

AL QASSIMI ACADEMY
~~an Israili~~ Association Members

Plaintiff(s),

v.

ISMAIL ABUHALTAM ~~[scribbled out]~~

Defendant(s).

Case No. ~~Honorable~~

Case #
1-23-CV-00289-PLM-PJG

date 4-11-2023

(1)

سيدي صاحب الشرف

أبدي ابتداء بأن هذه الدعوى لا تستند لأي أساسي قانوني صحيح وهي مستوجبة الرد غير أني وفي معرض الرد على ادعاءات المدعين فإنني أجمل ردي بإيجاز من خلال النقاط التالية:

1. لا بد لي ابتداء من أضع بين يديكم مجموعة من الحقائق تكون مدخلي لدفاع عن نفسي في هذه الدعوى العارية عن الصحة والمجافية للحقيقة والتي تظهر المظلوم بأنه ظالم ومعتد وذلك خلافا للحق والعدل وهذه الحقائق هي على النحو التالي:

- انني صاحب مصلحة قد تضرر من أفعال وأقوال وممارسات الجهة المدعية على نحو بليغ وجسيم ولم يقتصر الضرر على شخصي بل تعداه إلى والدي المتوفاة وإلى افراد عائلتي وأشقائي وشقيقاتي ونفر عريض من أصحاب الحق يبلغ تعدادهم قرابة 840 شخص.
- إن ما يحتج به المدعين في هذه الدعوى مع عدم التسليم المطلق به لم ابتدعه ولم أت بشيء من عندي بل هي حقائق ومعلومات ومنشورات وتعابير عن الغضب وعدم الرضا بها مجموعة من الأشخاص المتضررين من القائمين على مؤسسة القاسمي بكل منشأتها وأذرعها عبر المجموعات التي أنشأتها.
- إن القائمين على مؤسسة القاسمي ممن يتصدرون الطريقة القاسمية المتسلطة على مقدراتنا هم من مارس علينا كل أنواع الضغط والتهديد

(1)

والوعيد وهم من بادر للنيل من سمعتنا وكرامتنا وهم من سعى ولا يزال يسعى لسلب حقوقنا.

- إن من حق من لحق به الضرر وسلب حقه وتم الحيلولة دون نيل حقه وهوجم بكل الأساليب أن يلجأ لمنبر التواصل الاجتماعي لعله يسترد حقه ويسمع صوته.

- إن هذه الدعوى لها جذر وأصل وهو الفساد الذي مارسه القائمين على الطريقة القاسمية باسم الدين وتحت عباءته.

- إن المدعين في هذه الدعوى يحاولون الضرب على وتر أني متشدد وأصولي وأحاول ممارسة القمع بحقهم مستغلين بذلك طبيعة مجتمعنا في أمريكا الذي يلفظ الإرهاب وأهله ويقف لهم بالمرصاد وذلك لكي ينالوا مني وكل ذلك عار عن الصحة ومجافي للحقيقة وما فعلته وسأفعله كوني صاحب حق ولي مصلحة يرعاها القانون سوى أني أحاول من خلال المخلصين من أبناء الطريقة الخلوتية الذين أحرقهم ظلم تلك الزمرة هو كشف فساد أولئك النفر لكي لا يغبن بهم الأخرين فيستردوا حقهم ولا يسلموهم أموالهم وأنفسهم.

- إن الفصل في هذه الدعوى يستدعي أن يتم البحث وراء الأسباب والدوافع التي أدت إلى هذا النزاع والمتمثل بتسلط القائمين على الطريق الخلوتية القاسمية على حقوقنا وجمعها لحسابهم الخاص مستغلين سلطتهم الدينية التي تكسبوا من خلالها ليتملكوا الأصول والأموال هم وابنائهم والذين كانوا قبلها فقراء لا يملكون شيئا منها.

(2)

عنوانه

- عبد الفتاح

عنوانه

- ايمن

عنوانه

- نعمان

عنوانه

2. لقد عزف التاريخ الإسلامي التصوف وهو قائم على مرتبة الإحسان التي هي أعلى مراتب الدين حيث تعبد الله كأنك تراه فإن لم تكن تراه فإنه يراك وقد تعددت الطرق الصوفية وانتشرت في البلاد الإسلامية وهي تقوم على التسامح وتقبل الأخر كما أن لكل طريقة صوفية رأس هو شيخها يأخذ مريدين الطريقة دينهم عنه ويتبعونه ويثقون به وإن الطريق الخلوتية هي إحدى هذه الطرق وأشهرها وقد سميت بالطريقة القاسمية نسبة لشيخ الطريقة.

