UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| AL QASSIMI ACADEMY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:23-cv-289 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| ISMAIL A. ABUHALTAM, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER WITHDRAWING REFERENCE

Defendant filed a motion for an extension of time (ECF No. 7). The Court referred the motion to the Magistrate Judge.

The Court now **WITHDRAWS** the referral of the motion for an extension of time.

**IT IS SO ORDERED.**

Date:   April 21, 2023                         /s/  Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge