# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

(1)

ALQASSIMY An Israeli Association and its Directors and members

Plaintiff,

v.

ISMAIL ABOHAITAM

Defendant(s)

Hon. Paul L. Maloney

Case No. 1-23-CV-00289-PLM-PJG

FILED - LN
May 17, 2023 5:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw  SCANNED BY: /god 5/19

## Request

Requst translater to Arab, Dismis the case or Moretim Hi sare to Andkess the voise of threting

Plese Bee All the decument inclu it shows ALL MY witeness and the case it's over seese and the stort defemation not me

Please diss miss the case if it's posippel

or give me more time I have Alut of Voise the thretin me and They

②

they threting my family and the tele me whin they see me will kill me

* Reqest transleter in, from Englesh to Arabic
* Reqest Dissmis the Case
* Reqest if cant Dissmiss I need More time to Anlyse the voices for thrting




Date: May 17, 2023

Messrs. United States District Court,
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

Petitioner: Ismail Ibrahim Abuhaltam

Hon Paul L. Maloney

Dear Sir,
Whereas Case No. 1: 23-cv-00289-PLM-PJG was filed against me before your esteemed court the subject of which is the allegations of cursing, defamation and slander by Al-Qasimi Academy, an institution with no presence on American soil and whose members are not American citizens. They do not abide by American laws nor do they pay taxes to the United States.

Firstly, the charges brought against me are untrue and groundless. The aim of these charges is to silence me from exposing the financial corruption and embezzlement of public funds in the name of religion.

Secondly, being poor, I cannot afford appointing an attorney to defend me. Whereas my financial situation plays into the hands of my opponents who use it to their advantage. I appeal to your justice to allow me to submit my defense, pleas, and responses to their case in the Arabic language. I also request from your Excellency to give me an additional time limit to provide all necessary information according to the law.

Thirdly, my father had a general power of attorney that allowed him to access the financial statements that exposed the embezzlement of the Waqf (endowment) funds by the sons of the Sheikh. After disclosing this information to the public, many rejected the current policies of the Sheiks' sons control over the Waqf (endowment) funds, Sheikh Abdul Halim Al-Quasimi and Sheikh Anas Sharif Yasin Al-Quasimi rejected and opposed the current policies of the president of Al-Quasimi Academy, Abdul Raouf Al Quansimi, and they collected and collected signatures from those who are opponents to the Sheikh and his sons'




control over the Waqf (endowment) funds to return the same to their rightful beneficiaries, as stated in Sharia law. I attach the signatures of those who reject their current policies.

Fourthly, considering the above points, I request your honorable court to reject their charges since all witnesses in this case are in Jordan, the territories of the Palestinian Authorities, or Israel. Our tribal system can resolve our dispute and achieve justice for both parties by listening to the witnesses and presenting evidence to the tribal and government-appointed judges in the two countries.

Fifthly, the subject of this case is contempt, yet they are the ones who brought down their own reputation with threats of murder, assault, and false accusations against me and my family; they described me as a Zionist and devil; they threatened me and my sons to have indecent acts against us; they insulted and cursed us using the filthiest words. We only reacted to their deeds and actions. They said we do not obey our fathers, we only obey our Sheikh Abdul Rauf Al-Quasimi, who did not stop their abuses, and his silence implies that he approves the same.

Lastly, I request your esteemed court to keep all the documents that I have presented and that I am going to present, as they may be evidence if they decide to kill me. My family and I have received explicit death threats, harassment and beating; they stated that they will force me to engage in legal battles, turning my life into a living hell.

Therefore, I urge your esteemed court to keep all these documents and present them to the relevant authorities to protect American citizens from the systematic terrorism that threatens their lives and social peace.

Respectfully,
Petitioner, Ismail Abuhaltam

ISMAIL ABUHATAM
date 5/17/2023

bLow

| file # | filename | Number of Pages |
|---|---|---|
| 1 | Request | |
| 2 | ANS | 4 |
| 3 | DF | 30 |
| 4 | R | 24 |
| 5 | QF | 38 |
| 6 | A.A | 57 |
| 7 | D.Z | 66 |
| 8 | M.G | 47 |
| 9 | B | 51 |
| 10 | R.W | 15 |
| 11 | WK | 19 |
| 12 | K&A | 10 |
| 13 | G.G | 55 |
| | TOTAL | 416 Pages |

| file number | file name | # of Pages (7) |
|---|---|---|
| 14 | RA | 16 |
| 15 | H.D | 15 |
| 16 | A.sh | 42 |
| 17 | H.sh | 17 |
| 18 | Ja | 18 |
| 19 | MJT | 19 |
| 20 | AK | 6 |
| 21 | ASL | 55 |
| 22 | VM | 42 |
| 23 | SWK | 4 |
| 24 | SU | 31 |
| 25 | M2 | 8 |
| 26 | AY1 | 26 |
| 27 | AY2 | 4 |
| 28 | AY3 | 28 |
| 29 → | case 1-23cv-002 89 | 66 |
| 30 → | PLMPJG RTK | 5 |
| | | 402 TOTAL 818 |

```
    416
    402
   ----
    818
```