UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AL QASSIMI ACADEMY,

    Plaintiff,

v.

ISMAIL A. ABUHALTAM,

    Defendant.

_____/

Case No. 1:23-cv-289

HONORABLE PAUL L. MALONEY

## AMENDED ORDER GRANTING IN PART MOTION TO ADJOURN STATUS CONFERENCE

Pending before the Court is a joint motion by the parties to adjourn the February 16, 2024 status conference (ECF No. 28).  The parties request a 90-day adjournment of the conference in order to continue settlement negotiations.  The Court will grant an adjournment of the status conference but will grant a more limited adjournment than requested by the parties.  Accordingly,

**IT IS HEREBY ORDERED** that the joint motion to adjourn status conference (ECF No. 28) is GRANTED IN PART.

**IT IS FURTHER ORDERED** that the status conference is rescheduled to **April 1, 2024 at 11:00 a.m., before Magistrate Judge Phillip J. Green, 499 Federal Building, 110 Michigan, St., NW, Grand Rapids, Michigan.**

Dated:  February 15, 2024

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge