UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AL QASSIMI ACADEMY,

      Plaintiff,                                Case No. 1:23–cv–00289–PLM–PJG

    v.                                           Hon. Paul L. Maloney

ISMAIL A. ABUHALTAM,

      Defendant.
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received May 7, 2024 and orders the Clerk to reject the Settlement Agreement and return the document(s) to Ismail A. Abuhaltam for the reason(s) noted below:

      Ismail A. Abuhaltam is represented by counsel. All filings should be submitted to this Court through Ismail A. Abuhaltam's counsel.

      IT IS SO ORDERED.

Dated: May 9, 2024                            /s/ Phillip J. Green
                                                 PHILLIP J. GREEN
                                                 U.S. Magistrate Judge