SETTLEMENT AGREEMENT AND FULL RELESE

date 5/7/2024

case #
1-23-cv-00289-PLM
-PJC

<u>اتفاقية مصالحة</u>

**الفريق الاول( المدعي):** أكاديمية القاسمي جمعية إسرائيلية ومديريها وأعضائها.

**الفريق الثاني(المدعى عليه):** إسماعيل إبراهيم محمد أبو حلتم.

حيث قام الفريق الأول بإقامة دعوى قضائية في مواجهة الفريق الثاني في محكمة مقاطعة الولايات المتحدة الأمريكية – المنطقة الغربية من ولاية ميتشغن رقم - PLM – 00289 – cv – 1:23 PJC وحيث يرغب الفريقان بفض النزاع وتسوية المطالبات المثارة في هذه الدعوى فقد اتفق االفريقين وهما بكامل أهليتهم المعتبرة قانونا وبدون إكراه على المصالحة وفقا للبنود التالية:

1.يمثل    الفريق    الأول    (المدعية)
.....A.CADEMY... في هذه AL QASSIMI
المصالحة ويقوم مقامها ويكون مسؤولا أمام الفريق الثاني وفي مواجهته مسؤولية تامة ومطلقة عن كافة بنود هذه المصالحة.

2.يمثل الفريق الثاني (المدعى عليه) إسماعيل إبراهيم محمد أبو حلتم في هذه المصالحة ويكون مسؤولا أمام الفريق الأول وفي مواجهته مسؤولية تامة ومطلقة عن كافة بنود هذه المصالحة.

(١)

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

FILED - LN
May 7, 2024 4:42 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY /s/ ___ SCANNED BY

This address https://aymanvsismail.us// contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

3. تعتبر هذه الاتفاقية بمثابة حل وسط للنزاع بين الفريقين ويتم إبرامها بحسن نية لتسوية النزاع والتقاضي وتجنب جمع النزاعات المستقبلية المتعلقة بالإدعاءات الواردة في الدعوى المشار إليها أعلاه.

4. يقوم الفريقين بتوقيع هذه الاتفاقية بطواعية وبالرضا وبدون إكراه.

5. يسقط الفريق الأول (المدعي) الدعوى المشار إليها أعلاه لدى المحكمة المذكورة أعلاه في مواجهة الفريق الثاني.

6. يلتزم الفريق الثاني (المدعى عليه) بالتوقف والكف والامتناع عن استخدام أي وسيلة إعلامية بشكل مباشر و/أو غير مباشر تتضمن نشر أي منشورات ضد الفريق الأول (المدعي) أكاديمية القاسمي ومديريها وموظفيها ومسؤوليها من تاريخ توقيع هذه الاتفاقية.

7. يلتزم الفريق الأول بإسقاط الدعوى المشار إليها أعلاه وبإعفاء الفريق الثاني (المدعى عليه) والكيانات التجارية التابعة له والأسلاف والخلفاء والمنازل لهم والأوصياء وشركات التأمين والضامنين والمديرين والمسؤولين والموظفين والوكلاء والمحامين وجميع الممثلين الأخرين للفريق الثاني (المدعى عليه) من جميع المطالبات التي قدمها و/أو يمكن أن يكون قدمها ضد الفريق الثاني (المدعى عليه) معروفا أو غير



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

معروف مشروطا أو مستحقا من بداية الوقت وحتى تاريخ نفاذ هذه الاتفاقية بما في ذلك على سبيل المثال لا الحصر المطالبات التي تم تقديمها و/أو كان من الممكن تقديمها في التقاضي.

8. يلتزم ويتعهد الفريق الأول بالعمل على اسقاط المدعو ايمن مصطفى محمد حلتم الدعاوى القضائية التي أقامها في مواجهة الفريق الثاني (المدعى عليه) لدى المحاكم في ولاية انديانا و/أو أي من المحاكم في الولايات المتحدة الأمريكية وذلك كون السبب في جميع النزاعات كان شيخ الطريقة القاسمية ورئيس الفريق الأول طرفا فيها ولكون المدعو ايمن حلتم صرح في رسائل صوتية من خلال تطبيق ماسنجر بأنه لا يملك أي أحد توقيفه وكف يده غير الشيخ عبد الرؤوف القواسمي.

9. يلتزم الفريق الأول بالعمل على حل مشكلة أرض اليادودة الواقعة في عمان عاصمة المملكة الأردنية الهاشمية المتنازع عليها كون أن تلك الأرض مملوكة لعدد كبير من عائلة أبو حلتم وإعلان عدم ملكيته لها أو لأي جزء منها.

10. يلتزم الفريق الأول بإعادة الكمبيالات التي بحوزته والتي حررها المدعو عمر محمد سعيد أبو حلتم عم الفريق الثاني (المدعى عليه) للشيخ عبد الرؤوف القواسمي والمتعلقة بأرض اليادودة المشار إليها.

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

11. يكون تاريخ سريان هذه الاتفاقية من تاريخ توقيع كلا الفريقين عليها.

12. توافق الفريقان على التعاون الكامل وتنفيذ جميع الوثائق التكميلية واتخاذ جميع الإجراءات الإضافية التي قد تكون ضرورية أو مناسبة لإضفاء القوة الكاملة لهذه الاتفاقية.

13. تفسر هذه الاتفاقية وفقا لقوانين ولاية ميتشغن إذا كان أي حكم من أحكام هذه الاتفاقية غير صالح لأي سبب من الأسباب و/أو أي بند غير قابل للتنفيذ لم يتم تضمينه مطلقا في هذه الاتفاقية.

14. تخضع صحة وتأثير هذه الاتفاقية لقوانين ولاية ميتشغن وتحل هذه الاتفاقية محل أي اتفاقية شفهية أو كتابية سابقة متعلق بهذا الخصوص.

15. توافق الفريقان ولكي يكون أي تغيير في هذه الاتفاقية فعالا يجب أن يكون كتابيا ويجب تنفيذ هذه الاتفاقية من قبل الفريقين الموقعين عليها بذاتهم او بصفاتهم.

16. يلتزم الفريق الذي يخل و/ أو يخرق أي من بنود هذه الاتفاقية بتعويض الفريق الأخر عن الضرر الذي لحقه نتيجة لذلك.

وعليه فان الفريقين يلتمسان من المحكمة الموقرة التصديق على هذه المصالحة واعتبارها حكما قطعيا غير قابل للطعن بكافة طرق الطعن.



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

بسم الله الرحمن الرحيم

والصلاة والسلام على سيدنا محمد وعلى آله وصحبه أجمعين ومن تبعهم بإحسان الى يوم الدين أما بعد :- من الشيخ شريف ابن الشيخ ياسين القواسمي شيخ الطريقة والشريعة والحقيقة وشيخ الطريقة الخلوتية الجامعة الرحمانية الى جميع إخواني

أبناء الطريقة الخلوتية الجامعة الرحمتية طريقة القلسمي الرحمتية وعلى رأسهم عمي الشيخ عبد الرؤوف القواسمي السلام عليكم جميعا ورحمة الله وبركاته وبعد :- لقد مضى عامان على الخلاف الحاصل على أرض اليابودة بين إخواننا آل أبو حلتم فيما بينهم من ناحية وبين عمي الشيخ عبد الرؤوف القواسمي من ناحية أخرى وتطورت الامور حتى وصل الخلاف الى أطراف أخرى متعددة بين أبناء طريقتنا وتداخلت الاقوال وتضاربت الأفعال والردود وما كنا نأمل او نحب أن تصل الامور الى ما وصلت اليه. حتى وصلت الى عامة الناس وأصبحوا يتحدثون فيها بطريقة لا ترضى أي واحد من أبناء الطريقة جمعاء . ولقد كنا نحن أبناء حضرة الشيخ ياسين القواسمي شيخ الطريقة الخلوتية الجامعة الرحمانية وأحد أهم وأبرز مؤسسيها ومؤسساتها وزواياها وما زلنا جسرا للاصلاح والتواصل والدفاع عن الطريقة وسادتها على طول حياتنا وإلى اليوم لاتقدم بدعوى إصلاح بين جميع الاطراف من أجل إنهاء جميع القضايا المثارة على طول فترة السنتين الماضيتين ومن منطلق أمره عز وجل بعد أعوذ بالله من الشيطان الرجيم (وإن طائفتان من المؤمنين اقتتلوا فأصلحوا بينهما فإن بغت إحداهما على الأخرى فقاتلوا التي تبغي حتى تفيء إلى أمر الله فإن فاءت فأصلحوا بينهما بالعدل وأقسطوا إن الله يحب المقسطين) (9) الحجرات

ومن هذا المنطلق فإني أتقدم بهذه الحلول لجميع الاطراف لعل الله يصلح بين الطائفتين وجميع الاطراف وقد قال صلى الله عليه وسلم ( وخيرهما الذي يبدأ بالسلام ) ولعل هذه الحلول تكون شافية وافية وتنهي جميع الاطراف وينتهي الخلاف برمته.

اولا :- تعاد قطعة أرض اليابودة بكليتها الى الاخوة من آل أبو حلتم والمسجلة بإسم الاخ عمر آل أبو حلتم كما وتعاد للاخ عمر أبو حلتم الكبيلات التي تم توقيعها من قبله مقابل قطعة الارض .على أن يتم التقسيم فيما بين آل أبو حلتم تحت إشراف لجنة مكونة مني شخصيا والاخ الشيخ عبد الحليم عبد الحي القواسمي وبدعوة كل من سماحة الدكتور عبد الكريم الخصاونة مفتي المملكة الأردنية الهاشمية وسماحة الدكتور عبد الحفيظ الربطة قاضي القضاة بالمملكة الأردنية الهاشمية وسماحة الدكتور حمدي مراد امين عام وزارة الأوقاف الاسبق ومن يراه مناسبا من الاخوة العلماء المختصين بقضايا علم المواريث .

ثانيا :- يتوقف الاخ إسماعيل إبراهيم أبو حلتم عن فعاليته على جميع المجموعات ووسائل التواصل الاجتماعي وما فيها من طرح للامور الخلافية بما يتعلق بالطريقة وعمي الشيخ عبد الرؤوف القواسمي .

ثالثا :- تشكل لجنة متخصصة للنظر بقطع الاراضي الخاصة بأبناء وورثة حضرة سيدنا الشيخ عبد الحي القواسمي وذلك من أجل إعادتها لهم بإذن الله على الوجه الشرعي الذي يرضى الله عز وجل .

رابعا :- تلغى جميع القضايا المرفوعة بين آل أبو حلتم فيما بينهم وبإيعاز من عمي الشيخ عبد الرؤوف القواسمي وذلك من خلال التنازل عنها وإسقاط الحق الشخصي منهم جميعا وكذلك تلغى أي قضية ترتبت



1

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

على اي طرف من الاطراف سواء من طرف كلية القاسمي تجاه الاخ إسماعيل ال ابو حتم وكذلك بالمقابل بتوقف الاخ إسماعيل عن ذكر المواضيع المتعلقة بكلية القاسمي وباقي المؤسسات في وسائل التواصل الاجتماعي والمجموعات بما يضمن انتهاء جميع الخلاف.

خامسا :- إعادة النظر من قبل كلية القاسمي من خلال مجلس الامناء الحالي وعلى راسهم عمي الشيخ عبد الرؤوف القواسمي وبإيعاز منه بموضوع المبالغ المالية المستحقة ومكافأة تهيئة الخدمة للمرحوم الاخ حسني الدباس كونه عمل بالكلية لفترة تجاوزة العشرين عاما كموظف من موظفيها بما يكفل توريثه وابناءه عيشا كريما وبما يرضي الله عز وجل.

سادسا:- يقوم ناصر الحق بإعادة الامور لمجاريها وفتح المعابر المغلقة اسام جميع الاشخاص المعنين بالخلاف واغلاق ملف القضية برمتها أمام الجهات المعنية بحيث تعود الامور الى سابق عهدها.

سابعا :- اشير على عمي الشيخ عبد الرؤوف القواسمي بصفته رئيس مجلس الامناء لاكاديمية القاسمي بتشكيل لجنة خمية مختصة تعيد النظر بمناهج ومباحث اكاديمية القاسمي وباقي المؤسسات التابعة للطريقة بما يخدم الهدف الرئيسي من تأسيسها لخدمة الطريقة وابناءها والحفاظ على الشريعة الاسلامية والتصوف الاسلامي.

ثامنا:كما واشير على عمي الشيخ عبد الرؤوف القواسمي يضرورة إعادة النظر بالمرافق الصحية التابعة لزاوية اتباع الشيخ حسني القواسمي بمدينة الخليل ( المسماة بزاوية الحرص ) كونها مرافق تخدم المصلين ورواد المسجد من حيث الوضوء والاستنجاء ولا دخل لها باية خلافات وان المسجد هي بيوت الله بنيت للعبادة والذكر وخدمة عباد الله المسلمين.

تاسعا:- تعطي جميع الاطراف مدة سبعة ايام كفترة للتفكير والتشاور كل مع أهل مشورته ورأيه على أن يكون الرد جاهزا من جميع الاطراف قبل تاريخ 2023/6/25 ميلادية.

عاشرا :- تعتبر هذه المبادرة والدعوى للاصلاح هي دعوى لجميع أهل الثقة العدول وأهل الرأي والسداد والصلاح كل في مكانه ليساهموا معنا لانهاء جميع الخلافات بين جميع الاطراف.

وفي ذلك خير وأجر عظيم لمن سعى بالاصلاح بين الناس بالخصومات.

يقول نبينا الكريم صلى الله عليه وسلم «إن من الناس مفاتيح للخير مغاليق للشر. وإن من الناس مفاتيح للشر مغاليق للخير. فطوبى لمن جعل الله مفاتيح الخير على يديه، وويل لمن جعل الله مفاتيح الشر على يديه»

وقال رسول الله صلى الله عليه وسلم  ألا أخبركم بأفضل من درجة الصيام والصلاة والصدقة ؟ قالوا : بلى ( . قال : صلاح ذات البين ، فإن فساد ذات البين هي الحالقة).

سائلا الله العزيز القدير ان بوفقنا جميعا لما يحبه ويرضاه.

أخوكم الشيخ شريف ابن الشيخ ياسين القواسمي

تحريرا في 2023/6/18 ميلادية



2

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

**المحكمة**

**المدعي:** اسماعيل ابراهيم محمد ابو حلتم

**عنوانه:**

**المدعى عليه:** أيمن مصطفى محمد حلتم

**عنوانه:**

<u>**وقائع الدعوى**</u>

- المدعي والمدعى عليه أبناء عمومة وكلاهما يقيم في الولايات المتحدة الأمريكية

- قام المدعى عليه مع مجموعة من أبناء عمومته المؤيدين له وعلى إثر خلافات عائلية مع المدعي وعائلته تخص الميراث بعمل مجموعه من خلال وسائل التواصل الإجتماعي الفيس بوك (الماسنجر) تبادلوا فيها قدح وذم وتحقير المدعي ووالده المتوفى والتحريض عليهم وتهديد المدعي واغتيال شخصيته والتشهير به وبوالده المتوفى.

- قام المدعى عليه ومن خلال وسائل التواصل الإجتماعي الفيس بوك (الماسنجر) بنشر تسجيلات كثيرة تتضمن قدح وذم وتحقير المدعي ووالده المتوفى وكذلك التشهير بالمدعي وبوالده المتوفى وتهديد المدعي والتحريض عليه وممارسة التمييز العنصري وقد شكل المدعى عليه جروب ماسنجر تحت مسمى فرسان الحق للنيل من



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

المدعي وتهديده وارهابه واغتيال شخصيته وقدحه وذمه وتحقيره والتحريض عليه ومن الأمثلة التي جائت في تلك التسجيلات على سبيل المثال لا الحصر

- قيام المدعى عليه بالافتراء على والد المدعي بالتزوير والظلم وعقوق والده وأكل حقوق إخوانه وسوء الأمانة وبأنه صرف ماله على التيوس وبأنه نصب على إخوانه ونعت المدعى عليه المدعي بانه فرعون وكافر وظالم ظلم أبوه وأعمامه وأبناء عمومته وحرض أعمام المدعي وابنائهم وسائر العائلة الكبيرة على اصدار براءة من المدعي ووصف المدعى عليه المدعي كذبا وبنية خبيثة بأنه مزور وحقير ومدلس وغشاش ونعته بالأهبل وبالزنديق والخبيث والثعلب والماكر والكذاب والشيطان الوسواس والحسود والمفلس وابو شخه وصاحب عقلية اجرامية وصهيوني مع الصهيونية العالمية وخنزير ونطفه نجسة وخرا وكلب أجرب ويعوي وسافل ومنحط ووقح وقليل أدب وعاق لوالديه وابن حرام وصرصار وكل الصفات الشيطانية فيه وأن لديه قلب أسود وبأنه طول عمره عايش في حواري الوحدات ورأسه مليان ريحة صناين وخماج وداير بزقاق الوحدات حافي وبنطلونه ممزع وبأنه عاش في جو اجرامي وعدائي في منطقة الوحدات، وبأنه فاشل وأن كل الدنيا تكرهه وبأن المشتكي صاحب شخصية نرجسية حقيرة دنيئة وبأنه مسخرة وبأنه حطم صنم المدعي وجعله مسخرة

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

وبأنه مرندل وكندره وزبالة وقواد وتوجه اليه بالقول لعنة الله عليك يا

سمبك لعنة الله عليك وعلى أمثالك وعلى شاكلتك يا شيطان يا رجيم

وأقسم بالله مرات بأن المدعي غشاش ونصاب ومزور ومدلس وبأن

ممسحة الخارج أنظف منه وتمنى موته وأن يفطس عن قريب وهدده

بانه سوف يسحله بالشارع سحل ان شاهده وبانه سيضربه عشرين

خمساوي على خد واحد حتى تكت اسنانه وانه وراه وراه والزمن

طويل وبانه لن يمنعه أحد من الأقارب أو من العشيرة عن المدعي

وبأنه سيفضحه أمام عائلة ابو حلتم وكل معارفه والمقربين منه وأنه

سوف يشمسه ويعريه وبأنه إن رءاه راح يشلحه ملابسه في الشارع

وأنه سوف يكشفه للقاصي والداني ويفضحه وأنه سيتوجه لمعارفه

لطلب تقرير منهم يبين بأن المدعي مريض وسفيه وبأن المدعي

تعرض لمشاكل في صغره أدت إلى حصول شورت في رأسه وتوعده

بقوله والله لألعن شرفك والله على ما أقول شهيد وأخلي الي ما يشتري

يتفرج عليك يا قواد يلي ما بتستحي والله لخليك تتمنى أنك ما كنت

تراب ودعا على المدعي أن يأخذه الله أخذ عزيز مقتدر وهدده إن

نزل على الأردن بأنه سيخلي الشباب تسحله سحل ويحشو عصاي

جواته هيك كبرها وهدده إن نزل على الأردن سوف ينزل وراءه

مخصوص وأن يسجن به وسيسحله في الشارع ويشلحه ملابسه أمام

خلق الله ويريهم مين سمبك عدو الله وأنه سوف يعجب على خلقته



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

وأنه إذا وقفت كل الدوايمه بوجهه لن ترده وأنه سوف يخبط على فهمه وبأنه سوف يدمره تدمير وتوعده بأن وراءه جيش وبأن وراءه رجال في الأردن وفلسطين وعزوة وأصحاب كثير يتمنون خدمته وهدد المشتكي بأنه سوف يسجنه، وتوعد أصحاب المدعي وأنسباء إخوانه إذا شدوا على يده أنه سوف يعجب عليه وعلى كل من يشد على يديه وبأنه سوف يجعله يرجع إلى أمريكا مكرسح الرجلين وهدده بان جبل على جبل لا يلتقي وبني أدم مع بني أدم يلتقي وهدده بكشف المخبأ والمستور من عائلة الحاج ابراهيم والد المدعي، وخاطب المدعي بقوله والله لأقضح عرضك وعرض مين بشد على إيدك، وحرض أبناء عمه على شتم وسب المدعي وراح يكيل الشتائم لأخوة المدعي عبد الرحمن ومحمد ويحذرهم ويحذر باقي اخوة المدعي من الانتصار لأخيهم وإلا كانوا أعداء له مع المشتكي، وأن أي أحد من أخوة المشتكي إن حاول إيقافه سوف يخبط عليه كمان مع المشتكي وسيخبط على كل من يشد على يد المدعي وأن أي أحد من اخوانه يشد على يديه سوف يلعن شرفه معه وأقسم بالله العظيم على ذلك وحرض اخوة المدعي عموما للتخلي عن المشتكي وحرض على المدعي شقيق المدعي عارف أبو حلتم خصوصا كما حرض عمته نوال وأبناء عمته سهام على المدعي وإلا لن ينالوا حقوقهم في ميراث الجد.

