AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

WESTERN District of MICHIGAN (SOUTHERN DIVISION ((1))

AL QASSIMI ACADEMY

Plaintiff (s),

V.

ISMAIL A. ABUHALTAM

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-00289-PLM-PJG

Notice is hereby given that, subject to approval by the court, ISMAIL A. ABUHALTAM substitutes
(Party (s) Name)

Jeffrey A. Chip , State Bar No. P54990 as counsel of record in
(Name of New Attorney)

place of Ryan Hill .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Jeffrey A. Chip, P.C.
Address: 4121 Okemos Road, Suite 13, Okemos, MI 48864
Telephone: (517) 347-2700  Facsimile (517) 347-2704
E-Mail (Optional): jchiplaw@aol.com

I consent to the above substitution.
Date: 5/31/24

(Signature of Party (s))

I consent to being substituted.
Date:

See attached
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/31/24

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

WESTERN District of MICHIGAN (SOUTHERN DIVISION ((1))

AL QASSIMI ACADEMY
        Plaintiff (s),

V.

ISMAIL A. ABUHALTAM
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-00289-PLM-PJG

Notice is hereby given that, subject to approval by the court, ISMAIL A. ABUHALTAM substitutes
(Party (s) Name)

Jeffrey A. Chip , State Bar No. P54990 as counsel of record in
(Name of New Attorney)

place of Ryan Hill .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Jeffrey A. Chip, P.C.
    Address: 4121 Okemos Road, Suite 13, Okemos, MI 48864
    Telephone: (517) 347-2700     Facsimile (517) 347-2704
    E-Mail (Optional): jchiplaw@aol.com

I consent to the above substitution.
Date:
                                                                                 (Signature of Party (s))

I consent to being substituted.
Date: 05/31/2024                   /s/ Ryan E. Hill
                                                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date:
                                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
                                                                           Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**