AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __MICHIGAN (SOUTHERN DIVISION ((1))__

AL QASSIMI ACADEMY

Plaintiff (s),

V.

ISMAIL A. ABUHALTAM

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-00289-PLM-PJG

Notice is hereby given that, subject to approval by the court, __ISMAIL A. ABUHALTAM__ substitutes (Party (s) Name)

__Jeffrey A. Chip__, State Bar No. __P54990__ as counsel of record in (Name of New Attorney)

place of __Ryan Hill__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Jeffrey A. Chip, P.C.
Address: 4121 Okemos Road, Suite 13, Okemos, MI 48864
Telephone: (517) 347-2700    Facsimile (517) 347-2704
E-Mail (Optional): jchiplaw@aol.com

I consent to the above substitution.
Date: 5/31/24

(Signature of Party (s))

I consent to being substituted.
Date: _____

See attached
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/31/24

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 4, 2024        /s/ Paul L. Maloney
                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __MICHIGAN (SOUTHERN DIVISION ((1))__

AL QASSIMI ACADEMY

          Plaintiff (s),

V.

ISMAIL A. ABUHALTAM

          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-00289-PLM-PJG

Notice is hereby given that, subject to approval by the court, __ISMAIL A. ABUHALTAM__ substitutes
        (Party (s) Name)

__Jeffrey A. Chip__, State Bar No. __P54990__ as counsel of record in
(Name of New Attorney)

place of __Ryan Hill__.
      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Jeffrey A. Chip, P.C.
    Address: 4121 Okemos Road, Suite 13, Okemos, MI 48864
    Telephone: (517) 347-2700     Facsimile (517) 347-2704
    E-Mail (Optional): jchiplaw@aol.com

I consent to the above substitution.

Date: _____

                                                            (Signature of Party (s))

I consent to being substituted.

Date: 05/31/2024                         /s/ Ryan E. Hill
                                                         (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**