אקדמיית אלקאסמי(ע"ר)          أكاديميّة القاسمي (ج.م)

## AL-Qasemi Academic College (R.A)

November 24, 2022

The Honorable Ambassador Mr. Thomas R. Nides
Ambassadeur of the U.S. Embassy in Israel
And Security attaché at the US Embassy

**Subject: Threats and calls for harm and violence against Al-Qasemi Academic College by an American citizen**

Al-Qasemi Academic College is one of the Al-Qasemi institutions in Baqa Al-Gharbiya - Israel, it is an academic educational institution recognized by the Council for Higher Education and funded by the state of Israel. Which is harmfully and negatively targeted by a US citizen named:

Ismail Abu Haltam
Cell phone number: 1 (517) 303-5193
Hometown: 3957 Dayspring Ct, Okemos, MI, 48864-5229

This person who accuses our institution with "takfeer" has repeatedly shared footage and images on social media threatening and intimidating our college. He uses Messenger on Facebook (and other social networks) to invite citizens from Baqa Al-Gharbia and the region to join his group and calls for a riot and violence against Al-Qasemi Academic College and Al-Qasemi institutions.

He calls for damaging and destroying property and disabling Al-Qasemi Academic College equipment and computers. He tries to reach most of the communication accounts on social networks inviting people through Facebook to commit acts of sabotage against our institution. His only incentive is that founders of Al-Qasemi instructions to moderate Sufi Islam.

Therefore, we are reaching out to you to take the necessary measures to protect our College from these threats and slander.

For more information and details, we hope to schedule an appointment with you to provide you with more details with our representative Mr. Abd-Ulhai Igbaria, Adv. Phone number: 052-8095544 or e-mail address: abedigbar@gmail.com.

Sincerely,

President of Al-Qasemi Academic College,
Professor Anwar Ryan

P.O.B. 124, Baqa El Gharbiyya, Israel   3010000 באקה אל גרביה ,124 .ת.ד , 3010000 باقة الغربية، 124 ب.ص
972-4-6280355    972-4-6383676    972-4-6286600
E-mail: qsma@qsm.ac.il    website: www.qsm.ac.il