UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

AL QASSIMI ACADEMY,

    Plaintiff,                                      Hon. Paul L. Maloney

v.                                                 Case No. 1:23-cv-00289-PLM-PJG

ISMAIL A. ABUHALTAM,

    Defendant.

_____/

**ORDER**

This matter is set for an Early Settlement Conference on Tuesday, September 17, 2024.  Per the Court's Case Management Order Plaintiff's Counsel was to provide to Defendant, atleast fourteen days prior to the conference, a written itemization of damages and settlement.  (ECF No. 48, PageID.1930).

On the morning of September 13, 2024, the Court sent an email to Plaintiff's counsel advising that the Court had not received the written exchanges or a confidential letter from counsel for the upcoming settlement.  A few hours later Plaintiff's counsel submitted their confidential letter however, no written exchange was provided.  Accordingly,

**IT IS ORDERED** that the Early Settlement Conference set in this matter for Tuesday, September 17, 2024, at 1:30 p.m. before the undersigned is **ADJOURNED without date**.

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall provide to Defendant, within seven (7) days of this order, a written itemization of damages and settlement as set forth in the Case Management Order (ECF No. 48). Defendant shall respond within seven (7) days. Plaintiff must provide both written exchanges to the Court at [greenmediaiton@miwd.uscourts.gov](mailto:greenmediaiton@miwd.uscourts.gov) following receipt of Defendants response.

**IT IS SO ORDERED**.

Date: September 13, 2024         /s/ Phillip J. Green
                                 PHILLIP J. GREEN
                                 United States Magistrate Judge