UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

AL QASSIMI ACADEMY,

    Plaintiff,                                Hon. Paul L. Maloney

v.                                            Case No. 1:23-cv-00289-PLM-PJG

ISMAIL A. ABUHALTAM,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

This matter is set for an early settlement conference for October 30, 2024, before the undersigned judicial officer. (ECF No. 57). In the Notice rescheduling the Early Settlement Conference, the Court ordered the parties to submit updated confidential settlement letters to the undersigned no later than three business days prior to the settlement conference. (*Id*). The Notice also set the conference to be held in person. (*Id*.). The deadline for submitting the confidential letters was October 25, 2024. As of today's date, neither party has submitted updated letters to the undersigned.

On October 29, 2024, at 4:30 p.m., the chambers for the undersigned received an email from Plaintiff's counsel requesting that his client appear by video. This request is untimely, as it comes less than 24 hours before the settlement conference. Accordingly,

**IT IS ORDERED** that both Plaintiff and Defendant shall, within seven days of the date of this order, **SHOW CAUSE** why they should not be held in contempt of court or otherwise sanctioned for their failure to timely submit the updated confidential letters.

**IT IS FURTHER ORDERD** that the Settlement Conference set in this matter for Wednesday, October 30, 2024, is hereby **ADJOURNED**.  The conference may be rescheduled for a later date.

**IT IS SO ORDERED**.

Date: October 29, 2024                                              /s/ Phillip J. Green
                                                                              PHILLIP J. GREEN
                                                                              United States Magistrate Judge