UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| AL QASSIMI ACADEMY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:23-cv-289 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| ISMAIL ABUHALTAM, | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER APPROVING ATTORNEY FEE

The Court granted Defendant's motion to set aside entry of default and awarded Plaintiff the attorney fees associated with the preparation for the application for entry of default (ECF No. 67). Plaintiff submitted a document detailing the hours spent in preparing ten documents, one of which was the application for entry of default. Plaintiff seeks $300 per hour. Defendant opposes awarding any fees other than the one hour spent preparing the application (ECF No. 73). Defendant does not object to the requested rate (*id.*).

The Court **AWARDS** Plaintiff $300 for the fees associated with preparation of the application for entry of default. Defendant must make the payment by March 18, 2025.

**IT IS SO ORDERED.**

Date:   February 18, 2025                                        /s/  Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge