UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

AL QASSIMI ACADEMY,

    Plaintiff,

v.

ISMAIL A. ABUHALTAM,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:23-cv-00289-PLM-PJG

## ORDER

This matter is set for a Rule 16 Scheduling Conference before the undersigned on March 5, 2025. (ECF No. 69). Per the Court's Order setting the conference, the parties were ordered to meet and confer regarding the filing of a joint status report. The parties were to file a joint status report no later than February 28, 2025.

On February 28, 2025, Defendant filed a Status Report with the Court. (ECF No. 77). Counsel noted in their report that a meeting of the parties did not take place. (ECF No. 77, PageID.2174). On March 1, 2025, Plaintiff filed a Status Report signed only by Plaintiff's counsel. (ECF No. 78). Neither report is in compliance with the Court's Order scheduling the Rule 16 Conference. Accordingly,

**IT IS ORDERED** that both Reports (ECF No. 77, 78) are hereby **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that counsel shall meet and confer, as outlined

in the Court's original order setting the Rule 16 scheduling conference (PageID.2072-75) no later than March 6, 2025.  Counsel **must** file a joint status report, signed by both parties, no later than March 7, 2025.

**IT IS FURTHER ORDERED** that the Rule 16 Conference set in this matter for March 5, 2025, is hereby adjourned.  A separate order will issue rescheduling the matter.

**IT IS SO ORDERED**.

Date: March 3, 2025                                       /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge