UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AL QASSIMI ACADEMY, *et al.*,                    )
                              Plaintiffs,         )
                                                 )          No. 1:23-cv-289
-v-                                              )
                                                 )          Honorable Paul L. Maloney
ISMAIL ABUHALTAM,                                )
                              Defendant.          )
_____  )

## ORDER

After this Court set aside entry of default, Defendant Ismail Abuhaltam filed an answer to the complaint on February 10, 2025 (ECF No. 68).  A week later, Defendant filed a motion for summary judgment (ECF No. 72).  Then, on February 24, 2025, Plaintiff Al Qassimi Academy filed an amended complaint (ECF No. 76).  The amended complaint pleads additional facts, adds another plaintiff, and also includes additional causes of action.

When filed, an amended complaint supersedes the original complaint, which becomes a nullity.  *See Hayward v. Cleveland Clinic Found.*, 759 F.3d 601, 617 (6th Cir. 2014) (citing 6 Charles A. Wright & Arthur R. Miller, Federal Practice and Procedure § 1476 (3d ed. 2010)); *Drake v. City of Detroit*, 266 F. App'x 444, 448 (6th Cir. 2008).  An amended complaint renders moot those dispositive motions filed before the new pleading. *See, e.g., Bancoult v. McNamara*, 214 F.R.D. 5, 13 (D.D.C. 2003) ("Because the original complaint now is superseded by the amended complaint, the court denies without prejudice all pending motions pertaining to the original complaint.").

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Defendant's motion for summary judgment (ECF No. 72).  The motion, which raises pleading issues and does not rely on any evidence, addresses the allegations in the initial complaint and does not address the amended complaint.

In addition, as required by Rule 15(a)(3), Defendant must file an appropriate response to the amended pleading within fourteen (14) days of this Order.

**IT IS SO ORDERED.**

Date:    March 12, 2025                          /s/  Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge