UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| AL QASSIMI ACADEMY, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:23-cv-289 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| ISMAIL ABUHALTAM, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER DISMISSING APPLICATION FOR DEFAULT

After this Court granted Defendant's motion to set aside entry of default, Defendant Abuhaltam filed an answer to the complaint and a motion for summary judgment. Plaintiff Al Qassimi Academy then filed an amended complaint. The Court dismissed the motion for summary judgment and ordered Defendant to file an answer to the amended complaint within 14 days (ECF No. 84).

Before the deadline for Defendant to file an answer to the amended complaint passed, Plaintiffs filed an application for entry of default (ECF No. 85). Rule 15(a)(3) of the Federal Rules of Civil Procedure states that a party has 14 days to file an answer to an amended pleading "unless the court orders otherwise." Because Defendant still had time to file its answer to the amended pleading, the Court **DISMISSES** Plaintiffs' application for entry of default (ECF No. 85). **IT IS SO ORDERED.**

Date:   March 26, 2025                                          /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  United States District Judge