UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

AL QASSIMI ACADEMY, et al.,

      Plaintiffs,                          Hon. Paul L. Maloney

v.                                    Case No. 1:23-cv-00289

ISMAIL A. ABUHALTAM,

      Defendant.

_____/

## ORDER

This matter is before the Court on Plaintiffs' motion to compel the deposition of Defendant (ECF No. 103), and their motion to compel answers and responses to interrogatories and document requests (ECF No. 110). Defendant has responded. (ECF No. 113, 114). The Court conducted a hearing today at which all parties appeared through counsel. Having considered the parties' oral and written submissions, and for the reasons stated on the record, Plaintiffs' motion to compel the deposition of Defendant is **GRANTED**, and Plaintiffs' motions to compel answers and responses to interrogatories and document requests (ECF No. 110) is **GRANTED in part** and **DENIED in part**. Accordingly,

**IT IS ORDERED** that Defendant shall, no later than November 3, 2025, submit to a deposition by Plaintiffs' counsel.

**IT IS FURTHER ORDERED** that Defendant shall, within fourteen days of the date of this Order, provide complete answers to interrogatories 1-6, 8-15, and 19-

20, and fully respond to requests for production 1-14.  Plaintiffs' motion to compel (ECF No. 110) is otherwise **DENIED**.  The parties are to bear their own costs regarding this motion.

IT IS FURTHER ORDERED that Plaintiffs shall, within fourteen days of this Order, file a petition for costs, including attorney's fees, in bringing the motion to compel Defendant's deposition (ECF No. 103).

IT IS FURTHER ORDERED that Defendant shall, within fourteen days of the filing of the petition, file a response.  **Failure to timely respond will constitute a waiver of all issues raised in the petition**.

IT IS SO ORDERED.

Date: October 9, 2025                           /s/ Phillip J. Green
                                                 PHILLIP J. GREEN
                                                 United States Magistrate Judge