UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AL QASSIMI ACADEMY and ABD AL-RAOF AL-QAWASMI,<br>　　　　　Plaintiffs,<br><br>-v-<br><br>ISMAIL A. ABUHALTAM,<br>　　　　　Defendant. | No. 1:23-cv-289<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The court has resolved all pending claims.  Therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**PIT IS SO ORDERED.**

Date:   October 17, 2025                                        /s/  Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge