UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


AL QASSIMI ACADEMY, et al.,

        Plaintiffs,                           Case No. 1:23−cv−00289−PLM−PJG

     v.                                  Hon. Paul L. Maloney

ISMAIL A. ABUHALTAM,

        Defendant.
_____/


## ORDER REJECTING PLEADING


       The Court has examined the following document(s) received November 17, 2025 and orders the Clerk to reject the Notice and Motions and return the document(s) to Ismail A. Abuhaltam for the reason(s) noted below:

       Ismail A. Abuhaltam is represented by counsel. All filings should be submitted to this Court through Ismail A. Abuhaltam's counsel.

       Case is Closed.


       IT IS SO ORDERED.


Dated:  November 19, 2025             _/s/ Phillip J. Green_____
                                   PHILLIP J. GREEN
                                   U.S. Magistrate Judge