UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AL QASSIMI ACADEMY, et al.,

       Plaintiffs,                            Case No. 1:23−cv−00289−PLM−PJG

v.                                       Hon. Paul L. Maloney

ISMAIL A. ABUHALTAM,

       Defendant.
_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received January 2, 2026 and orders the Clerk to reject the Plaintiff's motion to supplement and notice of related case and return the document(s) to Ismail A. Abuhaltam for the reason(s) noted below:

Pursuant to the Order entered October 17, 2025, this case is now closed.

IT IS SO ORDERED.

Dated:  January 6, 2026                           /s/ Phillip J. Green
                                                            PHILLIP J. GREEN
                                                            U.S. Magistrate Judge