3. إن الطريق القاسمية هي طريقة خلوتيه صوفية شيخها الشيخ عبد الرؤوف القاسمي وانتشرت في الأردن وفلسطين ولها عدد غفير من الأتباع والمريدين مع الإشارة إلى أن تلك الطريق تعاقب على خدمتها وترأسها العديد من المشايخ كان من أشهرهم الشيخ ياسين القاسمي وقد كان والدي من أخص مريديه وأقدمهم ومن المقربين لديه وكان يوكل له المهام التي من شأنها خدمة الطريقة وأهلها.

4. لقد عمدت الطريق الخلوتية القاسمية إلى تأسيس كلية في فلسطين وإلى إقامة العديد من المشاريع كان من أبرزها إقامة إضافة للكلية ومرافقها المساجد

(3)

والزوايا وقد أقيمت مشاريع مؤسسة القاسمي وعلى رأسها الكلية من أموال أبناء الطريقة وأتباعها وكان الغاية من انشاء الكلية تنشأت جيل من الشباب المسلم الملتزم بدينه وبذات الوقت كانت تهدف إلى تحقيق المنفعة لأبناء الطريقة والمنتسبين لها من خلال ما تجنيه من إيرادات واموال.

5. لقد كان والدي من أبرز رجالات الطريقة وأقدمهم وأكثرهم خدمة للطريقة وأهلها حيث انضم لهذه الطريقة وهو في السابعة عشرة من عمره ولحقه بذلك إخوانه وأخواته ومن بعدهم أبنائهم جميعا ولقد كنت ممن نشأ وتربى في الطريقة علما بأنني أكبر أبناء عمومتي كون أن والدي أكبر اخوته.

6. لقد كان والدي الرجل الثاني في الطريق على مدار أكثر من ستة عقود عاصر فيها العديد من مشايخ الطريقة اللذين أوكل لهم أمر هذه الطريقة وكان والدي مستشارا للشيخ ياسين أحد أبرز مشايخ الطريقة وكان أمين السر لديه والوكيل عنه بموجب وكالة عامة لتسيير أمور الطريقة وكان السائق والخادم والمريد الأمين له وقد قام والدي ببناء العديد من المساجد والزوايا (وهي المكان الذي يمارس فيه اتباع الطريقة عبادتهم).

7. لقد كان والدي وكيلا عن شيخ الطريقة الخلوتية ياسين القواسمي من العام 1976 ولغاية 1986 بموجب وكالة عامة تخوله التصرف في أموال الطريقة وكان بدوره يشتري الأراضي لمصلحة الطريقة ويقيم المساجد والزوايا دون أن يطالب بأي أجر مادي أو مقابل عن أعماله تلك وذلك تقربا لله ورغبة في إرضاء شيخه الذين كان يعتقد بأنه الطريق الموصل لله وكان يعتقد بشيخه ويرى أن مقصده وغايته رضا الله وبأنه لا يطلب من الدنيا متاعها.

(4)

8. لقد كان والدي غاية في النزاهة والأمانة والدقة والتوثيق وقد شهد له بذلك وحتى وفاته جميع من عرفه، لقد كان الناس يستودعونه أموالهم ومستنداتهم ووثائقهم المهمة بل وحتى اسرارهم وكان دائما لمن حوله ناصح أمين.

9. لقد كان والدي وحتى وفاته يوثق كل شاردة وواردة ولا يترك أية علاقة مالية أو سواها دون توثيق وضبط وحين وفاته أو عز بأن تسلم كل تلك الوثائق والأوراق التي كان يحتفظ بها في خزنته الخاصة لي كوني أكبر أبنائه وفعلا تم تسليمها لي حين قمت بزيارة الأردن عقب وفاة والدي رحمه الله تعالى.

10. لقد كانت الطريق بالنسبة لي حتى تاريخ وفاة والدي ولحين استلامي الوثائق العائدة له منهج حياة وكان شيخها ورجالاتها بالنسبة لي أهل الله وخاصته منزهين عن النقائص نأخذ منهم أمر ديننا ودنيانا دون تردد أو شك وبكل فرح وسرور.