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

- إن تسجيلات المدعى عليه تضمنت تصريحات كاذبة ومفضوحة وخبيثة ولا أساس لها من الصحة اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد الحقت تلك التسجيلات وما فيها من تصريحات بالمدعي ضررا ماديا ومعنويا بالغين كما رافق تلك التسجيلات والتصريحات إضافة للضرر المادي والمعنوي عناصر أخرى غاية في الخطورة وتلك العناصر هي: (تحريض المدعى عليه عصابة الأشرار المناصرة له وأشخاص مجهولين على المدعي، التهديد بالقتل والحق الأذى الجسدي بالمدعي وعائلته، القدح والذم والتحقير بالمدعي ووالده المتوفى: التشهير بالمدعي ووالده المتوفى، تكفير المدعي واخراجه من الإسلام، التجسس على المدعي وتتبع خطواته، بث الكراهية بين المدعي وعائلته، زرع بذور الفتنة بين المدعي واقاربه، تغيير الحقائق لحرمان المدعي ومن معه من حقوقهم في ارض اليادودة في العاصمة الأردنية عمان لتمليكها للقديس الذين ينتمون له، العمل على سلب المدعي من حقه في ارض اليادودة في العاصمة الأردنية عمان، ممارسة التمييز العنصري حين وصف البيئة التي كان يعيش فيها المدعي في الأردن)0



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

- ان للمدعي مكانة اجتماعية بين أقاربه وأصحابه ومعارفه وأصهاره في الأردن والولايات المتحدة الامريكية وغيرها وهو مقدر في محيطه ذو سيرة عطرة ومشهود له بحسن التربية واستقامة السلوك وإن تصريحات المدعى عليه في هذه التسجيلات قد تسببت له ولعائلته بأضرار مادية ومعنوية وآلاما نفسية كبيرة، حيث حملت تلك العبارات والتي تناقلها محيط المدعي وأقاربه وأصحابه ومعارفه وأصهاره ألفاظا بذيئة وعبارات نابية وجارحة نالت من مشاعر ووجدانيات المدعي وعائلته وأحرجتهم بالغ الحرج في محيطهم وبين أقاربهم ومعارفهم ونالت من شرفه وشرف والده وإخوته وعموم عائلته وأوقعت بهم أشد الضرر المادي والمعنوي

- إن تصريحات المدعى عليه دفعت المدعي حين سافر إلى فلسطين للاجتماع في القديس الذي ينتمي اليه المدعى عليه وعصابة الأشرار الذين معه لكي يطلب منه رفع يده عن ارضهم لأن يطلب الدخالة ― أي الحماية ― من احدى العائلات الفلسطينية الكبيرة في فلسطين وتدعى عائلة عمرو وذلك بسبب تهديدات المدعى عليه المدعي بالقتل والحاق الأذى الجسدي به.

- إن سلوك المدعى عليه في هذا التسجيلات وتصرفه فيها جاء عن علم وعمد وبنية خبيثة وإن هذه التسجيلات وما تضمنته من عناصر نالت من المدعي وإن هذه التسجيلات وما تضمنته هي على النحو التالي:



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

**1. لسانك هذا الذي يقطر خرى زي ثمك هذا ثمك المليان خرى وتنك النضح اللي جواتك بدك اطلعو علينا لانك انسان فاشل حاسدنا انت الحسود انت حاسدت كل واحد في دار ابو حلتم اتطلعت على الي بيدوا وحسدته اطلعت على الي بايد اميركا جيت على عمي طه مرته تتسوق في الواحه اجيت على ابصر مين هاذا ليش بصرف اكثر منا هذا راح على دزني لاند انا ظليتني مقهور مرمي في الوحدات عند ام سلطان النوريه انا انا طول انهاري اتصبح واتمسى بوجه ام سلطان وعمي داير على دزني لاند بشم الهوا هو واولاده جيت وهذاك عايش في الشميساني الي كانت بالنسبه اليك كانت الشميساني بلاد غريبه ارض الاحلام بالنسبه لك لانك انت طول عمرك بحواري الوحدات وراسك مليان ريحة صناين وخماج داير به الزقاق يا اما حافي يا اما بنطلونك امزع.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في

13

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن المدعي كان يسير في الشوارع ممزق اللباس ويعيش في الوحدات — وهي منطقة لاجئين فلسطينيين فقراء الحال في عمان — وإن التعريض بمخيم الوحدات على النحو المذكور ينم عن تمييز عنصري وازدراء اتجاه الساكنين فيه — كما ذكر بأن رأس المدعي مليان ريحة صناين وخماج — وهذان مصطلحان معروفان في المجتمع الأردني يشيران إلى حقارة ودنو منزلة الموصوف بها — وإن هذه التصريحات الكاذبة.محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أن ما ذكره في هذا التسجيل حول أبناء عم المدعي والمدعو طه أبو حلتم من شأنه أن يخلق نزاعا بين المدعي وبين أبناء عمه طه وينال من علاقة المودة بين المدعي



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

وبينهم ويحرض أبناء عمه عليه ومثل هذه التصريحات تتعارض مع القيم المجتمعية في الأردن.

**2. وشهادة حق اقولها بحكي مع واحد صديق لي في ميتشغان عند ساكن جنبه بعرفه (وميتشيول فرند) بيني وبينه انا بقله شو وضعه بقلي وضعه منتهيي منتهي بقاحص ماكل روح الخل بقله كيف بقلي بطقش ولا طقه ولا برن رنه يا دوب يا دوب شوف الزبون من بعيد بس بشوف الزباين وهمه داخلين طالعين على المحلات الثانيه محله بقرنه في هالمول زاتينه ولا حدا بوصله حتى عمال النظافه بوصلوش عنده وقاعد زي الحزين وعامل حاله انه فاتح محل وهو لا يفقه في المحل شيئا والمول بجوز بدفعلوش اجار مسامحينه في الاجار لانه بطقش ولا طقه يا فاشل فتحت محل بشهرين بشهرين يا فاشل**

لقد قام المدعى عليه بنشر هذا المقطع على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتجسس على المدعي وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة عارية عن الصحة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك تكبيد المدعي خسائر في المبيعات والإيرادات نتيجة لذلك وأيضا النيل من سمعة المدعي في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والتشويه كما أن سلوك المدعى عليه تجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن المدعي فاشل في عمله وقاعد مثل الحزين ولا يفقه في المحل شيء كما أن المدعى عليه قد عمد إلى التجسس على المدعي وتتبع عوراته وإن هذه التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

3. **لانك حسود لانك بتتطلع على دار مصطفى باع زريعه بسطة زريعه مصطفى بدنا انروح انبسط بزريعه زيه كنت تدخل على محل عمي عمر بتسرق الزبون من ايدوه وتجيبو وتقله تعال تعال اطلع معي تعال انا عندي بطاريه احسن من بطاريات هذا الزلمه كنت اتروح على مين ما كان يكون يشتغل اولاد سهام اجو يبسطو قدامك طريتهم اتبسطوش عنا اتبسطوش عنا بعدين بتقول بتقول عن فلان قال عن فلان عدوي انت عدوي متدخلش والله العكس صحيح الي قال عدوي هو عارف حاله قال انت عدوي لانك انت خبيث بدك توقع الناس ببعض فساد وفتان وكذاب ومدلس ونجس وحقير وكل الصفات الشيطانيه موجوده فيك فانتا شيطان رجيم كان في الك صنم والحمد لله رب العالمين صنمك انهدم.**

لقد قام المدعى عليه بنشر هذا المقطع على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتحريض وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن المدعي حسود ونجس وحقير وكذاب ومدلس وكل الصفات الشيطانية فيه ــ وهذا الوصف لدى المسلمين فيه تكفير ــ ووصفه بأنه فتان وشيطان رجيم وأن للمدعي صنم هدموه وكل ما سلف من النعوت هي نعوت قبيحة مذمومة نالت من المدعي في مشاعره واعتقاده بوصفه شيطان في حين أن المدعي مسلم يكره الشيطان ويستعيذ بالله منه وكذلك حاول المدعى عليه من خلال هذا التسجيل تحريض أبناء عم المدعي وأبناء عمته علي وساق كذبا وقائع لاثبات ذلك وإن هذه التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال

(18)

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أن ما ذكره في هذا التسجيل من تصريحات كاذبة يتعارض مع القيم المجتمعية في الأردن، وإن ما ساقه المدعى عليه في هذا التسجيل فيه تحريض للآخرين على المدعي وبث الكراهية فيهم للمدعي وزرع الفتنة فيما بين المدعي وأقاربه الذين طالما كانوا يحترمونه ويوقرونه

4. يا اخوان يا اولاد عمي يا حبايبي يا ال ابو حلتم الكرام اعلنها لكم على الملأ هذا الصنم الي اسموه اسماعيل كان اشي كبير بعين الناس تم اسقاطه وتحطيمه بنجاح باهر والقوه كانت من الله ومن ساداتنا من حضرة سيدنا امد الله بعمره، انه هو الي امدنا بقوه عشان انحطم هذا الصنم الكاذب الفاشل الي اسمه اسماعيل الي كانت الناس مخدوعه فيه ومفكريته اشي عظيم وهوه طلع صرصار لا بسوى ولا ولانقله بسوق الزلم بسوق الغلى ما بجيب قرش هي هاذا صنمهم ربهم الاعلى حطمناك حطمناك خلص انتهيت انتى انتهيت انتا افلست ما ظل عندك اشي الا تطلع على الناس تعتذر.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه

(١٩)

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن تناصر المدعى عليه بأبناء عومته المعارضين للمدعي والذي شكلوا عصابة أشرار لمواجهة المدعي في طلبه بحقه من ميراث والده والذي كان بالأصل سبب الخلاف بينهم، ووصف المدعي بأنه صنم هدموه كما بين هذا التسجيل وجود عصابة أشرار في الأردن وأمريكا تجمعت على المدعي وكرست الوقت والجهد والمال للنيل منه وقد حرض المدعى عليه أولئك الأشخاص على المدعي وجاء خطابه بلغة الجمع الأمر الذي يدلل تكالب أخرين مع المدعى عليه على المدعي  وقد بث هذا التسجيل الضيق الشديد والرعب

20

This address https://aymanvsismail.us// contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

والخوف لدى المدعي على سلامته وسلامة عائلته ولم يعد يشعر بالأمان، وتسبب ذلك بإلحاق الضرر في عمل المدعي وانخفاض دخله، كما تلقى المدعي نتيجة لذلك العديد من رسائل التهديد بإلحاق الأذى به وبعائلته إذا عاد إلى الأردن من أشخاص مجهولين ومن عدد من عصابة الأشرار الذين تكالبوا على المدعي، وحرض المدعى عليه القديس الذي يعتقدون به وأتباعه في الولايات المتحدة الأمريكية وفي الأردن وخارجها على المدعي.

**5. يا شباب شوفو شوفو كيف طريقة التدليس والكذب يا شباب شوفو كيف بدلس على الناس وبكذب عليهم بقول ابوي اجاني بالرؤيا ورايح عند قبر ابوه عشان يقوله يابا شايف كيف انت دمرتنا لانك ما طالبت بحقنا بكذب بدلس عالناس بقلهم قال ابوي جايني بالرؤيا وقال لواحد من اخواننا انا وكيلي اسماعيل انا وكيلي قال ايش اسماعيل والله انك لعين يا يا بديش اسب هسه على شو اسمه انت يا زلمه مدلس ونجس وحقير وكذاب واستغليت ابوك وبتستغل عواطف الناس قال هيني عند ابوي عندو في القبر عندو في القبر بتذكر لما كنت اقلك عمي قاعد بالجنه مبسوط سيبك منه قلتلي ابوي لا ابوي قاعد في الجنه حزين ابوي حزين في الجنه لانك جاهل بتعرفش في الدين اشي ابوك حزين في الجنه انت والله انك مفلس اقسم بالله العظيم انك افلست بعدين ما بدك ندخل دارك هيك بتحكي لا تدخلوا**



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

داري ولا تدخلو علي ولا تشوفوني ولا نشوفك والله بالناقص منك ومن ستين زيك انتا صنم وتحطم كان الناس عاملين مفكرينك اشي واكتشفوا اشي جديد احنا عريناك يا مدلس يا نجس يا قذر احنا عرناك.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتحريض والتجسس وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن وصف المدعي بالحقير والقذر والنجس والمدلس والكذاب والجاهل والمفلس ووصف المدعي بأنه صنم هدموه كما بين هذا التسجيل وجود عصابة أشرار في الأردن وأمريكا تجمعت على المدعي وكرست الوقت والجهد والمال للنيل منه وقد حرض المدعى عليه أولئك الأشخاص على المدعي وجاء خطابه بلغة الجمع الأمر الذي يدلل تكالب أخرين مع المدعى عليه على المدعي وقد بث هذا التسجيل الضيق الشديد والرعب والخوف لدى المدعي على سلامته وسلامة عائلته ولم يعد يشعر بالأمان، وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض دخله، كما تلقى المدعي نتيجة لذلك العديد من رسائل التهديد بإلحاق الأذى به وبعائلته إذا عاد إلى الأردن من أشخاص مجهولين ومن عدد من عصابة الأشرار الذين تكالبوا على المدعي.

**6.اي واحد بدو يوقف مع اسماعيل ما بنمشي بحقه يا حبيبي اي واحد بدو يوقف مع اسماعيل ما بنمشيله لا بحق ولا بباطل يروح يحل عنا ويخلي اسماعيل ينفعه ما لنا دخل ما بطالب بحق واحد ماشي مع الباطل مش مجبور انا امشي مع واحد ماشي مع الباطل اروح أطالب له بحقه.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح



This address https://aymanvsismail.us// contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

والذم والتحقير والتحريض وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن المدعي باطل وممشاه باطل وعمد وبنية خبيثة على تحريض أعضاء الجروبات الموجودين من أقارب وأصقاء وأصهار ومعارف على المدعي وأعلن لأصحاب الحق في ميراث جدهم بأنه لن يقف معهم للمطالبة بحقوقهم وقد وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل الإذلال والكرب النفسي والمعاناة ومع زيادة

(٢٤)

This address **https://aymanvsismail.us/** contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لبيع المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

**7.اسماعيل مستعملهم شماعه مستعملهم شماعه لا يعطيهم لا حق ولا باطل اسماعيل لما يعطيك دولار دولارين يا اخوان دولارين بطاقة الو سجلهن علي قال بدي منك دولارين سجل علي بطاقة الو حقها دولارين اسماعيل ما بعطي حدا ما بعطي حدا اسماعيل مستعملهم اسماعيل مستعملكم.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتحريض وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، وقد تضمنت تصريحات المدعى عليه تحريض الأشخاص المناصرين للمدعي على المدعي واتهمه أمام عائلته واقاربه وأصهاره وأصدقاءه في الجروب بشح المدعي وعدم مساعدتهم واستغلاله لمن حوله ودلل على ذلك من خلال تجربته مع المدعي بموضوع البطاقة التي ثمنها دولارين كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها.

8.يا حبيبي الله يرضى عليك اذا في الهم حق يروحوا يطالبوا فيه عند اسماعيل اما انا بدك اتعاديني امشيلك مع وامشي معك بموضوع حقك لا والله ما احزرت انا ما بمشي لاي انسان في حقه وهو معاديني انت معاديني بدك امشي معك بحقك ما بمشي معك بحقك واجيبلك حقك وانت معاديني روح طالب بحقك انت انا بطالب بلي يمشي معي ويلي بطالب بلي بشوفه وقلت لعمتي نوال قلتلها اذا انت شايفه انه في لك حق في ارض اليادوده روحي مع جماعة اسماعيل

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

روحي مع جماعة اسماعيل اما اذا بتتنازلي وبتقولي انا ما بعترف انا ما بعترف باليادوده ما بعترف باليادوده ساعيتها انا بروح وبجيبلك حقك من كل اعمامي وبظلني انق فوق روسهم ليل مع انهار لما يعطوك حقك اما الارض الي اعطاها ابوي معطاهاش هديه اعطاها اياها لانها انظلمت لانها كانت مظلومه مش هديه واذا ابوك اعطاها المصاري هديه لامش من هديه واذا ابوك اعطاها المصاري من شغله كان من شغل الشركه لا تحكي اذا هو قال انا هديه يعطيها من حصته هديه اه هذا اشي ثاني هاي مش هدايا يا معلم اولاد عمتي سهام اخذوا ثالث ومثلث وابوي ما قصر معهم نهائيا وابوك ما قصر معهم فلا تحكي هدايا لا الله يرضى عليك خلي ابوك يطلع يقول انها هديه او مش هديه او ابوي يطلع يقول انا اعطيتهم هديه او مش هديه.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التحريض وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التحريض على سلب المدعي ومجموعة من الورثة حقهم من ارض اليادودة ــ وهي أرض تبلغ مساحتها 60دونم تقريبا في العاصمة الأردنية عمان تبلغ قيمتها مبلغا ضخما يحاول المدعى عليه ومن حوله تمليكها للقديس الذين يوالونه وبنية خبيثة وبتعمد يحاول المدعى عليه في هذا التسجيل أن يفض الأشخاص من حول المدعي ليمنعهم من المطالبة بحقوقهم ويتناقض مع نفسه بأن يعدهم برد حقوقهم إن هم انفضوا عن المدعي وتركوا المطالبة بحقوقهم.

**9.يا شباب الله يعطيكوا العافيه سمبك عمللكوا اضافه ادخلوا عليه وشرتحوا وظلكوا طالعين بس يعطيكوا العافيه السلام عليكم.**



This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث حرض عصابة الأشرار الذين معه على المدعي لكي يقوموا بالدخول على الماسنجر وذم وقدح وتحقير المدعي ونعته بغير اسمه وهو نعته بسمبك تحقيرا وتهكما على المدعي وقد ألحق سلوك المدعى عليه بالمدعي في هذا التسجيل بالغ الضرر ونال من مشاعره ووجدانياته ونال من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وحاول ثني الأخرين عن التعامل مع المدعي والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها كما أن المدعي صار نتيجة لهذا التسجيل بتلقي العديد من رسائل التهديد بإلحاق الأذى به وبعائلته إذا عاد إلى الأردن الأمر الذي ادخل الخوف والهلع في نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او

This address https://aymanvsismail.us/ contains audio evidence of defamation, threats to kill, drag, beating, humiliation, and character killing, and registration No. 67 proves his connection to the president of Al Qasimi Academy, according to his audio statement, who denied all his votes and lied to the court and misled it intentionally and maliciously.

ابناءه من السفر إلى الأردن للمشاركة بتلك الوفاة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين ونتيجة لهذ التسجيل أيضا صار المدعي بتلقى الشتائم والذم والقدح والتحقير له ولعائلته ولوالديه المتوفيان من عصابة الأشرار المناصرين للمدعى عليه وقد بث هذا التسجيل الضيق الشديد والرعب والخوف لدى المدعي على سلامته وسلامة عائلته ولم يعد يشعر بالأمان، وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض دخله وتكبد خسائر في المبيعات والإيرادات وساءة حالته المادية واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته وأوقعت المدعي تحت تأثير عاطفي كبير وقد تحمل المدعي ولا يزال يتحمل الإذلال والكرب النفسي والمعاناة و زيادة القلق والتوتر.