11. حين طالعت وثائق والدي بدأت الحقائق تتكشف لدي وكان نواة الانقلاب وانفجار العلاقة فيما بيني وبين الطريقة ما يعرف لدينا باسم ارض اليادودة وهي ارض مملوكة لوالدي واخوته تبلغ مساحتها 60 دونم وهي جزء من أرض مملوكة على الشيوع تبلغ مساحتها 164.5 دونم لعائلتنا منها 60 دونم لم يكن أحد ينافسنا بها وكان معلوما أنها ملك لنا غير أنها بقية على حالها في حين أن باقي الأرض هي بالأصل مملوكة للطريقة وليست مملوكة للشيخ واباءه وأعوانه قبل أن نتبين بأنه قد تم كتابتها باسم ورثة الشيخ وأبناءه وأصبحت ملكا خاصا لهم في حين أنها ليست من مالهم ولا حق لهم فيها فهي ملك لعموم أهل الطريقة والأصل أن يكون الشيخ مؤتمنا عليها لا أن يحوزها ويسلبها ويضع يده عليها وتصبح ملكا خاصا لورثته من بعده.

(5)

12. لقد وضع شيخ الطريقة يده على نصيبنا من الأرض رغم أنها مسجلة باسم أحد أعمامي ونازعنا فيها بغير وجه حق وأعانه على ذلك أعمامي وأبناء عمومتي كونهم يعتقدون في الشيخ اعتقادا تام لا يقبل الضد أو المخالفة.

13. لقد وضع الشيخ يده على ارضنا مستغلا سلطته الدينية على أعمامي وابناءهم وخصوصا عمي غمر المسجلة باسمه تلك الأرض وقد سبق للشيخ أن عاقب أعمامي الذين يملكون الأرض سالفة الذكر على أوزارهم بسلب الأرض منهم بحجة تطهيرهم كما كان حال الكاثوليك في العصور الوسطى وقد وزع الذنوب والآثام والأوزار على أعمامي وحمل بعضهم وزر وأخرين وزرين وأخرين ثلاثة وبتلك الخديعة وبسلطته الدينية المزعومة التي لا يرها ديننا أو يرضها حرمنا من حقنا في أرضنا ليتملك هو تلك الأرض باسمه ولحسابه الشخصي مع الإشارة إلى أن تلك الأرض كانت مسجلة باسم والدي ثم بسطوة الشيخ الدينية طلب من والدي نقلها باسم شقيقه عمر وهي ما زالت مسجلة باسم عمي عمر لا يستطيع التصرف بها لاعتقاده الأبدي في الشيخ والذي في نهاية المطاف وكما هو الحال في كثير من أملاك وأموال الطريق ستصب في جيب الشيخ وجيوب ورثته من بعده دون رقيب أو حسيب علما بأن الشيخ الحالي والشيوخ الذين سبقوه لم يكوَنوا يوما من الأثرياء وإنما تملكوا ثروات كبيرة من أموالنا ومن جهدنا وكدنا وتعبنا نحن جمع المريدين كل ذلك بسطوة الدين.

14. إن الأرض التي كانت نواة النزاع فيما بيننا يتعلق بها حقوق لوالدي وعائلتي وعماتي وزوجة جدي وورثتها من بعدها وقد سبق وأن تمت عدة

(6)

بيوع بين أصحاب الحصص فيها دون أن يتم قسمتها حسب القانون ولقد اشتريت من أحد الورثة حصته ودفعت له مقابل ذلك مبالغ طائلة ليخرج علينا بعدها القائمين على الطريقة ويقولوا لنا بأنها ليست لنا.

15. لقد وجدت حقنا في الأرض وحقوق اخرين متعلقة بتلك الأرض في وثائق والدي مشروحة ومفصلة بكل دقة وبمنتهى العدالة علما بأن الشيخ الحالي للطريقة مطلعا على ذلك وكان من يعلم بتفاصيل الأمر برمته الشيخ ياسين ووالدي واللذان انتقلا إلى رحمة الله غير أن والدي ترك ارثا ضخما من المستندات التي تثبت حقنا في تلك الأرض على نحو لا يقبل النقيض أو المخالفة لمن كان يرجو الحق ويسعى له ويلتزم به.