10. يا سيدي بسام يا شباب يا شباب الله يرضى عليكم ويطول اعماركم احنا عريناه وكان وكنا ننزل تسجيلات له عشان انعريه اندينه من فمك ندينك من فمك ندينك وخلناه زي الأهبل ينزل فيديوهات عن حاله عشان نكشف عورته للناس ونفضحه والي بدنا اياه صار والي بدنا اياه صار يا شباب فخلص انتهت مهمتك يا اسماعيل انتا هسا بتسمعنا



واحنا ما بنسمعلك مهمتك انتهت ووصلنا الرساله للجميع صنمك تم تحطيمه بنجاح وبنجاح باهر كمان من هبلك وتدليسك وكذبك كشفناك.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث حرض عصابة الأشرار الذين معه على المدعي لكي يقوموا بالدخول على الماسنجر وذم وقدح وتحقير المدعي وقد قام بذم قدح وذم وتحقير المدعي حيث نعته بالأهبل — أي فاقد عقله — ووصفه بأنه كذاب وادعى بأنه كشف عورات المدعي وقد ألحق سلوك المدعى عليه بالمدعي في هذا التسجيل بالغ الضرر ونال من مشاعره ووجدانياته ونال من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وحاول ثني الأخرين عن التعامل مع المدعي والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها كما أن المدعي صار نتيجة لهذا التسجيل بتلقي العديد من رسائل التهديد بإلحاق

الأذى به وبعائلته إذا عاد إلى الأردن وبتلقى الشتائم والذم والقدح والتحقير له ولعائلته ولوالديه المتوفيان من عصابة الأشرار المناصرين للمدعى عليه وقد بث هذا التسجيل الضيق الشديد والرعب والخوف لدى المدعي على سلامته وسلامة عائلته ولم يعد يشعر بالأمان، وتسبب ذلك بإلحاق الضرر في عمل المدعي وانخفاض دخله.

11. ان شاء الله بتجيه بيظلو يعوي لما تجيه لفحة كورونا اتطسه تشمطه كمان لفحه ويفطس ويريحنا كلب اجرب.

لقد قام المدعى عليه بنشر هذا المقطع على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي

شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها
أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص
أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد
تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بوصفه يعوي
مثل الكلب وتمنى له الموت جيفة مثل الكلب ونتيجة لتصرفات المدعى عليه
فقد وقع المدعي تحت تأثير عاطفي كبير وقد تحمل المدعي ولا يزال
يتحمل الإذلال والكرب النفسي والمعاناة وزيادة القلق والتوتر الأمر الذي
الحق به الضرر المادي والمعنوي حيث ساءت علاقته بابناءه وزوجته
وتضرر عمله وانخفض دخله وبالنتيجة اضطر إلى اغلاق محله الذي مكث
يمارس اعماله فيه طيلة 25 سنة وخسارة مدخرات حياته.

**12.** **يا عمه هو كل من قال انا درويش درويش طب ما هو**
**اسماعيل نكت على سيدنا عبد الرؤوف ما قال نكتة الشيخ الي الزلمه**
**ضيع مصريه وقال يا رب ما توقع بين ايدين شيخ عشان ما يلقي**
**لهن فتوه شو مالك نضحك على بعض ولا بدعي الدروشه وبكذب**
**وبقول انه سيدنا لقول أنا بوجهكم وانا موجهه من سيدنا وعندي**
**مرسال وجار الزاويه واقبال الزاويه واول واخر اقبال يعني يا عمتي**



**مجنون يحكي وعاقل يسمع مجنون يحكي وعاقل يسمع يا عمتي صلي على النبي يا عمتي.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيئة حيث حاول تحريض احدى عماته على المدعي والتي هي عمة المدعي أيضا وقد ألحق سلوك المدعى عليه بالمدعي في هذا التسجيل بالغ الضرر ونال من مشاعره ووجدانياته ونال من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وحاول ثني الأخرين عن التعامل مع المدعي والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء منطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها.

**13.    عمتي هذا ابوه ابوه الحج ابراهيم زور ورقه في ارض دار الوحدات لساتنا احنا في الورقه النقاشيه الاولى زور الورقه هاي تبعت ارض دار الوحدات بنستنا الاجابه من عمي عبد الفتاح عشان يشرحلنا كيف عماتي وقعن على هذه الورقه فانت بدك تستغربي انه**

**يجيب ورق مزور ويجيبلك قسمة ابوي وقسمة ابصر مين وعمي عمر تسع دونمات وابوي سته وعشرين دونم وانت دونمين وابصر شو هاي اوهام يا عمتي ما تصدقي هذا الحكي يا شباب هذا الزلمه بياع بياع كلام بياع اوهام ببيع السمك في البحر فلا واحد يوخذ بكلامه ولا اي واحد مستضعف ما يوخذ بكلامه فاقد الشيء لا يعطيه يا إخوان فاقد الشيء لا يعطيه.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث قام بقدح وذم وتحقير المدعي ووالده المتوفى واتهم المدعي ووالده بالتزوير واستنصر بشخص من عصابة الأشرار وهو عم المدعي والمدعى عليه المدعو عبد الفتاح أبو حلتم والذي كان لهذا الأخير الدور الأكبر في الفتنة التي حصلت بين أفراد العائلة جميعا وساهم في انقسام العائلة الكبرى للمدعي والمدعى عليه كما أن المدعو عبد الفتاح أبو حلتم هو من قام وعن عمد بشرح قسمة الأرض موضوع الورثة على نحو خاطئ وقام بتحريض عصابة الأشرار على المدعي ووصف المدعى عليه المدعي أمامهم بأنه بياع أوهام وبياع سمك في البحر وقد ألحق سلوك المدعى عليه بالمدعي في هذا التسجيل بالغ الضرر ونال من مشاعره ووجدانياته ونال من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وحاول ثني الأخرين عن التعامل مع المدعي والارتباط به وتسبب



له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار
كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود
اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه
أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل
الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره
وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية
وداخل الأردن وخارجها كما أن المدعي صار نتيجة لهذا التسجيل بتلقي
العديد من رسائل التهديد بإلحاق الأذى به وبعائلته إذا عاد إلى الأردن
وبتلقى الشتائم والذم والقدح والتحقير له ولعائلته ولوالديه المتوفيان من
عصابة الأشرار المناصرين للمدعى عليه وقد بث هذا التسجيل الضيق
الشديد والرعب والخوف لدى المدعي على سلامته وسلامة عائلته ولم يعد
يشعر بالأمان، وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض
دخله.

**14.    بعد ثبات طبعا جريمة التزوير وجريمة سوء الائتمان على
رحمة عمي ابراهيم لا يؤخذ باي وثيقه جاء بها عمي ابراهيم لا يؤخذ
بها نهائيا لانه كان مزور وثبتت عليه هذه الجريمه في ارض
الوحدات فبعد هاي تسقط عنه جميع الشهادات وشهادته ليست من
شهادة العدول زي ما بحكي اسماعيل هذا الكلام مردود عليه فعلا
وقولا.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث قام بقدح وذم وتحقير والد المدعي المتوفى واتهمه بالتزوير وعمد في هذا التسجيل على التحريض على والد المدعي المتوفي وحاول نزع مصداقيته ودعى عصابة الأشرار المناصرين له على اسقاط شهادات والد المدعي والذي عرف في محيطه وبين الأقارب وكل من عرفه بدماثة الخلق ونزاهة النفس وبياض اليد وقد ألحق سلوك المدعى عليه بالمدعي واشقاءه في هذا التسجيل بالغ الضرر ونال من مشاعرهم ووجدانياتهم ونال من سمعتهم في المجتمع سواء في الولايات المتحده أو الأردن وراح الناس يتساءلون عن مدى صحة رواية المدعى عليه بحق والد المدعي وتسبب هذا التسجيل للمدعي بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد بث هذا التسجيل الضيق الشديد وزاد لديه القلق والتوتر والحدة والعصبية الأمر الذي اثر على عمله وتأثرت ايراداته وانخفض دخله وساءت أوضاعه المالية.



**15.** انا بحبكوا يا اولاد عمي ابراهيم والله والله والله بحبكوا ما عدا اسماعيل هذا اسماعيل هذا رح يهلكو معه رح يهلكو معه مثل ما فرعون اهلك قومه قاعد بقلكم انا ربكم الاعلى وانتم بتسجدو له استخف قومه فاطاعوه استخف قومه فاطاعوه فرعون نهاية فرعون الغرق نهايته فرعون صنمك اتحطم يا اسماعيل صنمك عمي عبد الفتاح اسقطه اسقط الصنم هذا.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث قا بقدح وذم وتحقير المدعي ووصفه بأنه فرعون — وهذا وصف يمقته المسلمين ويبغضوه ويعتبرون شخصية فرعون رمز للطغيان والكبر والكفر — كما أنه ومن خلال هذا التسجيل عمل على تحريض أشقاء المدعي عليه ووصفه لهم بأنه ربهم الأعلى وبأنهم يسجدون له — وهذا لدى المسلمين منهج تكفيري وإخراج من الإسلام — ووصف المدعي بأنه صنم لإخوته وبأنه مع المدعو عبد الفتاح أبو حلتم حطموا ذلك الصنم وقد ألحق سلوك المدعى عليه بالمدعي واشقاءه في هذا التسجيل بالغ الضرر ونال من مشاعرهم ووجدانياتهم ونال من سمعتهم في المجتمع سواء في الولايات المتحده أو الأردن وتسبب هذا التسجيل للمدعي بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه



جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد بث هذا التسجيل الضيق الشديد لدى المدعي وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض دخله.

**16.** **في احد الاشخاص طلب مني اني اثبت بالمنطق والدليل اييه انه كيف هذه الوثيقه مزوره هذه الوثيقه مزوره تبعت ارض الوحدات وانه ثبت جرم التزوير عن طريق اثنين الي هو ابو جمال وابو الامين سنور احياء يرزقون بتروحوا عليهم يا شباب او بتحكو معاهم تلفون وبتقلهم هل ان محمد سعيد ابو حلتم قرابتكو اجا عليكم وقلكم في هاي قطعة الارض الي هيه هاي في حي لشعيليه شو رأيكم نتشارك فيها اتشاركو قالوا له احنا ما بدنا نتشارك فيها روح اشتريها لحالك راحو معه وشهدوا على على البيع والشرا.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث قام بقدح وذم وتحقير والد المدعي المتوفى وايراد الأدلة على

ارتكاب والد المدعي جريمة التزوير وعمد في هذا التسجيل على التحريض على والد المدعي المتوفي وحاول نزع مصداقيته ودعى عصابة الأشرار المناصرين له للتحقق من ادعاءاته بمراجعة الأشخاص الذين أورد أسمائهم وقد ألحق سلوك المدعى عليه بالمدعي واشقاءه في هذا التسجيل بالغ الضرر ونال من مشاعرهم ووجدانياتهم ونال من سمعتهم في المجتمع سواء في الولايات المتحده أو الأردن وراح الناس يتساءلون عن مدى صحة رواية المدعى عليه بحق والد المدعي وتسبب هذا التسجيل للمدعي بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد بث هذا التسجيل الضيق الشديد لدى المدعي وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض دخله.

**17.** **يعني انك تزور شهادات وتروح تسيء الائتمان بحق اخوتك الي شقيوا وتعبوا هذا عبد الفتاح انا لحم اكتافي من خير عبد الفتاح ومن خير طه ابو حلتم ايه تعبوا وشقيوا وحطوا بدين بدينك**



**المصاري واشتريت ورحت استغليت الامانه الموجوده عندك الوكالات ورحت حطيت ستين بالميه من العماره والارض باسمك شوو على اي اساس تعال اعطيني على اي اساس انت عملت هذه العمله على اساس انا مش شايفكوا على اساس انا الكبير.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث قام بقدح وذم وتحقير والد المدعي المتوفى واتهمه بالتزوير وعمد في هذا التسجيل على التحريض على والد المدعي المتوفي ونزع مصداقيته خاصة لدى اشقاء اخوة والد المتوفي وقد ألحق سلوك المدعى عليه بالمدعي واشقاءه في هذا التسجيل بالغ الضرر ونال من مشاعرهم ووجدانياتهم ونال من سمعتهم في المجتمع سواء في الولايات المتحده أو الأردن وراح الناس يتساءلون عن مدى صحة رواية المدعى عليه بحق والد المدعي وتسبب هذا التسجيل للمدعي بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد بث

هذا التسجيل الضيق الشديد لدى المدعي وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض دخله.

**18.** **ااه من الطرائف كمان يعني ااه شغلات كثيره صارت في عمارة الوحدات انه مرة ابوي كان يظلوا يتقاتل مع عمي ابراهيم يعني ابوي بنعرف احنا انه ابوي دايما هو وعمي ابراهيم ناقر ونقير وهمه في الوحدات وما ارتاح ابوي الا بس طلع عمي ابراهيم طلع ابوي من الوحدات سكن البيادر جاب حصيره على الدار جاب حصيره على الدار بجوز كان حق الحصيره ليره ولا نص ليره اجا عمي ابرهيم اخذها من عنده كيف اتجيب حصيره عالدار يعني كيف اتجيب حصيره عالدار وتقاتل هو واياه وبهدله انه انت باي عقل بتشتري حصيره.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث قام بقدح وذم وتحقير والد المدعي المتوفى وعمد في هذا التسجيل على التحريض على والد المدعي المتوفي خاصة من والد المدعى عليه وهو شقيق والد المدعي وقد ألحق سلوك المدعى عليه بالمدعي واشقاءه في هذا التسجيل بالغ الضرر ونال من مشاعرهم ووجدانياتهم ونال



من سمعتهم في المجتمع سواء في الولايات المتحده أو الأردن وراح الناس يتساءلون عن مدى صحة رواية المدعى عليه بحق والد المدعي وتسبب هذا التسجيل للمدعي بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد بث هذا التسجيل الضيق الشديد لدى المدعي وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض دخله.

19.  \اها بشهادة عمتي نوال اها قال اخوي ابراهيم كان جبار من الجبابره يعني كان جبار ما حد يقدر يوقف قدام ابراهيم يستجري يعمل ويحكي ولا يحط ولا يجيب اشي الكل بدو يجيب بدوا يجيب بدوا يوخذ اذن يعني بدك اجيب حصيره بدك تاخذ اذن يعني بدك اجيب حصيره بدك تاخذ اذن فالزمان هذاك كان غير عن زمان هسه اه الحريه تبعت النسوان صارن متعلمات يدرسن ويقرن ويشاركن بارائهن لا كانت الانثى بهذاك الزمن عباره عن قطعة اثاث تباع وتشترى حتى في بعض الروايات بتقول انهم كانو بتهادوا النسوان

**هديه يعني يعطوا هاي خذ هاي هديه الك بنتي هديه الك ولا يبدلو مع بعض هيك وقصص يعني جواري جواري.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث شهر بوالد المدعي المتوفى وقدحه وذمه وحقره وعمد في هذا التسجيل على التحريض على والد المدعي المتوفى حيث زعم كذبا بأن شقيقة والد المدعي وصفة والد المدعي بأنه جبار من الجبابرة وأن النساء عنده جواري واتهم كذبا بأن والد المدعي يتهادى ويتبادل النساء مع الأخرين — وهذا الفعل لدى المسلمين فعل شنيع يجلب لمن يعرف به العداء والبغض والكره من المسلمين — وقد ألحق سلوك المدعى عليه بالمدعي واشقاءه في هذا التسجيل بالغ الضرر ونال من مشاعرهم ووجدانياتهم ونال من سمعتهم في المجتمع سواء في الولايات المتحده أو الأردن وراح الناس يتساءلون عن مدى صحة رواية المدعى عليه بحق والد المدعي وتسبب هذا التسجيل للمدعي بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء منطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة



الأمريكية وداخل الأردن وخارجها وقد بث هذا التسجيل الضيق الشديد لدى المدعي وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض دخله.

**20.    واو خلاصة الكلام انه يعني الورقه هاي لمزوره خلص هاي بتهدم بتهدم كل دليل او على ما يدعوا  انهم ادله لانه لو في اسماعيل يا اخوان اسماعيل لو عنده دليل ودامغ اسماعيل قبل ما يطلع على الفيس بوك ويحكي راح على عدة محامين ومن ضمنهم الشيخ بسام هاظا الصنم تبعه شايف الي هوا صنعه بعدين قله حتى حتى هذا المحامي تبعه قله ما بزبط فش مجال يعني ما بتجيب ما بجبنش اشي فلما افلس طلع على الفيس بوك يعرض وثائق ويدعي ويسب ويطعن بتعرفوا ليش بطعن عشان يوصل لعند الوقف ويجوا يقولولوا تعال واسكت شو الي بدك اياه بس ولكن فشرت.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل

45

معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة
والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء
متطرفا ومسينا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع
متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي
شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها
أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص
أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد
تضمنت تصريحات المدعى عليه بأن المدعي مزور وإن محاولة المدعى
عليه في هذا التسجيل محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة
والأقارب والأصهار والأصدقاء والمعارف، كما أنه ونتيجة لحملة التشهير
والتهديد التي قام بها المدعى عليه، بدأ المدعي في تلقي رسائل تهديد بأنه
إذا عاد إلى الأردن فسوف يقتل على الرغم من أن المدعي يسافر إلى
الأردن سنويا وذلك لرؤية العائلة والأقارب والأصدقاء الأمر الذي ادخل
الخوف والهلع في نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى
الأردن بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة
زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او
زوجته او ابناءه من السفر إلى الأردن للمشاركة بتلك الوفاة الأمر الذي
ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه
بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير

46

نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

21. **كومستير يا اسماعيل دايما كومستير امكمسرينك وين ما تروح مكمسرينك اخبارك اول باول ايش ما يخطر عبالك بنجيبه وبنقح عنك وبدنا نعريك ونشمسك ونكشفك للقاصي والداني يا اسماعيل واذا واحد من هالشباب عنده اشتراك بالجروب الثاني يبعثله هاي المسجات الصوتيه كلها واتحداك تيجي ترد علي يا إسماعيل.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث بتهديد المدعي وحرض عصابة الأشرار الذين معه على المدعي وقد ألحق سلوك المدعى عليه بالمدعي في هذا التسجيل بالغ الضرر ونال من مشاعره ووجدانياته ونال من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وحاول ثني الأخرين عن التعامل مع المدعي



والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها كما أن المدعي صار نتيجة لهذا التسجيل بتلقي العديد من رسائل التهديد بإلحاق الأذى به وبعائلته إذا عاد إلى الأردن وبتلقى الشتائم والذم والقدح والتحقير له ولعائلته ولوالديه المتوفيان من عصابة الأشرار المناصرين للمدعى عليه ومن أشخاص أخرين وقد بث هذا التسجيل الضيق الشديد والرعب والخوف لدى المدعي على سلامته وسلامة عائلته ولم يعد يشعر بالأمان، وتسبب ذلك بإلحاق الضرر في عمل المدعي وانخفاض دخله.

22.‏    هي عمي عمر عندكم واسالوه قولوله الساعاتي الي كان يركب بطاريه بربع ليره بعدين غليت البطاريه وصارت نص ليره واو بعدين ليره ويمسح ساعه بنص ليره وبليره يمسحوا الساعه ببني عمارات بشتري اراضي بجيب اراضي بجيب جبل الكرسي ولا بشتري ارض وببني عماره بقلك كله هذا من ابوي ابوي الي بناه ابوي الي سوى ابوك من وين له ابوك كان يمسح الساعه بنص ليره يا دوب يخلص

خمس خمس ليرات عشر ليرات في اليوم يروح فيهن بس من وينلو ابوك بنا كله هذا من خير اعمامي من خير عمي طه وعمي عبد الفتاح ما يصح الا الصحيح انت واحد كذاب بتكذب وبتالف انه ابوي جابهن من وينلو جابهن محمد سعيد.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث قام بقدح وذم وتحقير والد المدعي المتوفى والتشهير به وعمد في هذا التسجيل إلى اتهام المدعي بالكذب والتأليف وعلى التحريض على والد المدعي المتوفي حيث ذكر بأن شقيقة والد المدعي وصفة والد المدعي بأنه جبار من الجبابرة وأن النساء عنده جواري واتهم كذبا بأن والد المدعي يتهادى ويتبادل النساء مع الأخرين ― وهذا الفعل لدى المسلمين فعل شنيع يجلب لمن يعرف به العداء والبغض والكره من المسلمين ― وقد ألحق سلوك المدعى عليه بالمدعي واشقاءه في هذا التسجيل بالغ الضرر ونال من مشاعرهم ووجدانياتهم ونال من سمعتهم في المجتمع سواء في الولايات المتحده أو الأردن وراح الناس يتساءلون عن مدى صحة رواية المدعى عليه بحق والد المدعي وتسبب هذا التسجيل للمدعي بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب

49

عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد بث هذا التسجيل الضيق الشديد لدى المدعي وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض دخله.