16. أمام ما وجدته من حقائق حول تلك الأرض من خلال وثائق والدي وأمام تنكب أعمامي ورفضهم الانصياع للحق بل ورفضهم مجرد الحوار والاطلاع على وثائق والدي ولكوني كنت أعتقد صدق الشيخ وأمانته فقد تكبدت عناء ترك عملي وعيالي ومصالحي في أمريكا وسافرت لفلسطين لمقابلة الشيخ لأضع بين يديه وثائق والدي ولكي ينصف أصحاب الحق ويرد لهم حقهم غير أنه رفض الاستماع لي بل ورفض أن ينظر في تلك الأوراق والمستندات ولم يتنازل باستلام رسالة والدي له التي تركها وصية تسلم له والتي يشرح فيها واقع الحال ويبين فيها حقنا في تلك الأرض.

17. لقد أساء الشيخ استقبالي ورفض النظر لما أملكه من وثائق ومستندات ولم يحسن معاملتي رغم أن والدي قد أفنى حياته في خدمة الطريقة وشيخها.

18. أمام موقف الشيخ المتصلب والمنحاز وأمام مناصرة اعمامي له وعدم تمكيني من بسط حجتي والنظر في الوثائق والمستندات التي ورثتها عن

(٦)

والدي وأمام كيل الاتهامات لوالدي وهو من كان المقدم والأمين في الطريقة وبين الناس وأمام اصرارهم بأنه ليس لنا حق في تلك الأرض وحيث لم أجد من يسمع صوتي وينصفني لا سيما وأنا أقيم في بلاد بعيدة ولا يمكنني التواصل بأبناء الطريقة ورجالاتها لم أجد بدا من اللجوء إلى وسائل التواصل الاجتماعي لأعرض مشكلتي ولم يخطر في بالي حينها أكثر من ذلك ولم أبادر لمواجهة أي أحد بعينه حينها.

19. نتيجة لنشر ما وقع تحت يدي وزودني به المخلصين المتضررين من أبناء الطريقة القاسمية من حقائق ووثائق وصور وأسماء وحتى من تعليقات ساخرة تبين حال تلك الزمرة عبر وسائل التواصل الاجتماعي كما هو تصدى لي أعمامي وابنائهم بأمر من القائمين على الطريقة الخلوتية وراحوا يكيلوا لي الشتائم ويقدحون بصدق وثائق والدي بل وراحوا يتهمون والدي بأمانته وصدقه التي شهد له بها كل من عرفه ولم يزجرهم الشيخ ولا رجالات الطريق ولم يبادروا إلى احتوائنا جميعا ونحن جميعا اتباعهم وتركونا نكسر بعضنا البعض دون أن يحركوا ساكنا رغم توسلاتنا للشيخ بالتدخل دون جدوى.

20. تفاقم الأمر وأنشأ أعمامي وأبنائهم مجموعات الماسنجر لشتمي وشتم عائلتي وللنيل مني ومن والدي وللتحريض علي بل تعدا الأمر إلى تهديدي بالقتل واتهامي بالعمالة لليهود الذين هم أعدائنا التاريخيين وكان خلاصة ذلك اعلان اعمامي وابنائهم البراءة مني كل ذلك على مرأى ومسمع الشيخ الذي كان يستطيع بما يملك من سطوة روحية وقف ذلك كله.

(8)

21. أمام انشائي مجموعة عبر وسائل التواصل الاجتماعي وانشاء أعمامي وأبنائهم مجموعات عبر وسائل التواصل الاجتماعي ودخول عدد غفير في تلك المجموعات ممن تعلق لهم حقوق في تلك الأرض وممن تربطهم بنا القرابة والمصاهرة والصداقة بدأت الحقائق تتكشف لي رويدا رويدا وبدأ نفر من أهل الطريقة الصادقين يرسلون لي الوثائق والمستندات والمعلومات حول فساد الشيخ ورجالات الطريقة المقربين منه وانتفاعهم من مال الطريقة ومكتسباتها.

22. تبين لي من خلال أولئك الصادقين عمق الفساد الذي يحيط بالشيخ واتباعه المقربين واغتنائهم من مال الطريقة وتسجيل أموال الطريقة بأسمائهم الأمر الذي كان لزاما علي بيان ذلك كون أننا أصحاب حق وأن تلك الأموال التي وضعوا يدهم عليها لا تحق لهم وليست ملكا خاصا لهم.