**23.        محمد سعيد ابن عمي ابراهيم بقلي ابوي اشترى محل الوحدات من تعبه وشقاه من تعبه وشقاه جاب محل الوحدات من وين له من تعبه وشقاه شو من واين من اين لك من هذا طيب ورجينا اعطينا مصادر الاموال الي جابها ابوك من تعبه وشقاه هو الي بمسح بطاريه كان عند ابو خليل حاطت طاوله كان عند ابو خليل حاطت طاوله ويركب بطاريه ويمسح ساعه البطاريه بربع ليره والمسح بنص ليره طول عمرنا بنعرف هذا الحكي من وين له لمنه صار يقله يا ابو خليل بدي احط كمان طاوله بعدين قله ابو خليل شو رايك تطلع من المحل ابو خليل قله اسمع خذ بضاعتك كلياتها والله معك انطلق ما تقعدش عندي بتعرفوه كلياتكوا ابو خليل الحلاق الي في الوحدات.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث قام بقدح وذم وتحقير والد المدعي المتوفى والتشهير به وعمد في هذا التسجيل إلى التشكيك بنزاهة وبياض يد والد المدعي المتوفى وعلى

التحريض على والد المدعي المتوفي حيث زعم بأن والد المدعي المتوفى لم يبذل أي جهد في العمل ولم يقدم أي مال وبأنه حاول الاستيلاء على رزق المدعو أبو خليل حتى طرده وقد ألحق سلوك المدعى عليه بالمدعي واشقاءه في هذا التسجيل بالغ الضرر ونال من مشاعرهم ووجدانياتهم ونال من سمعتهم في المجتمع سواء في الولايات المتحده أو الأردن وراح الناس يتساءلون عن مدى صحة رواية المدعى عليه بحق والد المدعي وتسبب هذا التسجيل للمدعي بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد بث هذا التسجيل الضيق الشديد لدى المدعي وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض دخله.

**24.    والله يا اخوان احنا يعني انا عندي عن نفسي بقلكو في جعبتي الكثير الكثير انا سمعت شهادات كثيره من اعمامي سمعت من عمي عمر وسمعت من عمي عبد الفتاح وسمعت كثييير من ابوي ابوي كنز من المعلومات وعندوا اخبار العائله من يوم ما اتشكلت عائلة محمد سعيد ابو حلتم في الاردن عندو الخبر وكامل وطريقة التعاملات**

**وطريقة ال اه كيف عمي ابراهيم كان يتحكم في العائله وكيف كان يسترسل عليهم و يجيبهم ويوديهم على المكان الي بدو اياه وزي ما بدوه يعني كل هاي المعلومات موجوده عنا وبنقدر نفندها ونعريك يا اسماعيل وندحض كل كل معلومه انت جبتها كلياتها معلومات خاطئة.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث قام بالتحريض على والد المدعي المتوفي حيث زعم بأن والد المدعي كان متسلط وكذلك هدد المدعي بأن ومن معه من عصابة الأشرار لديهم المقدرة لتعرية المدعي ودحض معلوماته وقد ألحق سلوك المدعى عليه بالمدعي في هذا التسجيل بالغ الضرر ونال من مشاعره ووجدانياته ونال من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وراح الناس يتساءلون عن مدى صحة رواية المدعى عليه بحق والد المدعي وتسبب هذا التسجيل للمدعي بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد بث هذا التسجيل

الضيق الشديد لدى المدعي وتسبب ذلك بالحاق الضرر في عمل المدعي حيث تراجع انتاجه وانخفض دخله.

**25.      ايه الي اثار حفيظلتي وحفيظة ناس اكثير يا شباب هون اييه الي هو نكته نزلها اسماعيل يقصد فيها حضرة سيدنا شو بقول في النكته بقول انه واحد ضيع مصاري وبعد ما ضيع مصاري قال يا رب ما توقع بايدين شيخ لانه بلاقيلها فتوه يعني قصدوا انه ارض اليادوده وقعت بايدين حضرة سيدنا وقلهم هذي وقف انه يعني لقالها فتوه افهمتوا كيف فهاي اثارت حفيظلتي واخذت على نفسي عهد اني اعري اسماعيل والي بشد على ايد اسماعيل من امثال محمد سعيد ابو حلتم وامثال عبد الرحمن ابو حلتم كل واحد بشد على ايد اسماعيل خصمي.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث هدد المدعي وعقد النية على ذلك وأعلن للملأ أن المدعي خصمه كما هدد كل من يشد على يد المدعي وضرب لذلك مثال شقيقي المدعي محمد وعبد الرحمن وقد ألحق سلوك المدعى عليه بالمدعي في هذا التسجيل بالغ الضرر ونال من مشاعره ووجدانياته ونال من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وراح الناس يتساءلون عن مدى صحة رواية المدعى عليه بحق والد المدعي وتسبب هذا التسجيل

26.

وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن
وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي
والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن
سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة
وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه
بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي
والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه
وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن
وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن
المدعي حقود وصاحب حقد دفين ومخمر يحقد على اعمامه وهو بذلك
حرض اعمامه الذين هم اعمام المدعي على المدعي وجيشهم على المدعي
وإن هذه التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال المدعي بين
العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أنه ونتيجة لحملة
التشهير التي قام بها المدعى عليه، بدأ المدعي في تلقي رسائل تهديد بالحاق
الأذى به وبعائلته إن عاد إلى الأردن الأمر الذي ادخل الخوف والهلع في
نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن على
الرغم من انه كان معتاد السفر إلى الأردن في كل عام لرؤية الأهل
والأصدقاء والأقارب ، وقد تعدى خوف المدعي على نفسه وعلى زوجته
وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه



ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن للمشاركة بالوفاة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب، بل تسببت في الإذلال والضيق، وإلحاق الأذى بعائلته.

**27.** **يعني هسا صار النا حق فيها عشان تخطيط عمي ابراهيم بعدين الحج اسحاق القواسمي ما تكفل الحج اسحاق القواسمي دفع عنه حق الثلاثين دونم الثانيات على اساس يسدوا الحج اسحاق**



القواسمي بعدين الوقف سد الدين للحج السحاق القواسمي الي قلك المعلومات هذي كلها غلط تخطيط عمي ابراهيم وتخطيط ابصر مين المهم هذي الارض راحت سداد دين لانه عمي ابراهيم ما قدر يسد الحاج اسحاق ولا قدر يسد ايه الديون الي عليه للوقف كلياتها وراحت سداد دين ايه هذا الحكي مش مزبوط قوليلو عدل عدل افكارك عدل الكذبه من اول وجديد سوي اعادة صياغه للكذبه مستر سمعه.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث تصرف فيه عن علم وعمد وبنية خبيثة حيث شهر بوالد المدعي المتوفى وقلب الحقائق لتمرير روايته من أن الأرض محل النزاع بين المدعي وعائلته من جهة وبين المدعى عليه وعائلته وعصابة الأشرار الذين معه من جهة ثانية هي ملك للقديس وقد ألحق سلوك المدعى عليه بالمدعي في هذا التسجيل بالغ الضرر ونال من مشاعره ووجدانياته ونال من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وراح الناس يتساءلون عن مدى صحة رواية المدعى عليه بحق والد المدعي وتسبب هذا التسجيل للمدعي بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي



اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد بث هذا التسجيل الضيق الشديد لدى المدعي وتسبب ذلك بالحاق الضرر في عمل المدعي وانخفاض دخله.

**28.    يا عمتي احنا بنعرف الصحيح هذا اسماعيل من الصهيونيه العالميه وعداوته مع حضرة سيدنا في عنده احقاد على حضرة سيدنا ودار القواسمي بشكل عام حقده عليهم اكبيير بهذا الحجم فهو بدوا ينتقم كيف بدو ينتقم بدوا يطلع سيدنا انه ماكل حق اعمامي وحق ابوه بس ولكن فشرت عينك يا اسماعيل رح انظلنا واقفين زي ال زي المسمار في طريقك وشوكه بحلقك.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتشهير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن



وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي
والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن
سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة
وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه
بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي
والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه
وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن
وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن
المدعي من الصهيونية  العالمية ‏— وهو بذلك أعلن لكل من هو عضو في
الجروب بأن المدعي خائن لا سيما وأنه من المعلوم أن الصهيونية العالمية
هي أكبر عدو للمجتمع الإسلامي واتهمه كذبا بأنه يحقد على القديس الذي
يواليه ويريد أن ينتقم منه كما هدد المدعي بقوله سنبقى زي المسمار في
طريقك وشوكة في حلقك  وإن هذه التصريحات الكاذبة محاولة فاضحة
وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء
والمعارف، كما أن ما ذكره في هذا التسجيل قد رهب وخوف المدعي
وعائلته وأصبح يخشى على نفسه وعلى عائلته لا سيما وأنه نتيجة لهذا
التسجيل اصبح المدعي يتلقى العديد من رسائل التهديد بالقتل والإيذاء من
اتباع القديس في الأردن وفلسطين ولم يعد بمقدور المدعي السفر إلى
الأردن لرؤية أهله واصدقاءه كما زاد القلق والتوتر والعصبية لدى المدعي



وتسببت للمدعي بالإذلال والضيق كما أن هذه المحنة لم تأثر على المدعي فقط ولكن أثرت على زوجته وأبناءه ونتيجة لذلك كله تأثر عمل المدعي وانخفض دخله وانتاجه واضطر لاغلاق محله الذي مكث يعمل فيه قرابة 25 سنة وخسارة مدخرات حياته وساءت حالته المادية.

29.    ورح تذكروا كلامي يا شباب لما اسماعيل ربنا يقسمه نصين ويوخذوا اخذ عزيز مقتدر وتقولوا سبحان الله فعلا لله في خلقه شؤون انه هذا الزلمه فعلا الله جزاه وعاقبه لانه كان واقف قدام الوقف وقدام حضرة سيدنا زي ما كسر اولاد عمر في الزرقا وزي ما كسر حسني الشريف وزي ما كسر في باقه الغربيه وناس في نوبا وناس في الخليل اتكسروا كل واحد وقف قدام الوقف انكسر انكسر انكسر لا توقفوا انتوا مش قد قدها لا تدخلوا فيها معركه خسرانه بتصفوا مع الظالم معركه خسرانه هذا ظالم ظالم ابوه ظلم اعمامه ظلم اولاد اعمامه كلياتهم هذا انسان ظالم احنا برئين منه لا بدنا هيك ابن عم ولا زنديق والله ولو بتبوس خرية اعمامي واحد تلو الاخر ما يمنعك عني يا سمبك غير اشمطك الخمساوي واخليك اترن رن يا معلم يا سمبك هيني حكيتلك اياها وانا واياك والزمن طويل ورح اتلاقى معك يوم من الايام واشمطك الخمساوي زي ما ابراهيم اسماعيل ابراهيم ابو حلتم شمطك الخمساوي ولزقك في الكنبايه رح اشمطك الخمساوي مثل ما شمطك إياه.

56

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل
التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح
والذم والتحقير بحق المدعي وجاء سلوك المدعى عليه في هذا التسجيل
وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي
وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه
بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا
تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته
وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن
وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي
والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن
سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة
وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه
بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي
والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه
وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن
وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أنه
ظالم ظلم أعمامه وظلم أولاد أعمامه وحرض العائلة على التبرء منه وفعلا
قد اصدر اعمامه وابنائهم على اثر ذلك براءة من المدعي مع الإشارة إلى
أن تلك البراءة قد الحقت بالمدعي ضررا ماديا ومعنويا بالغين لا سيما وأن



في المجتمعات العربية لا تكون براءة عائلة من احد افراده إلى عن فعل مشين مخرن يخل بالشرف ويلحق العار بالعائلة إن لم تتبرأ منه كما أن من العبارات التشهيرية كذلك بالزنديق — والزنديق في المجنمع الإسلامي كافر والكافر سندا لذلك مهدور الدم خارج من الدين الإسلامي كما هدد المدعى عليه المدعي بقوله غير اشمطك الخمساوي — والخمساوي هو الصفع بشدة على الوجه بكامل راحة اليد والأصابع — واخليك اترن رن يا معلم يا سمبك هيني حكيتلك اياها وهدده بحياته بقوله وأنا واياك والزمن طويل ورح اتلاقى معك يوم من الايام واشمطك الخمساوي أي اصفعك وشبه لذلك كذبا للنيل من المدعي وزيادة في تحقيره بقوله زي ما ابراهيم اسماعيل ابراهيم ابو حلتم — وهو ابن المدعي — شمطك الخمساوي ولزقك في الكنبايه رح اشمطك الخمساوي مثل ما شمطك إياه وإن هذه التصريحات الكاذبة.محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف،

نتيجة لحملة التشهير هذه التي قام بها المدعى عليه، بدأ المدعي في تلقي رسائل تهدد بأنه إذا عاد إلى الأردن فسوف يقتل ونتيجة لذلك اصبح المدعي يخاف على نفسه وعلى عائلته ولم يعد بمقدوره السفر للأردن لزيارة عائلته واشقاءه واصدقاءه خوفا على سلامته وسلامة عائلته، علما بأن المدعي لم يعد المدعي إلى الأردن منذ أن بدأت حملة المدعى عليه



ضده وإن المدعي يعمل في متجر تجزة له وقد تأثر عمله وانخفض دخله واضطر إلى اغلاق متجره الذي بقي يمارس العمل فيه 25 سنة وخسارة مدخرات حياته وناله من أفعال المدعى عليه بالغ الضرر المادي والمعنوي ونتيجة لتصرفات المدعى عليه زاد القلق والتوتر لدى المدعي والخوف على نفسه وعائلته وصار يسير في الطريق وهو يلتفت ويصيبه القلق على عائلته على نحو افقد عائلته حريتهم في التنقل وممارسة نشاطاتهم اليومية بل وتسببت أفعال المدعى عليه بتوتر علاقة المدعي مع زوجته وتكبد خسائر فادحة في المبيعات والإيرادات ونتيجة لتصرفات المدعى عليه تلقى المدعي ولا يزال يتلقى رسائل من أشخاص مجهولين وتهديده بإلحاق الأذى به وبعائلته به إذا عاد إلى الأردن. ونتيجة لإجراءات المدعى عليه على مدى أكثر من عام كان على المدعي أن يتحمل الإذلال والكرب النفسي والمعاناة وعانى المدعي وما زال يعاني من الخو ف على سلامته وسلامة عائلته والمدعي غير راغب حاليا في السفر إلى الأردن لرؤية عائلته بسبب التهديد بإلحاق الأذى الجسدي به كما تعرض المدعي للإذلال بين العائلة والأصدقاء، وصار مطلوبا منه الدفاع عن سمعته مباشرة أمام أقاربه وأصهاره وأصحابه، وخاصة بين اصهاره الذين شككوا في لياقته كزوج. كما أن هذه المحنة لم تأثر على المدعي فقط ولكن أثرت على زوجته وأبناءه وعائلته المباشرة. وتسببت للمدعي بالإذلال والضيق لاسيما حين وصف المدعى عليه المدعي بالظالم والزنديق وتحريض أعضاء الجروب

بأن المدعي سيكسر كما كسر كل الذين عادوا القديس الذي يعتقد به وقد ساق لذلك أمثلة على اشخاص وأشار إلى أماكن تواجدهم في الأردن وفلسطين.

**30.** **اييه بدها تطلع على راسه ايه للباطل جوله وللحق صولات وجولات احنا اصحاب الحق احنا فرسان الحق باذن الله تعالى احنا بدنا ندافع عن الحق حق عماتي حقنا حق ابياتنا وهوا يروح ينقلع بستين قلعه بدوا يدفع الثمن هسا آن الاوان انه يدفع الثمن هذا ال خائن الامانه هذا بعدين في عليه قضية سوء أئتمان كواشين الدوايمه بروح يوديهن لاولاد خيريه كمان انه لسا بحكيلهم لاولاد خيريه انه عنا اراضي في الدوايمه بطلعلكوا منهن.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير بحق المدعي وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن

وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي
والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن
سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة
وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه
بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي
والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه
وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن
وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أنه
وعصابة الأشرار الذين معه فرسان الحق ليرهب المدعي ويخوفه وهدد
المدعي بانه سوف يدفعه الثمن ووصفه بالخائن وزعم كاذبا ان على
المدعي دعوى إساءة أمانه عن كواشين أي سندات تسجيل أراضي تعود
للعائلة علما بأن الكواشين التي أشار اليها كانت محفوظة لدى والد المدعي
كونه اكبر اخوته ولم يفرط فيها ومن بعد وفاته أوصى بتسليمها للمدعي
والمدعي بدوره اعلنها لجميع أصحاب الحقوق فيها ونشر ما يبين حقهم فيها
ونتيجة لحملة التشهير هذه التي قام بها المدعى عليه، بدأ المدعي في بتلقي
رسائل تهديد بأنه إذا عاد إلى الأردن فسوف يقتل ونتيجة لذلك اصبح
المدعي يخاف على نفسه وعلى عائلته ولم يعد بمقدوره السفر للأردن
لزيارة عائلته واشقاءه واصدقاءه خوفا على سلامته وسلامة عائلته، علما
بأن المدعي لم يعد المدعي إلى الأردن منذ أن بدأت حملة المدعى عليه

ضده وإن المدعي يعمل في متجر تجزة له وقد تأثر عمله وانخفض دخله واضطر إلى اغلاق متجره الذي بقي يمارس العمل فيه 25 سنة وناله من أفعال المدعى عليه بالغ الضرر المادي والمعنوي ونتيجة لتصرفات المدعى عليه زاد القلق والتوتر لدى المدعي والخوف على نفسه وعائلته وصار يسير في الطريق  وهو يلتفت ويصيبه القلق على عائلته على نحو افقد عائلته حريتهم في التنقل وممارسة نشاطاتهم اليومية بل وتسببت أفعال المدعى عليه بتوتر علاقة المدعي مع زوجته وتكبد خسائر فادحة في المبيعات والإيرادات ونتيجة لتصرفات المدعى عليه تلقى المدعي ولا يزال يتلقى رسائل من أشخاص مجهولين وتهديده بإلحاق الأذى به وبعائلته به إذا عاد إلى الأردن. ونتيجة لإجراءات المدعى عليه على مدى أكثر من عام كان على المدعي أن يتحمل الإذلال والكرب النفسي والمعاناة وعانى المدعي وما زال يعاني من الخوف على سلامته وسلامة عائلته والمدعي غير راغب حاليا في السفر إلى الأردن لرؤية عائلته بسبب التهديد بإلحاق الأذى الجسدي به كما تعرض المدعي للإذلال بين العائلة والأصدقاء، وصار مطلوبا منه الدفاع عن سمعته مباشرة أمام أقاربه وأصهاره وأصحابه، كما أن هذه المحنة لم تأثر على المدعي فقط ولكن أثرت على زوجته وأبناءه وعائلته المباشرة. وتسببت للمدعي بالإذلال والضيق.