23. لقد سكت الشيخ وأعوانه ولم يستطيعوا مواجهة الحقائق التي تفضحهم وتبين فسادهم وتصرفهم فيما لا يملكون لخدمة أشخاصهم مستغلين ثقة بعض الاتباع وجهل بعضهم.

24. إن مؤسسة القاسمي وما تملكه من أموال وأصول ليست ملكا للشيخ وأعوانه وهي ملك للطريق وإن من حقي أن أبين ذلك وقد كان ذلك فقد تواصل معي وما زال يتواصل معي عدد كبير من أبناء الطريقة الذين شجعهم خطابي وجرأتي عل الشيخ وهو أمر لم يعتدوه لكشف ما لديهم من حقائق ووثائق تشهد بفساد أولئك الرهط وعلى رأسهم شيخ الطريقة واستغلالهم أموال الطريقة على أنها ملكا خاصا وخالصا لهم مع الإشارة إلى أنهم ليسوا في الأصل من الأثرياء وأصحاب الأموال ولكن فسادهم حقق لهم ولأبنائهم

(٩)

وأعوانهم المال والجاه ولم يكن أحد قبل ذلك يجرؤ على فضحهم سوى محاولة جريئة من أحد رجالات الطريقة الذين بان له فسادهم وزيفهم وألف بذلك رسالة أسماها مؤسسة القاسمي من الشموخ إلى الرضوخ.

25. لقد عشت أغلب عمري في أمريكا تعلمت منها وفيها بأن العدالة تعلو ولا يعلوها شيء ولقد شهدت وسمعت ولا زلت كيف يقف الشرفاء في هذا البلد لكل طامع وفاسد وكيف يفضحونه ويكشفون زيفه ويوجهون أصابع الاتهام نحوه دون خشية أو خوف من ملاحقة قانونية أو تهديد ووعيد الأمر الذي دفعني لأن أكشف فساد هذه الزمرة وتصرفهم في أموال تعود لأبناء الطريقة الذين من بينهم والدي وأنا وأشقائي.

26. لقد دعوة مرارا وتكرارا هؤلاء القوم للرجوع عن الخطأ ورد الحقوق لأهلها غير أن دعواتي لم تجد لديهم أذان صاغية الأمر الذي زاد من عزمي على كشف فسادهم لا سيما وأن الكثير من المتضررين من أبناء الطريقة تواصلوا معي ووضعوا بين يدي الوثائق والمستندات التي تكشف فساد هؤلاء كونهم ضعفاء لا يستطيعون مواجهة الشيخ وأعوانه الذين يملكون النفوذ والأموال والسطوة.

27. لقد تبين لي من خلال الوثائق والمستندات التي زودني بها المتضررين من أبناء الطريقة تلاعب تلك الزمرة بأموال الطريقة بل وبدين أبناء الطريقة وخصوصياتهم الاجتماعية وممارساتهم التي تخالف ديني من البدع والخزعبلات والحجب التي يبيعونها بمبالغ طائلة مستغلين الجهل والضعف والحاجة لدى نفر من أبناء الطريقة.

(11)

28. أمام الحقائق الدامغة التي نشرتها وأمام كشف تلك الزمرة بأسمائهم وبيان ما استحوذوا عليه بغير وجه حق صرت اتلقى التهديدات وتعرضت لموجة ضخمة من القدح والذم والتحقير والتهديد وقد استعان أولئك النفر بما تحت أيديهم من أموال ورجال ونفوذ لإخماد صوتي وكبح جماحي.

29. إن الهدف لتلك الزمرة من إقامة الدعاوى في مواجهتي في الأردن وفلسطين وأمريكا هو كتم صوتي واخماد ارادتي والنيل من عزيمتي في كشف فسادهم وتلاعبهم في ملك عام والاستحواذ عليه وتجييره لمصلحتهم وإن من حقي ومن حق أبناء الطريقة الصادقين أن يكشف أولئك عن مصدر ثرواتهم وأملاكهم التي لم يعملوا بها ولم يرثوها عن أبائهم.