**31.** **ماهو يا عصام يا حبيبي زي ما قلك اخوي امين بدو يوصل لمرحله انه يقلهم تع شوفو هاذول العباد الزهاد الي بقولوا عن حالهم عباد زهاد هاذول طلعو ايش اكلين حقوق وا ومنكرين حقوق وكذا فا انت اتخيل اتخيل عظم الموقف عند الناس الاساءه بحته للطريق اساءه بحته للطريق الي هو كمان بدعي انه قال الي بدو يناقشني يناقشني بادب اه اه يا جاهل يا ابو شخه بتيجي بتنافشني يا جاهل جهله انتوا بدي اعلمكوا بس ناقشوني بادب يعني بسب وبقلك احكي بادب بسب وبشتم وبقلك احكي بادب.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير بحق المدعي وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي



والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أنه جاهل وأبو شخه – أي يتبول على نفسه تبول غير ارادي وذلك تحقيرا له وأن لالمدعي وعائلته أكلين للحقوق وتيجة لحملة التشهير هذه التي قام بها المدعى عليه، بدأ المدعي في تلقي رسائل تهدد بأنه إذا عاد إلى الأردن فسوف يقتل ونتيجة لذلك اصبح المدعي يخاف على نفسه وعلى عائلته ولم يعد بمقدوره السفر للأردن لزيارة عائلته واشقاءه واصدقاءه خوفا على سلامته وسلامة عائلته، علما بأن المدعي لم يعد المدعي إلى الأردن منذ أن بدأت حملة المدعى عليه ضده وإن المدعي يعمل في متجر تجزة له وقد تأثر عمله وانخفض دخله واضطر إلى اغلاق متجره الذي بقي يمارس العمل فيه 25 سنة وناله من أفعال المدعى عليه بالغ الضرر المادي والمعنوي ونتيجة لتصرفات المدعى عليه زاد القلق والتوتر لدى المدعي والخوف على نفسه وعائلته وصار يسير في الطريق  وهو يلتفت ويصيبه القلق على عائلته على نحو افقد عائلته حريتهم في التنقل وممارسة

64

نشاطاتهم اليومية بل وتسببت أفعال المدعى عليه بتوتر علاقة المدعي مع زوجته وتكبد خسائر فادحة في المبيعات والإيرادات ونتيجة لتصرفات المدعى عليه تلقى المدعي ولا يزال يتلقى رسائل من أشخاص مجهولينو وتهديده بإلحاق الأذى وبعائلته به إذا عاد إلى الأردن. ونتيجة لإجراءات المدعى عليه على مدى أكثر من عام كان على المدعي أن يتحمل الإذلال والكرب النفسي والمعاناة وعانى المدعي وما زال يعاني من الخوف على سلامته وسلامة عائلته والمدعي غير راغب حاليا في السفر إلى الأردن لرؤية عائلته بسبب التهديد بإلحاق الأذى الجسدي به وبعائلته كما تعرض المدعي للإذلال بين العائلة والأصدقاء، وصار مطلوبا منه الدفاع عن سمعته مباشرة أمام أقاربه وأصهاره وأصحابه، كما أن هذه المحنة لم تأثر على المدعي فقط ولكن أثرت على زوجته وأبناءه وعائلته المباشرة. وتسببت للمدعي بالإذلال والضيق لاسيما حين وصف المدعى عليه المدعي بالظالم.




**32. اه جميع الصفات السيئه موجوده فيه اه جميع الحركات الاجراميه موجوده فيه مع ذلك عندوا القلب الاسود الي هو مش موجود عند واحد من دار ابو حلتم ااه كل هذي الصفات والاحقاد موجوده عنده عشان يشوه صورة اعمامه وقال عن اعمامه نـهشوا واكلوا ابوه واعمامه بريئيين منه ومن ابوه وما لهم دخل واعمامه بل كانو ضحايا، ضحايا كلهم عند الحج ابراهيم رحمة الله عليه.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي ووالده المتوفى وقلل من شأنهم ووصفهم بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع



متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن المدعي لديه حركات اجراميه وليس لديه قلب وبأن أعمام المدعي بريئون من المدعي ومن والده المتوفى وبأن أعمام المدعي كانوا ضحايا عند والد المدعي ونتيجة لإجراءات المدعى عليه فقد تحمل المدعي الإذلال والكرب النفسي والمعاناة والضيق الشديد الأمر الذي أثر على عمل المدعي وتسبب بانخفاض دخله وانتاجه حيث أدى ذلك بالنتيجة لاغلاق المدعي لمحله الذي كان يمارس أعماله فيه طيلة 25 سنة وخسارة مدخرات حياته.

**33.** **هذا العقل الاجرامي الي كان عند اسماعيل ااه من الاساس كان لما صارت ثورة عمي الثوره ثوره عمي عبد الفتاح ثوره عمي عبد الفتاح صار عمي ابراهيم يقول لاسماعيل كان عنا ارض وراحت ويعطيه معطيات ااه وهو بما انه ابنه الكبير واوو انه سيدي محمد كان يعامل ابنه الاكبير على اساس انه زلمه ويفهمه الا هو عمي إبراهيم، عمي ابراهيم ظن ظن انه اسماعيل بدوا يطلع ااه زي زي هيك بدو يجيب حقوق فكان مقتنع عمي ابراهيم انو ارض اليادوده**



**النا كامله مكمله بالاوراق الي عندوا وتسجيلاته خاطئه بشهادة سيدي ابو هشام وسيدي ابو هشام ولي من اولياء الله الصالحين واذا انا غلطان عمي عبد الفتاح صححني.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن المدعي لديه

عقلية إجرامية وعمد بنية خبيثة وعن قصد إلى تشويه الحقيقة المتعلقة بأرض اليادودة موضوع النزاع الأصلي وناقض نفسه حول ذلك الخصوص حيث جاء في بعض التسجيلات على لسانه أن المدعي مزور زور أوراق ونسبها لوالده ثم جاء في هذا التسجيل وذكر بأن والد المتوفي كان من خلال أوراقه وتسجيلاته مخطأ بشأن ملكية تلك الأرض وإن هذه التصريحات الكاذبة.محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف ونتيجة لإجراءات المدعى عليه تحمل المدعي الإذلال والكرب النفسي والمعاناة وسؤال المحيط في الولايات المتحدة الأمريكية والأردن المدعي عن صحة ادعاءات المدعى عليه مما أصابه بالقلق والتوتر وإن محاولات وإجراءات المدعى عليه في هذا التسجيل هي محاولات فاضحة وخبيثة لإذلال المدعي بين العائلة والأصدقاء والمعارف، وللتحريض على العداء ضده، الأمر الذي تسبب له بالضيق وأثر على عمله وانخفض بذلك انتاجه واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه لمدة 25 سنة وخسارة مدخرات حياته.

**34.** **انه سامعيين كيف بحكي انه اه ابن عمي مصطفي قال ارض**
**وقف اوو هاي هاي من مش من نصيبكم ليش بتتصل فييه يا ملعون**
**الحرسه ليش تتصل فييه بتحكي ساعه تقعد تقنع فييه اغير موقفي**
**لييش ليش بتتصل لاني عارف لانك عارف لاني رح ادعس على**



**راسك يا اسماعيل رح ادعس عراسك وراس كل واحد يتجرأ على الوقف وبتجرأ على اعمامه وبتجرأ علينا ورح تشوف بعينك ما في هي المره بوس ايادي يا إسماعيل.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتهديد وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه تهديد المدعي بأن يدعس على رأسه



ورأس كل واحد يتجرأ على الوقف ــ ويقصد بذلك أرض اليادودة المتنازع عليها والذي زعم المدعى عليه وعصابة الأشرار الذين بمعه بأنها مملوكة للقديس الذي يتبعونه ونتيجة لذلك صار المدعي يتلقى رسائل تهديد المدعي إذا عاد إلى الأردن بأنه سوف يقتل ولم يعد المدعي يجرؤ للسفر إلى الأردن كما اعتاد سنويا لزيارة الأهل والأقارب والأصدقاء كما أن المدعي صار يخشى على نفسه وعلى أهله في الولايات المتحدة الأمريكية وقد أثر ذلك على انتاجه ودخله واضطر لأغلاق محله الذي مكث يمارس أعماله فيه طيلة 25 سنة وخسارة مدخرات حياته وقد تكبد المدعي خسائر في المبيعات والإيرادات نتيجة لذلك. كما أنه ونتيجة لهذا التسجيل كان على المدعي أن يتحمل الإذلال والكرب النفسي والمعاناة.

**35.** **بس انا وراك وراك والزمن طويل يا اسماعيل والله ما نتركلك اياها تروح بالسهوله هاي والله لو تجيب الملك عبدالله ابذاته يجيي يتوسط وجاهة على راس جاهتك انها ما تروحلك يا اسماعيل مش موافقين.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التهديد وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة



وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده
وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من
مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في
الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به
وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه
والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا
وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك
المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل
التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه
وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة
الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه
تهديد المدعي بأنه وراه وراه وانه ما تروحله ولو توسط جلالة الملك عبد الله
ملك المملكة الأردنية الهاشمية وحرض بهذا التسجيل على المدعي ونتيجة
لذلك صار المدعي يتلقى رسائل تهديد المدعي إذا عاد إلى الأردن بأنه سوف
يقتل ولم يعد المدعي يجرؤ للسفر إلى الأردن كما اعتاد سنويا لزيارة الأهل
والأقارب والأصدقاء كما أن المدعي صار يخشى على نفسه وعلى أهله في
الولايات المتحدة الأمريكية وقد أثر ذلك على انتاجه ودخله واضطر لأغلاق
محله الذي مكث يمارس أعماله فيه طيلة 25 سنة وخسارة مدخرات حياته



وقد تكبد المدعي خسائر في المبيعات والإيرادات نتيجة لذلك. كما أنه ونتيجة لهذا التسجيل كان على المدعي أن يتحمل الإذلال والكرب النفسي والمعاناة.

**36.** **النجاسه هذي اسمها نجاسه وخباثه خباثه والله يا عمي عبد الفتاح الف شكر اليك انقذتنا من هذول الظلمه الظلمه.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص



أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن المدعي نجس وخبيث وشكر في هذا التسجيل احد افراد عصابة الأشرار وهو عم المدعي والمدعى عليه على حد سواء المدعو عبد الفتاح أبو حلتم والذي تصدر لمواجهة المدعي وباقي أصحاب الحقوق لحرمانهم من حقوقهم في ارض اليادودة محل النزاع ومحاولة وهب تلك الأرض للقديس الذين يعتقدون فيه دون حق لا لشيء إلا لحرمان المدعي وباقي أصحاب الحقوق من نصيبهم في تلك الأرض وإن هذه التصريحات الكاذبة.محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أن ما ذكره في هذا التسجيل حول أبناء عم المدعي من شأنه أن يخلق نزاعا بين المدعي وبين أبناء عمه طه ومثل هذه التصريحات تتعارض مع القيم المجتمعية في الأردن.

**37.    كله رح يطلع على راسك يا مستر سمعه يا ايها البذره الخبيثه كله رح يطلع على راسك.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتهديد وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من



شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه بتحقير المدعي ووصفه بالبذرة الخبيثة ـ وإن زعمه هذا ينال من طهارة والد ووالدة المدعي المتوفيان وهو أمر في المجتمعات الإسلامية والعربية مشين يلحق العار والنفور من أصحابه ـ كما قام المدعى عليه بتهديد المدعي بأن أفعاله سوف تطلع على راسه ـ أي أنه سيجازى عليها ويعاقب ـ وهو بذلك يحرض على المدعي ويتوعده ونتيجة لذلك صار المدعي يتلقى رسائل تهديد إذا عاد إلى الأردن بأنه سوف يقتل ولم يعد المدعي يجرؤ على السفر إلى الأردن كما اعتاد سنويا لزيارة الأهل والأقارب والأصدقاء كما أن المدعي صار يخشى على نفسه



وعلى أهله في الولايات المتحدة الأمريكية وقد أثر ذلك على انتاجه ودخله واضطر لأغلاق محله الذي مكث يمارس أعماله فيه طيلة 25 سنة وخسارة مدخرات حياته وقد تكبد المدعي خسائر في المبيعات والإيرادات نتيجة لذلك كما أنه ونتيجة لهذا التسجيل كان على المدعي أن يتحمل الإذلال والكرب النفسي والمعاناة.

**38. رح يتعجب على خلقيته ان شاء الله رح يتعجب على خلقيته وراك وراك يا إسماعيل.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على تهديد المدعي وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل



من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء
في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط
به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه
والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا
وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك
المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل
التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه
وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة
الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه
تهديد المدعي بتتبعه للنيل منه والتعجيب على خلقته ـــ ويقصد بذلك الحاق
الأضرار في جسد المدعي وايذاءه بدنيا على نحو يغير من ملامحه ويحدث
به تشوهات وعاهة دائمة وهذا المصطلح في المجتمعات العربية في بلاد
الشام يعني كذلك بأن من تتوجه له هذه العبارات سوف يتأذى في جسده
وماله وعائلته وفي كل ما يخصه حتى يكون اعجوبة ـــ  ونتيجة لذلك صار
المدعي يتلقى رسائل تهديد إذا عاد إلى الأردن بأنه سوف يقتل ولم يعد
المدعي يجرؤ على السفر إلى الأردن كما اعتاد سنويا لزيارة الأهل
والأقارب والأصدقاء كما أن المدعي صار يخشى على نفسه وعلى أهله في
الولايات المتحدة الأمريكية وقد أثر ذلك على انتاجه ودخله واضطر
لأغلاق محله الذي مكث يمارس أعماله فيه طيلة 25 سنة وخسارة



مدخرات حياته وقد تكبد المدعي خسائر في المبيعات والإيرادات نتيجة لذلك كما أنه ونتيجة لهذا التسجيل كان على المدعي أن يتحمل الإذلال والكرب النفسي والمعاناة.

**39. السلام عليكم انا ايمن مصطفى محمد سعيد ابو حلتم اقر واعترف بان ارض اليادوده قد ذهبت بدل سداد دين عن والدي واعمامي جميعا في عام ١٩٩٢ ولا يحق لاي احد من ال ابو حلتم المطالبه بها.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه عن اسمه وصورته بكل وضوح وصراحة وبذلك فقد تبث على وجه اليقين وبالدليل الذي لا يقبل الضد وعلى نحو صارخ واضح بأن المدعى عليه حاول تضليل العدالة حيث سبق وأن اقام دعوى في مواجهة المدعي في الولايات المتحدة الأمريكية وحين قدم المدعي بوصفه مدعى عليه في تلك الدعوى تسجيلات صوتية صادرة عن المدعى عليه بوصفه في تلك الدعوى مدعي تتضمن القدح والذم والتحقير والتشهير والتهديد للمدعي فقد انكر المدعى عليه بوصفه مدعيا في تلك الدعوى صوته وزعم حينها بأنها لا تعود له وبأنها ليست صوته وذلك ثابت في محاضر الدعوى التي أقامها المدعى عليه على المدعي في الولايات المتحدة الأمريكية كما أن المدعى عليه ومن خلال هذا التسجيل حرض عصابة الأشرار الذين ناصروه على اغتصاب حق



المدعي ومن معه من أصحاب الحق في ارض اليادودة التي كانت سبب
النزاع ونشوء الخصومة وقد جاء سلوك المدعى عليه متطرفا ومسيئا
ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب
سلوك المدعى عليه أعلاه بصدود الأخرين عن المدعي واعتباره كاذبا في
مطالبته بحقه في ارض اليادودة وبالنتيجة تسبب ذلك بحدوث اضطراب
عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها
وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه
وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها
وإن هذه التصريحات الكاذبة.محاولة فاضحة وخبيثة لحرمان المدعي من
حقوقه المادية ومحاولة كاذبة لإذلال المدعي بين العائلة والأقارب
والأصهار والأصدقاء والمعارف.

**40.     بعدين يا شباب ركزوا في حقدوا على ساداتنا وخصوصا على
حضرة سيدنا عبد الرؤوف في عندوا بقول لما يجيب سيرة اسم
حضرة سيدنا بحكي حضرة سيدنا وبقول بنفس الوقت محتل الارض
واخذ الارض منا وكذا الوقف ااه وفي مقال اخر لما ابوه اخذ اكبر
حصه هناك في هذاك الموقف عطاء الملوك لا يرد وهان بطلوا ملوك.**
لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل
التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال



التحريض والتشهير بوالد المدعي وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حرض المدعى عليه عصابة الأشرار على المدعي ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي حاقد على القديس وأن والد المدعي اخذ اكبر حصة من ارض اليادودة المتنازع عليها وإن هذه التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف



**41.**   وراك وراك بالثورة يا اسماعيل ورح نفكك الخليه تبعتك هاي الخليه الاجراميه الي انتا عاملها ورح نطلعها كلها على راسك وراح تنسجن يا اسماعيل رح نسجنك.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التهديد والقدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه تهديد المدعي بأنه يتعقبه ويسير حلفه

ووصفه بأنه مجرم يقود خلية إجرامية وهدده بأن نتيجة الخلية الاجرامية
التي عملها المدعي سوف تنقلب عليه وهدده بالسجن وقال بلغة الجمع بانهم
سيسجنون المدعي الأمر الذي يبين بوضوح وجود عصابة اشرار يقودها
المدعى عليه ويعلن معهم الثورة على المدعي وتحاول ترهيب المدعي
وزعزعة استقراره وطمأنينته وتسعى للنيل منه والحاق الأذى والضرر
المادي والمعنوي به وبأحبابه وعائلته وإن هذه التصريحات الكاذبة.محاولة
فاضحة وخبيثة لتهديد المدعي وإذلاله بين العائلة والأقارب والأصهار
والأصدقاء والمعارف، وتيجة لحملة التشهير التي قام بها المدعى عليه، بدأ
المدعي في تلقي رسائل تهديد من أشخاص مجهولين بإلحاق الأذى به إذا
عاد إلى الأردن وبأنه إذا عاد إلى الأردن فسوف يقتل وبسبب خوف
المدعي على سلامته وسلامة عائلته، وبسبب عدم شعوره بالأمان الكافي
للزيارة لم يعد المدعي إلى الأردن منذ أن بدأت حملة المدعى عليه ضده
رغم حاجته الملحة لرؤية اخوته وأخواته لاسيما أنه الأخ الأكبر لهم وهو
مرجعهم بعد وفاة والديه، وقد وقع المدعي تحت تأثير عاطفي كبير نتيجة
لتصرفات المدعى عليه، ومع زيادة القلق والتوتر لدى المدعي فقد تكبد
خسائر في المبيعات والإيرادات وتراجعت اعماله الامر الذي اضطره
لأغلاق محله الذي مكث يمارس نشاطه فيه طيلة 25 سنة وخسارة
مدخرات حياته وساءت أوضاعه المادية وصار لزاما على المدعي أن



يتحمل الإذلال والكرب النفسي والمعاناة  كما أن هذه الاتهامات لم تؤثر على المدعي فحسب ، بل تسببت في الإذلال والضيق وإلحاق الأذى بعائلته.

**42.   يا عمتي هذي ورقه مزوره بس تكوني بالصوره ورقه مزوره اطلعي على الاسماء فوق جميعها مكتوبه بنفس الخط**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه قدح وذم وتحقير المدعي وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص



أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد
تضمنت تصريحات المدعى عليه محاولة اقناع عمته التي هي عمة المدعي
أيضا بأن الأوراق التي بينها المدعي حول حقوقهم في ارض اليادودة بأنها
مزورة وغير صحيحة وإن هذه التصريحات الكاذبة.محاولة فاضحة وخبيثة
لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف،
وألحقت بالمدعي بالغ الضرر المادي والمعنوي وزادت من حالات التوتر
والقلق ونوبات العصبية لدى المدعي الأمر الذي انعكس على زوجته
وأبناءه علاوة على تأثر أعماله ونتيجة لذلك اضطر المدعي لأغلاق محله
الذي مكث يمارس أعماله فيه طيلة 25 سنة وخسارة مدخرات حياته.