30. إن الذين أقاموا هذه الدعوى في مواجهتي هم من عمد ابتداء من خلال رجالهم واعوانهم إلى النيل مني ومن شرفي وكرامتي وسمعتي وإلى النيل من والدي والطعن فيه بكل وسيلة وهم من يكيل لي التهديد يوميا ويتوعدني لا لشيء إلا لأني بينت كذبهم وزيفهم وفسادهم ولا اعتقد أنه من الإنصاف والعدل أن يتحكم أولئك في حقوقنا وأموالنا وجهدنا الذي أفنينا فيه أعمارنا دون أن يتم كشفهم بالدليل القاطع والبرهان الصارم والحجة الدامغة مع إشارة إلى أنهم يحاولون اظهاري بمظهر المتطرف والمغالي في اتجاهه الفكري على الرغم من انني أقيم في هذه البلاد أنا وعائلتي منذ أكثر من ربع قرن لم اتعرض فيها لأحد ولم أخالف فيها القانون.

31. إن الناظر في واقع هذه البلاد يجد بأن أي أحد يمكنه التصدي لبؤر الفساد ومنابع الإفساد وفضحها ولو كانت من أعلى المستويات وعلية القوم وإنني لم أتجاوز ذلك حيث أني لم أسعى إلا لكشف الزمرة الفاسدة في الطريق

(11)

الخلوتية التي انتمي أنا وعائلتي لها والتي ليس لها موطن في الولايات المتحدة الأمريكية وبيان الأموال والثروات التي بناها أولئك من أموالنا وجهدنا وفضح المجد الذي صنعوه لأنفسهم على حسابنا وإنني لست وحدي في ذلك وما أنا إلا ناطق باسم عدد غفير من الأحرار في تلك الطريقة الذين شجعهم صدق نيتي وحسن طويتي واخلاصي لتزويدي وعلى مدار الساعة بالوثائق والمستندات التي تكشف أولئك القوم وتبين فسادهم وإفسادهم.

32. إن الدستور الأمريكي يحمي حق التعبير وإنني ما زدت إلا أنني عبر عن حقي وحق المتضررين المنتسبين للطريقة الخلوتية القاسمية خاصة وقد سد في وجهي الطريق القانوني في بلادي بحجة التقادم وإنني اعتقد بأنه لو تم كشف فساد أولئك القوم فإنه من الممكن أن نسترد حقوقنا وأن نسقطهم عن عرش التحكم في الطريقة وأهلها.

(12)

(2)

PLese Diss Miss the

Case # 1-23-CV-00289 1-P-L-M
                                    - PJG

becuse I have Alut of
witeness over sees.

and the other Party
use the Low to Attack
the other Pebole they
have Alat of Mony and
All How show
theer coraption
        sutt ther month

~~by~~ (3)

by using the mony wich steel it from the poor pepole by the Name of God and whin they Do ther Crime they Do it with expert to Cover tha Coraption and the have Alut of Layer witenesses

their system in over seser Ass. every one No know its Dectetorship and they Comet Crime and they have thousend of way get out of it We have Doctor Gl. he was the Leder of this Universty

His Name is
(بتاریخ یاسین ذمیل الشال)
sial yaseen Zamil

(5)

Abu m.K and He
wrote Tow Later one
for (عبدالرحمن القاسمي) Abed ALRuf
AL Quasmy the Leader
of th tarika
~~be~~ and he explan for
him and tele him
you vaiolate the Contract
between ALL The memper
~~of ths~~ and your folower
and you Chand the
Agend you spose you

(6) are in charg for it to sprit the Peses of Relegen and the World of G (GOD) and you chand fom (...)

كل إلى الناس كافه ولكن اكثر الناس لا يعلمون وما أرسلناك الا (...) والكافرين فلم نرسلك عليهم

you chang the Name of th Colege of islam study to AKa Dimiat AQAsimy and you make the

(1)

The Profit to you children
Children and the Coser for
you and this is forpedin
Not ALLawd in the Relegen
and you will be the
Loser in the hear After

~~but~~ this Professor

يا د رياسين زامل ابر فتح
الكتاب انا في رش لي سمح وللرباع
كوكو في رب صحته reed
كتاب السنه في الا ولاد الم ولاد
التي ليرها ان صور ه ولادي
الكفير ياد رياسين زامل ابر فتح

(17)