**43.** **يعني اسماعيل كل الورق الي معو ممكن يكون اكثروا مزور**
**خصوصا رسالة عمي ابراهيم راح حللها بخط ايدوا هو والشيخ بسام**
**وفكوا الخط صار خط عمي ابراهيم بدوا فك مرضيش يحط النسخة**
**الاصليه كامله راح قال حللها وقال هاي الرسائل تفضلوا.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل
التواصل الاجتماعي (الماسنجر) حيث أعلن فيه قدح وذم وتحقير المدعي
والتشهير به وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن
علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه
ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر



المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه محاولة اثبات ان المدعي اكبر مزو وإن هذه التصريحات الكاذبة.محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، والتي ألحقت بالمدعي بالغ الضرر المادي والمعنوي وزادت من حالات التوتر والقلق ونوبات العصبية لدى المدعي الأمر الذي انعكس على زوجته وأبناءه علاوة على تأثر أعماله ونتيجة لذلك اضطر المدعي لأغلاق محله الذي مكث يمارس أعماله فيه طيلة 25 سنة وخسارة مدخرات حياته.



**44.**    اوو بعدين عشان افيدك انه الي ما فيه خير لاهله ما فيه خير للناس ابن عمي عارف الله يعطيه الصحه وطولة العمر اكثر واحد تضرر من اولاد عمي ابراهيم من إسماعيل، اسماعيل الحق ضرر اكبير اكبير اكبير في عارف الحق ضرر كبيير جدا جدا وحرموا عارف ابن عمي من شغلات كثيره الله يقويك يا عارف ويسترها معك دنيا واخره يا رب.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التحريض والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حاول تحريض أحد اشقاء المدعي ويدعى عارف على المدعي وحقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة بأنه ليس فيه خير لأهله وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه

بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي
والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه
وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن
وخارجها ونتيجة لذلك لحق بالمدعي بالغ الضرر المادي والمعنوي وزادت
من حالات التوتر والقلق ونوبات العصبية لدى المدعي الأمر الذي انعكس
على زوجته وأبناءه علاوة على تأثر أعماله ونتيجة لذلك اضطر المدعي
لأغلاق محله الذي مكث يمارس أعماله فيه طيلة 25 سنة وخسارة
مدخرات حياته.

45.     في ناس مصدقينا وماشيين وراه بس احنا مستمرين في تعرية
إسماعيل وتشميس إسماعيل حتى يظهر الحق ويعدل الجميع عن
التفكير بانه إسماعيل راح يجيبلهم حقوقهم إسماعيل راح يجيبلكم
الكشل راح يجيبلكم الفقر إسماعيل يمثل الشيطان في الأرض
والشيطان يعدكم الفقر الشيطان يعدكم الفقر يا آل أبو حلتم الكرام
الشيطان يعدكم الفقر وسيدنا يعدكم من فضله التموا حولين سيدنا وان
الله ذو فضل عظيم ان الله ذو فضل عظيم الاية القرآنية بتقول
الشيطان يعدكم الفقر والله يعدكم من فضله والله ذو فضل عظيم والله
ذو فضل عظيم التفوا حولين سيدنا خليكم بعروه هالخير بظلكم
مستورين دنيا وآخره خلي قلوبكم محبة لحضرة سيدنا نظر عليكم هذا



الشيطان هو الي بعدكم هذا ما بوعدكم الا فقر وكشل بجيب لكم نحن مستمرين حتى النهاية يا اما النصر أو النصر لا بحيد عن راسنا غير النصر أو النصر تفكروش انه احنا خسارنين احنا ربحانين باذن الله تعالى.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتهديد بحق المدعي وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية

وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية
حول المدعي أنه هو ومن معه قد قاموا بتعرية المدعي وتشميسه — أي
فضحه — وحاول تحريض أصحاب الحق في ارض اليادودة بأن المدعي
راح يجيب لهم الفقر والكشل — أي الفشل — ووصف المدعى عليه المدعي
بأنه شيطان ويمثل الشياطين في الأرض وبأنه سيجلب لنفسه ولمن خلفه
الفقر في حين وضع القديس الذي ينتمي اليه موضع الألوهية حين قال
وسيدنا يعدكم من فضله ودعى المدعى عليه من هم حول المدعي للالتفاف
حول القديس حتى يبقوا مستورين في الدنيا والأخرة  حرض من معه
وتوعد المدعي بأنهم مستمرين حتى النهاية وانهم سيحققون النصر — حيث
حاول المدعى عليه ان يظهر الخلاف فيما بينهم وبين المدعي على انه
حرب فيها منتصر ومهزوم وإن هذه التصريحات الكاذبة محاولة فاضحة
وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء
والمعارف، كما أنه ونتيجة لحملة التشهير التي قام بها المدعى علي وقع
عدد من الأشخاص تحت تحريض المدعى عليه وبدأ المدعي في تلقي
رسائل تهديد من اشخاص مجهولين بأنه إذا عاد إلى الأردن فسوف يقتل
على الرغم من أن المدعي يسافر إلى الأردن سنويا وذلك لرؤية العائلة
والأقارب والأصدقاء الأمر الذي ادخل الخوف والهلع في نفس المدعي
وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن بل تعدى أمر خوفه
على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات

الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن
للمشاركة بتلك الوفاة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد
وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع
المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا
يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق
والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات
وانخفض دخله وساءة حالته المادية واضطر لإغلاق المحل الذي كان
يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من
صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب،
بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

**46.       انصب من هيك ما بتلاقوا يا شباب ليش هسا عمي كان يحمل
كل واحد بدو منه مصاري يقلك بس تنباع ارض اليادوده اجا هذا
يكمل المشوار ويقول لاخواته ارض اليادوده الكن ارض اليادوده الكن
يشبعهن وهم مر خمسه وثلاثين سنه على تقسيم الميراث وعماتي ما
اخذنش قرش عماتي ما اخذنش قرش خمسه وثلاثين سنه وهي يا
بنات عمي رح يمر عليكن كمان خمسه وثلاثين سنه وما توخذنيش
تعريفه وهي شاربي بقصه اذا هذا بطول شبر من ارض اليادوده.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل
التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال



التحريض والقدح والذم والتحقير بحق المدعي ووالده المتوفى وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي ووالده من قبله نصابين يأكلون حقوق الناس ويعدوهم بدفعها لهم من ارض اليادودة كذباويؤكد بأنهن لن يحصلنا على شيء ويؤكد على ذلك بقوله (بقص شاربي إذا بتحصلوا شيء) والشارب في المجتمعات العربية له مكانة والقول بقص الشارب له اثر في السامعين لديهم كما انه ومن خلال هذا التسجيل يسعى إلى التحريض على

المدعي وقطع الصلة بين المدعي وعماته وشقيقاته ونتيجة لذلك فقد لحق بالمدعي بالغ الضرر المادي والمعنوي وزادت من حالات التوتر والقلق ونوبات العصبية لدى المدعي الأمر الذي انعكس على زوجته وأبناءه علاوة على تأثر أعماله ونتيجة لذلك اضطر المدعي لإغلاق محله الذي مكث يمارس أعماله فيه طيلة 25 سنة وخسارة مدخرات حياته.

47. **ليش بتهرب من المواجهه يا ساقط ليش بتهرب من الواجهه تعال نحكي حقائق مهو بدك تحكي شو سوى ابوك ابوك الي قسم يا معلم ابوك الي حط الطحين على العجين بس احنا كنا نحكي حطو ادبا عشان ما نسينش ولا نعيين لواحد بحد ذاته بس انت اصريت انك تسيئ لابوك اصريت تروح تودي صورة صورة ابوك لواحد من دار عمر عشان تقوله هذا الي اكل حقكوا والزلمه ينزل يسب ويغلط على ابوك احنا دافعنا عن ابوك انت الي اسأت لابوك انت الي رحت نكشت عمي عبد سبيت وغلطت عليه وانك اكال حق ونكار وابصر ايش عشان يطلع يفتح قصص ابوك القديمه ابوك اه يا سيدي لا تنكر كان جبار وظالم بشهادة الجميع بس الكل ما بيقدر يطلع يحكي على العلن لانه عمي متوفي وعندهم شوية احترام اله لاء بس عشان تكون بالصوره ابوك كان نعم جبار وظالم ظلم عماتي.**



لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير بحق المدعي وبحق والده المتوفى وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي ساقط يهرب من المواجهة ومسيء لوالده المتوفى وبأن والد المدعي المتوفى أكل للحقوق وجبار وظالم ظلم عمات المدعى عليه ونتيجة لهذا التسجيل بدأ المدعي في تلقي رسائل تهديد بأنه إذا عاد إلى

الأردن فسوف يقتل علما بأن المدعي وعائلته بيسافرون إلى الأردن سنويا على الأقل لرؤية عائلتهم وأصدقائهم وبسبب خوف المدعي على سلامته وسلامة عائلته ولخوفهم على انفسهم وعدم الشعور الكافي بالأمان من لم يعد المدعي أو إي من عائلته إلى الأردن منذ أن بدأت حملة المدعى عليه ضده رغم حاجة زوجته للسفر إلى الأردن لرؤية والدها كبير السن والذي يعاني من مشاكل صحية خطيرة وكذلك حاجته وحاجة زوجته للسفر إلى الأردن للمشاركة في مراسم وفاة شقيقتها الوحيدة وقد وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وزاد لديه القلق والتوتر واضطر لاغلاق محله الذي يمارس أعماله فيه منذ 25 سنة وخسارة مدخرات حياته ونتيجة لذلك تكبد خسائر في المبيعات والإيرادات وصار لزاما على المدعي أن يتحمل الإذلال والكرب النفسي والمعاناة.

**48.    يا عاق الوالدين ولك انت منتا جننت ابوك جننتوا زي ما هو جنن سيدي زي ما هو كان يقسى على سيدي وغير مؤدب مع سيدي انت كنت زيه غير مؤدب معه كما تدين تدان وهذا الي صار والزمن دوار الشمس ما يتغطى بغربال وعنا شواهد والناس بتحكي تفكرش انه بدهمش يحكوا لاء انا بطلع بحكي عن الكل بحكي على لسان الجميع على شهادات الجميع هذا هو ابوك وهذا انت والولد سر ابيه انت الي بتسيئ لابوك قاعد بتنبش بتنبش في قصصه عشان اطلعنا**



**نحكي عنه ابوك كان بدوا يوكل ارض الوقف وساداتنا ظلوا مسترين عليه لمنه الله اخذ اوداعته ولما انك اقنعته قله قله رينا تعال اريحك يا ابراهيم الله اخذه وكان السبب انت بموته كمان لما انت حطيت هاي الافكار في راسه واقنعته بالألفين وسته انه يرجع عن رأيه صرت اتقله ارض بالملايين الوقف يوخذها منا محنا عارفين انت الي وسوست انت الوسواس انت الشيطان قعدت توسوس في راسوا خليتوا يغير أقواله.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير بحق المدعي وبحق والده المتوفى وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز



حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي كان عاقا لوالده وأنه شيطان ويوسوس لوالده وغير مؤدب وبأنه كان السبب في موت والده وكذلك تضمنت تصريحات المدعى عليه التشهيرية في حق والد المدعي المتوفى بأن والد المدعي المتوفى هو الأخر كان عاقا لوالده ومسيئا له ولذلك ذكر المدعى عليه في حق المدعي عبارة الولد سر أبيه أي أن المدعي عاق لوالده كما كان والده هو الأخر عاق لوالده ـ وعقوق الوالدين كلاهما أو أي منهما لدى المسلمين من الكبائر التي تدخل صاحبها النار وهو نعت بشع قاس في حق من يوصف به ـ وزعم المدعى عليه بأن والد المدعي كان يريد أن يأكل ارض اليادودة ـ أي ان يغتصبها من أصحبها ـ وأقر المدعي بأنه وبصحبة عصابة الأشرار قد تكلموا في والد المدعي المتوفى بالذم والقد والتحقير وإن هذه التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، ونتيجة لذلك ثارت تساؤولات عديدة من محيط المدعي حول مصداقية كلام المدعى عليه وراح يتلقى العديد من الاتصالات لبيان حقيقة الأمر وتسبب ذلك له بالتوتر

96

والعصبية الأمر الذي انعكس على زوجته وأبناءه وسائت علاقته بزوجته وتطور الأمر لينال من عمله وانتاجه حيث نتيجة لهذا التسجيل ومثيله صار المدعي قلقا مضطربا وعصبيا وأصبح يميل إلى العزلة وعدم مخالطة الأخرين مما أدى إلى تأثر دخله وانتاجه واضطر في نهاية المطاف لأغلاق المحل الذي مكث يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته.

49. امكمسرينك احنا وكاشفينك وكاشفين الاعيبك يا حسود يالي ما خليت واحد من دار ابو حلتم الا اتطلعت عليه على رزقته وحسدته ما خليت واحد انت لما اعرفت حتى في كل اشي مرت عمي طه الله يرحمها ويحسن اليها ليسا الحقتها وصرت تتمظرت عليها وتحسد فيها وتروح على دارهم في الشميساني وترجع على داركوا في الوحدات وتقول احنا في جهنم وهمه قاعدين في الجنه وبتبرطعوا وبتبرطعوا فينا وفي مصارينا بتدعي انه هاي مصاري ابوك ابوك صرف مصريه على التيوس يذبح لتيوس للحلاتمه ويطعمي فيهم وتقلو وتقلو جدتي الله يرحمها تقلوا ايش تقلوا عايشين ب عايشين بعز بعمان واحنا واحنا وقية لحمه ما عنا وقية لحمه يقلها سيدي خليه خليه يعمل لحاله كيان ولاخوته يعمل لحاله كيان ولاخوته قدام



الحلاتمه خليه يعمل لحاله كيان يذبح تيوس للحلاتمه من وين التيوس
تعب سيدي وشقى عمامي يجيب التيوس ويذبحهن لما قسموا ابوك
بطل يذبح التيوس ابوك بطل يذبح لتيوس بطل لما قسموا كل واحد
راح في حال سبيله راحن انقطعت التيوس عن الحلاتمه بطل يذبح.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل
التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال
التحريض والقدح والذم والتحقير للمدعي ووالده المتوفى وجاء سلوك
المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث
حقر المدعى عليه المدعي ووالده المتوفى وقلل من شأنهم ووصفهم
بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي
والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا
الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في
المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل
معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة
والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء
متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع
متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي
شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها
أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص



أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد
تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن المدعي
حسود لم يبقى احد من عائلته الا وحسده وحاول تحريض أبناء عم المدعي
طه على المدعي حين ساق دليلا على حسده بأنه كان يحسد بيت عمه طه
وزوجة عمه طه وزعم كذبا بأن والد المدعي كان يكرم عائلته من مال
اخوانه وانه بعد فسخ الشراكة بطل يكرم أحد كما صرح بأنه وبرفقته
عصابة الأشرار كمسروا المدعي — أي فضحوه وكشفوا أمره وإن أفعال
المدعى عليه وتصريحاته بحق المدعي ووالده المتوفى محاولة فاضحة
وخبيثة لإذلال المدعي بين أهله وأصهابه وأقاربه ومعارفه وقد الحقت تلك
الأفعال بالمدعي بالغ الضرر المادي والمعنوي حيث زاد قلق وتوتر
وعصبية المدعي وانعكس ذلك على زوجته وأبناءه وسائت علاقته بزوجته
وتطور الأمر لينال من عمله وانتاجه حيث نتيجة لهذا التسجيل ومثيله صار
المدعي قلقا مضطربا وعصبيا وأصبح يميل إلى العزلة وعدم مخالطة
الأخرين مما أدى إلى تأثر دخله وانتاجه واضطر في نهاية المطاف لأغلاق
المحل الذي مكث يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات
حياته.

**50.** **والله لنسويك مسخره والله لنسويك نكته يا سمبك سمبك يا**
**متسنبك يا مسخره يا سفيه.**



لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن المدعى عليه وعصابة الأشرار سوف يجعلون المدعي مسخرة ــ أي أضحوكة لمن حوله ــ ووصفه بأنه مسخرة وسفيه ونعته بسمبك ــ تهكما واستهزاءا باسمه على الرغم من أن اسم المدعي يعود لنبي عظيم وهو النبي إسماعيل ابن النبي

إبراهيم عليهما السلام وإن هذه التصريحات الكاذبة.محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف وقد الحق هذا التسجيل ضررا ماديا ومعنويا بالغين للمدعي حيث اصبح المدعي شديد القلق والتوتر والعصبية وانعكس ذلك على زوجته وابناءه وتأثر عمل المدعي وانخفاض انتاجه على نحو شديد واضطر المدعي لاغلاق محله الذي كان يمارس نشاطه فيه لمدة 25 سنة وخسارة مدخرات حياته.

**51.**     **ان شاء الله رح اتوجه بمعارفي واصحابي واصدقائي وعزوتي وناسي من الاخوه الاردنيين واطلب منهم تقارير صحيه عن المدعوا سمبك واو بلكي هذا الزلمه فعليا عن جد كان عندوا مرض وسفه فيه خلينا نراجع ونشوف تقاريره لانه هذا فعليا اساء للعائله الكريمه واساء لاعمامي الكرام واساء لعماتي حبيبات قلبي واو حتى اساء لابوه حتى لابوه اساء يعني هذا الشي ما بطلع من انسان عاقل فممكن يكون في صغره متعرض لاشي أدى الى تدهور حالاته النفسيه فعليا انا بحكي كلام صحيح لانه بنسمع قصص من ناس انه هذا الانسان صار في مشاكل عنده بالماضي ادت الى شرط في راسه واوو هاي يعني ما استبعد لانه اصلا يعني بتعرفوا جو المخيم جو اجرامي واو جو عدائي واو ممكن يكون اتاثر لشغله كبيره هاي اثرت بمخه وشطبته شطب.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتشهير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي مريض وسفيه وبأنه توجه لمعارفه في الأردن لطلب تقارير طبية عن المدعي وزعم أن المدعي غير عاقل تعرض لأمر ما في صغره وبأن المدعي اساء لوالده وبأن المدعي كان يعيش في جو اجرامي في مخيم

الوحدات الذي كان يسكن فيه — ومخيم الوحدات مخيم للاجئين الفلسطينيين في عاصمة الأردن عمان وجل أهلها فقاء معوزين — وإن المدعى عليه بذكر ذلك فقد مارس التمييز العنصري ووضع نفسه فوق تلك الطبقة من الناس على الرغم من انه هو الأخر نشأ وتربى في ذات المخيم كما زعم كاذبا بأنه من الممكن أن تكون أثرت على مخه وشطبته وهو بذلك حاول اغتيال شخصية المدعي والنيل منه وإن هذه التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف ونتيجة للتشهير الذي ساقه المدعى عليه بحق المدعي في هذا التسجيل تضرر المدعي ماديا ومعنويا حيث تحمل الإذلال والكرب النفسي والمعاناة وتعرض للإذلال بين العائلة والأصدقاء، وأصبح مطالبا بالدفاع عن سمعته لا سيما أمام أصهاره ، الذين شككوا في لياقته كزوج. كما عانى المدعي نتيجة لذلك من القلق والتوتر والعصبية الأمر الذي اثر على عمله وبالتالي دخله وانتاجه وقد المدعي من أضرار مالية حيث انخفض دخله الشهري بشكل حاد واضطر لاغلاق محله الذي ظل يمارس نشاطه فيه مدة 25 سنة وخسارة مدخرات حياته وساءة أوضاعه المالية مما انعكس سلبا على عائلته ومن يعولهم.

**52.** **والله وبالله وتالله على جثثنا بتوخذها يا سمبك لو بنروح فيها اعدامات وموت انك ما رح اطول شبر من من ارض اليادوده يا سمبك**



وبنورجيك مين انت ومين قيمتك وعبد الرحمن تبعك انقعوا وشرب
ميته وكيلك في الظلم عبد الرحمن مين عبد الرحمن.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل
التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التهديد
والقدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه
فيه عن علم وعمد وبنية خبيثة حيث هدد المدعى عليه المدعي وذمه وحقره
وقلل من شأنه وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي
والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا
الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في
المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل
معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة
والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء
متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع
متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي
شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها
أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص
أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد
تضمنت تصريحات المدعى عليه تهديد المدعي بأنه لن ينال حقوقه في
ارض اليادودة ولو على جنتهم أي هو وعصابة الأشرار الذين وقفوا معه

وساندوه وشاركوه بقدح وذم وتحقير وتهديد المدعي ولو قاد ذلك للاعدامات والموت كما نعته بسمبك تهكما واستهزاءا به وتوعده بأنه سوف يري المدعي ومن معه قيمتهم وقدرهم وخص بذلك شقيق المدعي الأصغر ويدعى عبد الرحمن كونه أمن بعدالة مطالبة المدعي بحقوقهم في ارض اليادودة محل النزاع،

إن تصريحات المدعى عليه قد الحقت بالمدعي بالغلا الضرر المادي والمعنوي حيث أحدثت في نفس المدعي الخوف على سلامته الجسدية وكذلك الخوف على زوجته وأبناءه وصار في كل ليلة يحكم اغلاق الأبواب والنوافذ ويراقب افراد عائلته في كل خطوة يخطونها مما تسبب لهم بالحرج والضيق والتنغيص ولم يعد المدعي يمارس أعماله كما كان قبل تلك التصريحات وتأثر انتاجه وانخفض دخله بشكل كبير واضطر لاغلاق محله ونتيجة لحالته النفسية وأوضاعه المعيشية أصبحت علاقته مع زوجته وابناءه متوترة وحرم هو وزوجته وابناءه من السفر إلى الأردن لزيارة الاهل والاقارب والأصحاب كما اعتادوا في كل عام حتى ان المدعي وزوجته لم يتمكنوا من السفر للأردن للمشاركة في وفاة شقيقة زوجة المدعي الوحيدة والتي تكون هذه نفسها زوجة شقيق المدعي وذلك خوفا على انفسهم جراء التهديدات بالقتل والايذاء التي كانوا يتلقونها من عصابة الأشرار واشخاص اخرين مجهولين.



53. اما انت عشان الوسخ والقرف الي عندك كلياته هذا بدك تزتوا على مين بدك تزتوا على اعمامك عشانك فاشل شايف كل اولاد اعمامك ناجحين في اميركا وانتا الفاشل الوحيد في اميركا يا فاشل صرت بدك تحسدهم على النعمه الي همه فيها زي ما حسدت عمي طه على النعم الي هو كان عايش فيها  وحسدت عمي عبد الفتاح ما خليت واحد الا وحسدته حتى صاحب بسطة الزريعه اطلعت على رزقته حتى اولاد ابو السرهد حرمتهم يبسطوا قدام محلك مين الي اكل لحم مين ومين الي ظلم مين، مين اعمامك اعمامك الي عاشوا تحت جبروت عمي ابراهيم اه جاوب يا سمبك.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتشهير بحق المدعي ووالده المتوفى وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق

سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن نعت المدعي بأنه مقرف وفاشل، فاشل في أمريكا وبأن المدعي الفاشل الوحيد بين أبناء عمومته المقيمين في أمريكا ووصفه بالحسود وعمد وبنية خبيثة وعن قصد إلى تحريض أعمام المدعي وكذلك تحريض ابناء عم المدعي طه المتوفى وشهر بوالد المدعي المتوفى بأنه متجبر مارس الجبروت اتجاه اخوانه.

إن تصريحات المدعى عليه اتجاه المدعي في هذا التسجيل محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء

والمعارف، وقد أدت تلك التصريحات إلى الحاق اضرارا مادية ومعنوية للمدعي حيث تسببت له بالحزن والألم والضيق والتوتر والعصبية وأن يتحمل الإذلال والكرب النفسي والمعاناة وانعكس ذلك على زوجته وابناءه ونتيجة لذلك تضررت اعمال المدعي وانخفض دخله واضطر لاغلاق محله.

**54.** **والله الا لعنة الله عليك يا سمبك لعنة الله عليك وعلى امثالك وعلى شاكلتك يا شيطان يا رجيم اقسم بالله العظيم اقسم بالله العظيم انك واحد محتال وغشاش ونصاب ومزور ومدلس وانه ممسحة الخارج انظف منك واطهر منك اعمامك نصابين وبتنتئ وانت بتحكي واناءءء تاتأاه طيب روح يا متعلم يا بتاع المدارس اتعلم كيف تحكي وتصف الحكي مش بترج الادرنالين عندك طالع شكلك بدك تفطس عن قريب الله يوخذك اخذ عزيز مقتدر ويريحنا من شرك ويريح اعمامك من قرفك يا مقرف.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر



المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي شيطان رجيم ومحتال وغشاش ونصاب ومزور ومدلس وأن ممسحة الخارج انظف وأطهر منه ــ وممسحة الخارج بلغة العرب اهل الشام هي قطعة من القماش أو القطن قديمة لا يحتاجها اهل المنزل تستعمل لتنظيف الحمامات ـ وسخر المدعى عليه وتهكم على طريقة كلام المدعي ودعى عليه الله ان يميته ليستريح هو وعصابة الأشرار منه ونتيجة لتلك التصريحات فقد لحق بالمدعي ضررا ماديا ومعنويا بالغين حيث تسببت له بالحزن والألم والضيق والتوتر والعصبية وأن يتحمل الإذلال والكرب النفسي والمعاناة وانعكس ذلك على زوجته وابناءه ونتيجة لذلك تضررت

اعمال المدعي وانخفض دخله واضطر لاغلاق محله  الذي مكث يمار نشاطه فيه 25 سنة وخسارة مدخرات حياته.

**55.     خرسه تخرسك  خرسه تخرسك  والله ما حدا اساء لعمي ابراهيم الا انت ما اساء له غيرك يا منحط انتا واحد قذر نتن سافل وقح قليل ادب بعدين بدك تخرسنا والله ما فشرت لا انت ولا مليون زيك ولا من امثالك انك يخرسنا ولك احنا مؤيدين مؤيدين من الله عز وجل كلنا هون فرسان بالحق نصدح بقول الحق ولا تاخذنا بالحق لومة لائم يا سمبك المفزلك.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء



متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه في هذ التسجيل نعت المدعى عليه المدعي بأنه اساء لوالده المتوفى ورجا ان يصيبه الخرس فلا ينطق وتضمنت كذلك بنعت المدعي بالمنحط والنذل والسافل والوقح وقليل الأدب ووصف المدعى عليه المدعي بأنه ومن بصحبته من عصابة الأشرار مؤيدين من الله عزوجل وبأنهم فرسان الحق يصدحون بالحق ولا تأخذهم في الحق لومة لائم وسخر من اسم المدعي وتهكم عليه حين نعته بسمبك ونتيجة لتلك التصريحات فقد لحق بالمدعي ضررا ماديا ومعنويا بالغين حيث تسببت له بالحزن والألم والضيق والتوتر والعصبية وأن يتحمل الإذلال والكرب النفسي والمعاناة وانعكس ذلك على زوجته وابناءه ونتيجة لهذا التسجيل صار المدعي يتلقى رسائل تهديد بالقتل والحاق الأذى به وبعائلته الأمر الذي اوجد لدى المدعي وعائلته حالة من الخوف والهلع والرهبة مستمرة ونتيجة لذلك تضررت اعمال المدعي وانخفض دخله واضطر لاغلاق محل الذي مكث يمارس نشاطه فيه مدة 25 سنة وخسارة مدخرات حياته وساءت أوضاعه المادية.

56. يا خوي يا عفيف في مثل بقلبك ابن الحرام لا ادزه بوقع لحاله فلا اطوله ولا على بالك حط رجليك وايديك بميه بارده ومزمز على سمبك على كيف كيفك وراه وراه والزمن طويل وظلك اضحك وقرش لوز وسكر غير اخلي كل دار ابو حلتم تقرش لوز وسكر على سمبك وكلياتكو وكلياتكوا وبما فيهم ناس مقربين اله شمتانين فيه مقربين اله كثير وشمتانين فيه كل الدنيا شمتانه فيه.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التهديد والقدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حيث هدد المدعى عليه المدعي وحقره وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن



سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه في هذ التسجيل بأنه سيبقى وراء المدعي — أي سيلاحق المدعي ليلحق الضرر المادي والمعنوي به كما نعت المدعى عليه المدعي بأنه ابن حرام — أي انه جاء من علاقة غير مشروعة بين والديه وهو بذلك قذف واالدي المدعي بالزنا — والزنا في الشريعة الإسلامية من الكبائر التي تدخل من يرتكبها النار وهو بذلك نال من شرف ونزاهة وعفة والدي المدعي المتوفيان — وطلب من احد أنصاره ان يسخر من المدعي وتوعد المدعي بأنه سيجعل عائلة المدعي الكبيرة وعصابة الأشرار يتمتعون بالسخرية والتهكم والاستهزاء بالمدعي وبالشماتة فيه ونتيجة لتلك التصريحات فقد لحق بالمدعي ضررا ماديا ومعنويا بالغين حيث تسببت له بالحزن والألم والضيق والتوتر والعصبية وأن يتحمل الإذلال والكرب النفسي والمعاناة وانعكس ذلك على زوجته وابناءه ونتيجة لهذا التسجيل صار المدعي يتلقى رسائل تهديد بالقتل والحاق الأذى به وبعائلته الأمر الذي اوجد لدى المدعي وعائلته حالة من الخوف والهلع والرهبة مستمرة ونتيجة لذلك تضررت اعمال المدعي وانخفض

113

دخله واضطر لاغلاق محل الذي مكث يمارس نشاطه فيه مدة 25 سنة وخسارة مدخرات حياته وساءت أوضاعه المادية.

57. **ليش لانه المحبه من الله كل الدنيا بتكرهك كل الدنيا بتكرهك وبتكره افعالك وتصرفاتك بتكره الكارزما الي عندك الشخصيه النرجسيه الحقيره الدنيئه اولهم اخوتك واعمامك وعيلتك والمقربين اليك مسخره عامل عامل حالك مسخره لانك صار اسمك سفيه دار ابو حلتم يا سفيه.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسينا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي



شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعيحقير ودنيء وصاحب شخصية نرجسية ومسخرة وسفيه سفيه دار أبو حلتم وبأن المدعي يحمل كريزما يكرهها كل ونتيجة للتشهير الذي ساقه المدعى عليه بحق المدعي في هذا التسجيل تضرر المدعي ماديا ومعنويا حيث تحمل الإذلال والكرب النفسي والمعاناة وتعرض للإذلال بين العائلة والأصدقاء، كما تسبب له بالحزن والألم والضيق والتوتر والعصبية وانعكس ذلك على زوجته وابناءه ونتيجة لذلك تضررت اعمال المدعي وساءت وانخفض دخله واضطر لاغلاق محله الذي مكث يمارس نشاطه فيه مدة 25 سنة وخسارة مدخرات حياته.

**58.** رح اظلني وراك وراك وراك وراك لمني اطلعها من راسك واخليها تطلع من راسك وتيجي تبوس القدم وتقول ارض اليادوده وقف رح اظلني وراك وراك لمنك تقول ارض اليادوده وقف يا سمبك المفزلك وان عدتم عدنا.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التهديد



والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حيث هدد المدعى عليه المدعي وحقره وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحدة أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه في هذ التسجيل بأنه سيبقى وراء المدعي — أي سيلاحق المدعي ليلحق الضرر المادي والمعنوي به — وتوعده بأنه سوف يأتي المدعي اليه ويبوس قدمه وذلك تهديدا واستهانة بالمدعي كما استهزأ وحقر المدعي بقوله يا سمبك المفزلك — وذلك تهكما على اسم المدعي ومحاولة لتحقير المدعي بأنه لا يستطيع الكلام — ثم عاد وتوعد بقوله وإن عدتم عدنا  ونتيجة لتلك التصريحات فقد لحق بالمدعي ضررا ماديا ومعنويا بالغين حيث تسببت له

116

بالحزن والألم والضيق والتوتر والعصبية وأن يتحمل الإذلال والكرب النفسي والمعاناة وانعكس ذلك على زوجته وابناءه وساءة علاقته معا وإزاء تهديدات المدعى عليه دخل الرعب والخوف نفس المدعي وصار يخاف على نفسه وزوجته وأبناءه الأمر الذي دفعه لتقييد حركتهم والاتصال بهم بعدد مرات كبير لتأكد من سلامتهم مما الحق بهم الضيق وتسبب لهم بالتوتر وساءت علاقتهم مع محيطهم وتأثرت أعمالهم كما أن المدعي صار يعمد إلى احكام اغلاق الأبواب والنوافذ ويتجنب السير خارج المنزل منفردا أو السير وحيدا ونتيجة لذلك تضررت اعمال المدعي وانخفض دخله واضطر لاغلاق محله الذي مكث يمارس اعماله فيه طيلة 25سنة وخسارة مدخرات حياته وصار المدعي يتلقى رسائل تهديد وذم وقدح وتحقير من اشخاص مجهولين ومن عدد من عصابة الأشرار الذين تعاهدوا على الوقوف بوجه المدعي محاولة منهم لعدم تمكينه من اخذ حقه في ارض اليادودة محل النزاع الأمر الذي ادخل الخوف والهلع في نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن كما اعتاد سنويا لرؤية أهله واشقاءه واقاربه واصحابه بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن للمشاركة بالوفاة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين.



59. سومبك زلمه انت بس تنزل عاالاردن يا سمبك والله لخلي الشباب يسحلوك سحل سحل يسحلوك ويحشوا عصايه عصايه هيك هيك كبرها يحشوها جواتك بديش احكي وين عيب بس انت واحد ما بتستحي غير اخبط على ثمك ولا ولا والله لخبط على ثمك  آجي اخبط عثمك غير اشمطك خمساوي على خد واحد عشرين خمساوي هييك تك تك تك تك تك خلي اسنانك يكتن كت يا سمبك قبحك الله يا جندب ولك يا ثعلب يا ماكر خبيث كذاب مدلس مزور مزور والله العظيم بدمرك اقسم بالله العظيم بدمرك والله على ما اقول شهيد بحطك براسي اني بدمرك يا سمبك ولك عنا عنا جيش ورانا جيش جيش يا فاشل يا فاشل طول اليوم واحنا شغالين مش قادرين نرد عليك لنوخذ نفسنا من الكرسمس وانت قاعد بس مقظيها تودي مسجات مسجات مسجات وطخ لا عندك شغل ولا عندك اشي فاشل عشان هيك فلست بدك بدك تروح على ارض الوقف ..تلهفها تلهف ارض الوقف زي ما لهفت مال اخوانك وكل واحد بوقف معك من اخوانك عليه اثمك الاثم الي انت بتوخذوه اخوانك بوخذوه من وراك مين ما كان يكون  غير اخبط عثمك  واذا واحد بدوا يحامي عنك عن اخوانك بدوا ييجي يوقفني بدي اخبط عليه كمان يا سمبك بدي اخبط عليه اي واحد بشد معك وبشد على ايدك يا سمبك بدي اخبط عليك وعليه بدي اخبط

118

عليك وعليه يا سمبك والله العظيم قسما بالله قسما بالله قسما بالله قسما بالله
واني صادق بيميني غير اول ما اشوفك غير اشمطك خمساي يكتن
اسنانك يا سمبك غير اشمطك خمساوي يكتن اسنانك قدامك والله على
ما اقول شهيد وجبل على جبل ما بلتقي بس بني ادم على بني ادم
بالتقي والله لاعجب عليك يا سمبك.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل
التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح
والذم والتحقير والتهديد وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه
فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من
شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ
الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل
المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من
سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن
التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي
والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه
جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع
متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي
شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها
أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص

أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد

تضمنت تصريحات المدعى عليه التشهيرية حول المدعي بأن المدعي ما

بستحي وجندبوثعلب وماكر وخبيث وكذاب ومدلس ومزور وفاشل ومفلس

يريد لهف ارض اليادودة أي اغتصاب ارض اليادودة كما اغتصب مال

اخوانه وهدد المدعى عليه المدعي بأنه سيجعل عصابة الأشرار المؤيدين له

في الأردن إن عاد المدعي للأردن بأن يسحلوه في الشوارع سحل ويحشوا

العصاية داخله — ويقصد بالسحل في الشوارع أي جر المدعي بالشوارع

ويقصد بحشي العصاة أي وضع عصاة من الخشب في دبر المدعي —

وتوعده إن وضعه برأسه بأن يدمره وانه بده يخبط على فم المدعي ومن

يناصره من اشقاءه وكذل يخبط على المدعي ومن يناصروه — أي يدوس

عليهم برجليه — واقسم بالله وتوعده بأن يدمره وتوعده بأن عندهم جيش

ووراهم جيش وتوعده ان ظفر به غير يشمطوا خمساوي — وهذه العبارة

لدى اهل الشام من العرب تعني الصفع بشدة وعنف على الوجه - وتهكم

على اسم المدعي وسخر منه وتوعد المدعى عليه المدعي أن يعجب عليه —

ويعجب عليه تعني في ثقافة العرب في بلاد الشام أي أسبب له الضرر

والايذاء في جسده وماله وابناءه وكل ما هو حوله — وتوعده بأن جبل على

جبل ما يلتقي بس بني أدم على بني أدم بلتقي — وفي ثقافة العرب هذا مثل

يتوعد فيه أحدهم الأخر حين لا يكون أمامه بقوله ان الجبال لا تلتقي ولكن

انا وانت مصيرنا نلتقي وهي عبارة مبالغة في التهديد والوعيد وإن هذه

١٢٥

التصريحات الكاذبة حاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أنه ونتيجة لحملة التشهير التي قام بها المدعى عليه، بدأ المدعي في تلقي رسائل تهديد بأنه إذا عاد إلى الأردن فسوف يقتل على الرغم من أن المدعي أو عدد من افراد عائلته يسافرون لى الأردن سنويا لرؤية العائلة والقارب والأصدقاء الأمر الذي ادخل الخوف والهلع في نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن كما اعتاد سنويا لرؤية أهله واشقاءه واقاربه واصحابه بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن للمشاركة بتلك المصيبة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 وخسارة مدخرات حياته سنة وصار يعاني من صعوبات مالية جسمية.

**60.** **لو كل دار ابو حلتم توقف وراك والله العظيم لو كل امة لا إله إلا الله توقف وراك ما باتشيلني عنك ومين بدو يشد على ايدك بدي**

افضح عرضه معاك واحد ملعون خنزير والله لاحشي العصايه يا سمبك العصايه غير اسحلك بالشارع سحل واشلحك اوعيك قدام خلق الله واورجيهم مين هذا سمبك عدو الله ورسوله.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتهديد وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي



ملعون وخنزير وهدده بأن كل الأمة لن تستطيع ان تنجي المدعي من وبأنه سوف يسحل المدعي في الشوارع سحل ويحشي العصاية داخله ـ ويقصد بالسحل في الشوارع أي جر المدعي بالشوارع ويقصد بحشي العصاة أي وضع عصاة من الخشب في دبر المدعي ـ وتعد المدع عليه المدعي أن يخلعه ملابسه قدام الناس ـ وذلك لإذلاله ـ وعاد من جديد وتهكم وسخر من اسم المدعي وإن هذه التصريحات الكاذبة حاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أنه ونتيجة لحملة التشهير التي قام بها المدعى عليه، بدأ المدعي في تلقي رسائل تهديد بأنه إذا عاد إلى الأردن فسوف يقتل على الرغم من أن المدعي يسافر برفقة بعض افراد من عائلته إلى الأردن سنويا وذلك لرؤية العائلة والأقارب والأصدقاء الأمر الذي ادخل الخوف والهلع في نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن للمشاركة بتلك المصيبة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات

123

والإيرادات وانخفض دخله وساءة حالته المادية واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

**61.  بتفكرنا بغاوغه مثلك بتفكرنا بغاوغه بالحكي زيك وبالفعل سيبك والله احنا قول و فعل يا ولد قول وفعل لنعجب عليك احنا جماعة البامبرز والسكارا والحشاشين والله لنعجب عليك وعلى كل من يشد على ايدك مين ما كان يكون سواء البصبوص الي حاطيلي اياه هسا بنزل فيه كتاب تشهير بشمسه عند الدوايمه الثاني اتفكرش حدا بشد على ايدك انت والي يشد على ايدك على الي بطلع بيدكوا حطوا جوا طيازكو.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التحقير والتهديد وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر وهدد المدعي ومن يشد على يديه وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في



الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به
وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه
والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا
وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك
المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل
التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه
وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة
الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه
تحقير المدعي ومن معه بنعتهم بلفظ بغاوغة ― أي أن اشخاص أخرين
مارسوا الجنس معهم من الدبر ― وهدد المدعي ومن يشد على يديه
وتوعدهم وتكلم بالفاظ بذيئة استخفاف بهم بقوله الي بطلع بايدكم حطوا في
طيازكم ― أي ما تستطيعون فعله ضعوه في أدباركم ― أي أنهم لن يتمكنوا
من فعل شيء وتوعد المدعى عليه المدعي أنه وعصابة الأشرار سوف
يعجبزم عليه ― ويعجب عليه تعني في ثقافة العرب في بلاد الشام أي يسبب
له الضرر والايذاء في جسده وماله وابناءه وكل ما هو حوله ― وإن هذه
التصريحات الكاذبة حاولة فاضحة وخبيثة لإذلال المدعي بين العائلة
والأقارب والأصهار والأصدقاء والمعارف، كما أنه ونتيجة لحملة التشهير
التي قام بها المدعى عليه، بدأ المدعي في تلقي رسائل تهديد بأنه إذا عاد
إلى الأردن فسوف يقتل على الرغم من أن المدعي يسافر إلى الأردن سنويا

وذلك لرؤية العائلة والأقارب والأصدقاء الأمر الذي ادخل الخوف والهلع في نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن للمشاركة بتلك المصيبة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب ، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

**62.** **يعدمني اجدوعك اخص ما بتسوى نقله ولا بسرحك بعنزيتين ولا لسا بس افضالك عندي شغل يفضح عرضك عرص.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح



والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعيما بسوى نقله — والنقله اقل عملة نقدية كان يتم التداول بها قديما — وبأن المدعى عليه لا يستأمن ولا يعتمد على المدعي برعي غنمتين ثم راح يذم المدعي بقوله يعدمني اجدوغك — أي وجنتيك — وبقوله يفضح عرض — والعرض في ثقافة المسلمين هو الشرف والنيل منه كبير جدا — وهدد المدعى عليه المدعي بقوله بس افضالك وإن هذه التصريحات الكاذبة حاولة

فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أنه ونتيجة لحملة التشهير التي قام بها المدعى عليه، بدأ المدعي في تلقي رسائل تهديد بأنه إذا عاد إلى الأردن فسوف يقتل على الرغم من أن المدعي يسافر إلى الأردن سنويا وذلك لرؤية العائلة والأقارب والأصدقاء الأمر الذي ادخل الخوف والهلع في نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن للمشاركة بتلك المصيبة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب ، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

**63.** هي يا ولاد ابراهيم هاي يا اولاد ابراهيم هيه ترى اذا ما بطلعوا براءه عن سمبك وافعال سمبك اذا ما بتقولوا احنا بريئين من افعاله وما النا دخل فيه وما بتقولوا لا تزر وازرة اخرى اذا ما بتنزلو هذا الحكي اثمكوا على نفسكوا عداء بينا واذا بصير دم عادي حطوا برقبة سمبك ما بتفرق معنا شرفنا وكرامتنا وكرامة ابياتنا بالدنيا كلها بنحط ارواحنا قدام كرامتنا وشرفنا مش واحد زغنون زي هذا بسواش قشرة بصل يجي يطعن في ابونا والله لألعن شرفك يا سمبك والله على ما اقول شهيد وخلي الي ما يشتري يتفرج عليك يا قواد.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير والتحريض والتهديد وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود

اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي زغنون ــ أي لا قيمة له ــ لا يسوى قشرة بصله ــ وهذه في الثقافة العربية تستخدم للتقليل من شأن وقيمة من توجه له ــ واقسم بالله بأنه سوف يلعن شرف المدعي ــ والشرف في الثقافة العربية والإسلامية يحظر التعرض له ــ وتهكم على اسم المدعي واستهزأ به ــ ووصفه بالقواد ــ أي الذي يدير اعمال البغاء على بناته واخواته وزوجته ــ وتوعد المدعى عليه المدعي بأن يجعله فرجة بقوله واخلي الي ما يشتري يتفرج ــ وهذا مثل عامي في الثقافة العربية أي ان اجعل من لا يريد الشراء ممن دخل السوق أن ينظر وهو مثل يضرب حيت يريد قائله تهديد ووعيد من وجهه إليه ــ وحاول تحريض اشقاء المدعي وشقيقاته براءتهم من المدعي ومطالباته في ارض اليادودة على اعتبار انه واشقاءه وشقيقاته واخرين أصحاب حق فيها وإن هذه التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أنه ونتيجة لحملة التشهير التي قام بها المدعى عليه، بدأ المدعي في تلقي رسائل تهديد بأنه إذا عاد إلى الأردن فسوف يقتل على

الرغم من أن المدعي يسافر إلى الأردن سنويا وذلك لرؤية العائلة والأقارب والأصدقاء الأمر الذي ادخل الخوف والهلع في نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن للمشاركة بتلك المصيبة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لاغلاق المحل الذي ظل يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب ، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته

64. وابوك زي ما نصب على اعمامي ونصب على عماتي ونصب على خيريه جاي انت تنصب على الوقف وتنصب على اعمامك وتتهم اعمامك وبتتشرح فيهم يا عيب الشوم ما بتستحي واحد نذل كندره زباله وخلي الحكي يوصل لكل دار ابو حلتم لكل الدوايمه



يوصل غير اخبط على ثمك يا قواد والله لالعن شرفك يا عرص ما
بتستحي والله مخلي مخليك تتمنى تتمنا انك كنت اتراب يا نطفه خريه
واحد خنزير نطفه نجسه نجسه ومين بدوا يدافع عنك مين ما تجيب
والله لالعن شرفك يا سمبك لالعنه شرفك مين ما كنت تكون ومين ما
كان وراك والي بدوا يشد على ايدك ويقول هذا اخوي بدوا يلتعن
شرفوا معاك كمان وخليكوا تقعدوا للحق غصبت عن شرفكو مش
على كيفكو الشغله مش على كيفكوا الشغله تيجوا تسبوا على شرفنا
وتسبوا على ابياتنا مش على كيفكوا ورانا ارجال واحنا ارجال اولاد
ارجال يا ملاعين الحرسه ملعون الوالدين يلعنك عرص قواد.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل
التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التهديد
والقدح والذم والتحقير بحق المدعي ووالد المدعي المتوفى وجاء سلوك
المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث
حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق
سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده
وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من
مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في
الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به
وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه



والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي نطفه خريه وخنزير ونطفه نجسه ونذل وكندره وزبالة وما بستحي وقواد ونصاب وعرص ملعون، وملعون الوالدين واستهزأ باسمه وتهكم عليه بقوله سمبك بدل اسماعيل واتهم والد المدعي المتوفى بأنه نصاب نصب على اخوانه واخواته وزوجة ابوه وهدد المدعى عليه المدعي بأن يخبط على فمه وان يتمنى أن يصبح تراب وهدده من يناصروه بأن يلعن شرفه وشرف مين بشد على ايده وتوعد المدعى عليه المدعي بأن من خلفهم رجال وذلك إرهابا وتهديدا للمدعي ومن معه وإن هذه التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أنه ونتيجة لحملة التشهير التي قام بها المدعى عليه، بدأ المدعي في تلقي رسائل تهديد بأنه إذا عاد إلى الأردن فسوف يقتل على الرغم من أن المدعي يسافر إلى الأردن سنويا وذلك لرؤية العائلة والأقارب والأصدقاء الأمر الذي ادخل الخوف والهلع في نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى

(۱۳۳)

الأردن بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن للمشاركة بتلك الوفاة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

65.    ومين ما كان من اعمامي بدو يقلي هدي ويقلي وقف ويقلي ابصر شو على راسي من فوق باخذ حقي بعدين بوقف بعدين برد عليك ما حدا يقلي وقف وقسما عظما اذا بتنزل على الاردن الا انزل وراك مخصوص الا انزل وراك مخصوص وبنحبس فيك ما عندي مشكله والله لاروحك على اميركا مكرسح مكرسح غير تروح يا سمبك ما برد راسي الا اكرسحلك رجليك ما برد راسي الا اكرسحك يا سمبك



**واسحلك في الشارع واشمطك عشرين كف على خد واحد واخلي الي ما يشتري يتفرج عليك يا سمبك وكل الدوايمة توقف بوجهي ما تردني.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التهديد والقدح والذم والتحقير بحق المدعي وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية

حول المدعي أن المدعي سمبك استهزءا واستهتارا وتهكما باسمه على الرغم من اسم المدعي على اسم احد الأنبياء وهو النبي إسماعيل ابن إبراهيم وهدد المدعى عليه المدعي بأنه ان نزل المدعي للأردن ان ينزل وراءه مخصوص وينحبس بالمدعي وتوعد المدعى عليه المدعي أن يكرسحه ويروحه على أمريكا مكرسح الرجلين — أي مشلول — وهدد المدعى عليه المدعي بأن يسحله — أي يجره — في الشارع وأن يشمطه عشرين كف على خد واحد — وهذه الجملة تقال في بلاد الشام لمن أراد أن يهدد من وجهها له لإيقاع أقسى الإيذاء عليه وبالتالي هذه الجمله تحدث خوفا شديدا وهلعا لمن وجهة له — وتوعده بأن يخلي الي ما يشتري يتفرج — وأيضاه هذه العبارة تقال في بلاد الشام ويقصد فيها الحاق الأذى الشديد في جسد ونفس ومال وعائلة من وجهة له- وتعهد بأن كل الدوايمة لو وقفت في وجهه ما ترده عن المدعي — والدوايمة هي العشيرة الكبيرة التي ينتمي اليها المدعي والمدعى عليه وهي تتضم عدد كبير من العوائل — وإن هذه التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أنه ونتيجة لحملة التشهير التي قام بها المدعى علي وقع عدد من الأشخاص تحت تحريض المدعى عليه وبدأ المدعي في تلقي رسائل تهديد بأنه إذا عاد إلى الأردن فسوف يقتل على الرغم من أن المدعي يسافر إلى الأردن سنويا وذلك لرؤية العائلة والأقارب والأصدقاء الأمر الذي ادخل الخوف والهلع في نفس المدعي

136

وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن للمشاركة بتلك الوفاة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لبيع لاغلاق الذي كان يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

66.    **ما حدا بيجي يقلك اعتذر ما تعتذر قدام الناس تيجي تضحك على الناس بكلمتين والله لتبوس خرية ابوي انا بريء منك يا زنديق والله لو تبوس خرية اعمامي كلياتهم ما بسامحك ولا باعترف فيك كابن عم سوائ اعتذرت ولا ما اعتذرت انت افلست صنمك انكسر خلص لا تسوى لا فلس بسوق الغلى فلس واحد ما بتسوى بسوق الغلى يا زنديق عديم الشرف والاحساس والضمير.**



لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التهديد والقدح والذم والتحقير بحق المدعي وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي زنديق — أي خارج عن دين الإسلام — وعديم الشرف وعديم الإحساس وعديم الضمير وأن صنمه قد كسر وبأن المدعي مفلس لا يسوى فلس في سوق الغلى — أي عند الغلاء في الأسعار لا يسوى

128

فلس — وهدد المدعى عليه المدعي واقسم بمخاطبا المدعي والله لو تقبل خرية والدي  - براز والدي — ما بنعترف فيك ابن عم وانه بريء من المدعي.

وإن هذه التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار والأصدقاء والمعارف، كما أنه ونتيجة لحملة التشهير التي قام بها المدعى علي وقع عدد من الأشخاص تحت تحريض المدعى عليه وبدأ المدعي في تلقي رسائل تهديد من اشخاص مجهولين بأنه إذا عاد إلى الأردن فسوف يقتل على الرغم من أن المدعي يسافر إلى الأردن سنويا وذلك لرؤية العائلة والأقارب والأصدقاء الأمر الذي ادخل الخوف والهلع في نفس المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن بل تعدى أمر خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى الأردن للمشاركة بتلك الوفاة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لاغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة

وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

67. ولمعلوماتكوا يا دار ابو حلتم انا ما عندي كبير، كبيري سيدنا حضرة سيدنا كبيري الي بقلي اسكت بس حضرة سيدنا حضرة سيدنا وارض اليادوده ارض وقف زي ما امر حضرة سيدنا واذا ابوي بقول لاء مش ارض وقف انا ضد ابوي انا ضد ابوي بس ولكن ابوي شرفا حكي انها ارض وقف مش مستنيين منك تيجي تقلنا اييه اكتب اعتراف وتنازلوا فيها عن ارض اليادوده اه خليهم يوقعوا والك ثلاث مائه دولار والك انت فاشل ثلاث مائه دولار اطلع اطلع كيف بتهبل على الي معوا بالمصاري اترك الدخان والك عشر دولارات اييه بشتريلك بسكليت يفضح حريشك ولك انت انت هبيله هبيله هبيله راحت عليك.

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال القدح والذم والتحقير وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في



المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل
معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة
والإهانة والتشويه والرعب والاحتقار كما أن سلوك المدعى عليه جاء
متطرفا ومسيئا ووحشيا وتجاوز حدود اللياقة وغير محتمل في مجتمع
متحضر، كما تسبب سلوك المدعى عليه أعلاه بحدوث اضطراب عاطفي
شديد للمدعي على وسائل التواصل الاجتماعي والتي اطلع عليها وسمعها
أفراد عائلة المدعي وأقاربه وأصهاره وأصدقاءه وزملاءه وأشخاص
أخرون في الولايات المتحدة الأمريكية وداخل الأردن وخارجها وقد
تضمنت تصريحات المدعى عليه التشهيرية حول المدعي أن المدعي هبيله
ــ أي مجنون فاقد العقل ــ وبتهبل على الذين معه وفاشل وإن هذه
التصريحات الكاذبة محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة
والأقارب والأصهار والأصدقاء والمعارف وقد أوقعت تلك التصريحات في
هذا التسجيل المدعي تحت تأثير عاطفي كبير وساهمت في زيادة القلق
والتوتر لديه ونتيجة الحالة النفسية والتوتر الذي لحق بالمدعي فقد انعكس
ذلك سلبا على زوجته وأبناءه  وتسببت لهم بالإذلال والضيق وأصبحت
حياتهم اليومية مترافقة مع التوتر والعصبية نتيجة التسجيلات المتلاحقة
والمتعددة ومن عدة اشخاص ونتيجة للحالة التي وصل لها المدعي الأمر
الذي أثر بالنتيجة على عمله وانتاجه ودخله المادي حيث اضطر



لأغلاقالمحل الذي مكث يمارس نشاطه فيه 25 سنة وخسارة مدخرات حياته وصار يعاني من ضائقة ماليه وساءت حالته الماديةجدا.

**68.    وبنحب انبشرك كمان عنا ارجال في الاردن وعنا ارجال في فلسطين والناس بتحبنا وبتحترمنا وبتتمنى انها تخدمنا خدمه لانا احنا مقدمين السبت والاحد مقدمين لناس اكثير والناس بتقلك خدمه مشان الله اصحابنا اكثار ومعارفنا اكثار وعزوتنا كثيره وفزعتنا اكبيره وبدي اشوف مين  بدو يوقف معاك من الدوايمه كلياتها اذا اولاد سيدي عبد الله نصار بدهم يقفوا معك تعال جيبهم حياهم الله احنا قدها قدها وقدود يا ولاد عبد الله نصار.**

لقد قام المدعى عليه بنشر هذا المقطع المسجل لنفسه على منصة وسائل التواصل الاجتماعي (الماسنجر) حيث أعلن فيه على جملة من أفعال التهديد وجاء سلوك المدعى عليه في هذا التسجيل وتصرفه فيه عن علم وعمد وبنية خبيثة حيث حقر المدعى عليه المدعي وقلل من شأنه ووصفه بأوصاف كاذبة وقد ألحق سلوك المدعى عليه بالمدعي بالغ الضرر المادي والمعنوي وكبده وسيواصل تكبيده أضرارا تشمل على سبيل المثال لا الحصر: النيل من مشاعر المدعي ووجدانياته وكذلك النيل من سمعته في المجتمع سواء في الولايات المتحده أو الأردن وثني الأخرين عن التعامل معه والارتباط به وتسبب له بالإذلال الشخصي والعذاب العقلي والمعاناة والإهانة والتشويه



والرعب والاحتقار كما أن سلوك المدعى عليه جاء متطرفا ومسيئا ووحشيا
وتجاوز حدود اللياقة وغير محتمل في مجتمع متحضر، كما تسبب سلوك
المدعى عليه أعلاه بحدوث اضطراب عاطفي شديد للمدعي على وسائل
التواصل الاجتماعي والتي اطلع عليها وسمعها أفراد عائلة المدعي وأقاربه
وأصهاره وأصدقاءه وزملاءه وأشخاص أخرون في الولايات المتحدة
الأمريكية وداخل الأردن وخارجها وقد تضمنت تصريحات المدعى عليه
تهديد المدعي بأن وراءه رجال في الأردن وفلسطين تخدمه لأن مقدم لهم
كثير وبدهم له خدمة وهدد المدعى عليه المدعي بأن اصحابهم معارفهم
وعزوتهم وفزعتهم كثر — والعزوة والفزعة لدى المجتمعات العربية هم
مجموعة كبيرة من الناس يطلب منهم الشخص الوقوف معه لأمر ما —
وهدده بأنه بده يشوف مين بده يقف مع المدعي وإن محاولة التهديد هذه
محاولة فاضحة وخبيثة لإذلال المدعي بين العائلة والأقارب والأصهار
والأصدقاء والمعارف، كما أنه ونتيجة لحملة التشهير والتهديد التي قام بها
المدعى عليه، بدأ المدعي في تلقي رسائل تهديد بأنه إذا عاد إلى الأردن
فسوف يقتل على الرغم من أن المدعي يسافر إلى الأردن سنويا وذلك لرؤية
العائلة والأقارب والأصدقاء الأمر الذي ادخل الخوف والهلع في نفس
المدعي وزوجته وأبناءه وما عاد يرغب بالسفر إلى الأردن بل تعدى أمر
خوفه على نفسه وزوجته وابناءه انه توفيت شقيقة زوجته الوحيدة والتي هي
بذات الوقت زوجة شقيقه ولم يتمكن هو او زوجته او ابناءه من السفر إلى

143

الأردن للمشاركة بتلك الوفاة الأمر الذي ادخل على انفسهم الإحباط والحزن الشديد وانعكس على تصرفاتهم اتجاه بعضهم البعض واتجاه الاخرين كما وقع المدعي تحت تأثير عاطفي كبير نتيجة لتصرفات المدعى عليه وتحمل ولا يزال يتحمل المدعي الإذلال والكرب النفسي والمعاناة ومع زيادة القلق والتوتر تكبد المدعي ولا يزال يتكبد خسائر في المبيعات والإيرادات وانخفض دخله وساءة حالته المادية واضطر لأغلاق المحل الذي كان يمارس نشاطه فيه طيلة 25 سنة وخسارة مدخرات حياته وصار يعاني من صعوبات مالية جسمية، كما أن هذه التهديدات لم تؤثر على المدعي فحسب، بل تسببت في الإذلال الضيق، وإلحاق الأذى بعائلته.

ISMAIL ABUHALJAM
3957 DAYSPRING
OKemos MI
48864
5/7/2024

(14c)